Margaret E. Hirce
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
*Attorney for Defendants David Amaryan,*
*Intertrade Pacific SA, Ocean Prime Inc.,*
*Copperstone Alpha Fund and Copperstone*
*Capital*

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | DOCKET NO.: 15-CV-06076 (MCA-MAH) |
| Plaintiff, | |
| v. | **NOTICE OF CROSS-MOTION** |
| ARKADIY DUBOVOY, et al., | **ORAL ARGUMENT REQUESTED** |
| Defendants. | **HEARING DATE: SEPTEMBER 30, 2015** |

PLEASE TAKE NOTICE that on Wednesday, September 30, 2015 at 11:00 a.m., or such

other date and time as the Court may prescribe, on the applications of the Plaintiff Securities and

Exchange Commission ("SEC") for the issuance of a preliminary injunction and such further

relief, filed on August 10, 2015 and August 24, 2015, Defendants David Amaryan, Intertrade

Pacific SA, Ocean Prime Inc., Copperstone Alpha Fund, and Copperstone Capital (collectively,

the "Defendants"), through their undersigned attorneys, will cross-move before the Honorable

Madeline Cox Arleo, at the United States District Court of New Jersey, Martin Luther King

Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order pursuant to

Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the SEC's Amended

Complaint, with prejudice, for failure to state a claim against the Defendants.

The cross-motion is based upon the Declarations of David Amaryan, Dmitry Andreev, Daniel R. Fischel, David Papazian, Garnik Meliksetyan, and John Moscow, all dated September 16, 2015, and on the Memorandum of Law in Opposition to Plaintiff's Application for a Preliminary Injunction Against the Amaryan Defendants, and in Support of the Amaryan Defendants' Motion to Dismiss, dated September 16, 2015.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested.

Dated: New York, New York
     September 16, 2015

**BAKER & HOSTETLER, LLP**

By:  */s/ Margaret E. Hirce*
    John W. Moscow
    Marc D. Powers
    Margaret E. Hirce
    45 Rockefeller Plaza, 14th Floor
    New York, New York 10111
    Tel: (212) 589-4200
    Fax: (212) 589-4201
    Email: mhirce@bakerlaw.com

    *Attorneys for Defendants David Amaryan, Intertrade Pacific SA, Ocean Prime Inc., Copperstone Alpha Fund, and Copperstone Capital*