# EXHIBIT A

# HEDGE fund
## awards 2015

sponsored by
**BarclayHedge**

### Best Multi-Strategy Fund - Asia
### (KS Asia Absolute Return Fund IC)

Gen2 is thrilled to be named Best Multi-Strategy Fund – Asia for KSAARF. We believe the award will be a stepping stone to greater success for Gen2 Partners Limited.

**Kyle Shin, Founder and CIO, Gen2 Partners**

**GEN2 PARTNERS**

### Best Market Neutral Fund-of-Funds

This award, to us, reflects the effort we put in on a daily basis to generate solid risk-adjusted returns for our investors.

**Per Djerf, Head of Asset Management, Peak Core Hedge**

**PEAK**
ASSET MANAGEMENT

### Global Innovation Award for Fund Formation & Most Cost Effective Fund Administrator - Global

We are honoured that Stonegate Global has been recognized for its innovative work in global hedge fund formation. Our unique, comprehensive approach to fund formation, fund administration, global prime services and cap intro positions us a significant player in the alternative investments industry.

**John McCorvey III, CEO, Stonegate Global Fund Services**

**STONEGATE**
GLOBAL FUND SERVICES

### Best Russian Fund (Since Inception)

We are proud to have the distinction, especially given the strong competition we know to have faced. The key element of the award is the fact that it is voted on by peers. The industry is driven by competition and we are proud to have been selected.

**David Amaryan, Director, Copperstone Alpha Fund**

www.acquisition-intl.com

**Fact File**

Company: Copperstone Capital
Address: 16 Sadovnicheskaya Street, Moscow, 115035, Russia
Tel: +7 495 988 0010
Web: www.copperstonecapital.com

Best Russian Fund (Since Inception)
# Copperstone Alpha Fund

...pha Fund, run by Moscow- and London-based investment management firm Copperstone Capital, is a global long-short ... bias and strong knowledge of Russia and CIS. Copperstone Capital's Director David Amaryan told us more

...perstone Alpha Fund has been named best Russian Fund (...ception) in the Acquisition International Hedge Fund Awards. ...pperstone Capital is an investment management firm found-...9 with offices in Moscow, Russia and London, managing ...r high net worth individuals and institutions through various ...d strategies.

...main fund, Copperstone Alpha, is a global long-short fund ...g bias and strong exposure to Russia and CIS. The fund ...us strategies to generate alpha returns.

...re 100% concentrated on growing Copperstone Alpha ...ys David Amaryan from Copperstone Capital. "That is what ...up at night and toiling during the day. We still run managed ..., advise on M&A and run a number of private equity projects, ... is the key to the success. Our HR approach has brought us ...n decision-making process which has in turn resulted in the ...nce and growth to date. The Team is young, but experienced ... importantly all of us share common values in business and ...re looking to grow in 2015 and beyond and this growth will ...llenges in itself."

...nt hedge fund landscape is full of challenges and uncertain-...r. Amaryan. "Uncertainty with regards to regulation and the ...nt is most challenging from an operational perspective. ...n markets in Russia, and globally, are on-and-off predictable. ...rive on having a directional view which is independent of ...n volatility. However, political developments have contributed ...y to the performance of Russian financial markets, and we ...his into consideration going forward."

...ourse of 2014, David Amaryan says it seems that the big ...hew grown to manage the lion's share of assets dedicated ...ies. "We are a growth play and are just starting to gather ...r challenge is to maintain performance and grow assets ...agement in a steady and sustainable fashion.

...one offers exposure to public assets which are impacted by ...an economy and political decisions. Our team has significant ...ce and knowledge of Russia and our exposure, as a result of ...oning and consideration of every eventuality.

...ge fund manager, Russia is a large and untouched piece of ...d. High Net Worth individuals have a limited number of prod-...ch are both easy to understand and are organised and run

...according to the highest legal and operational standards. Asset prices vary significantly as the market over (or under) assigns perceived risk, so being a local has big advantages. On the other hand, we develop the investment approach, which can be used in other markets as well, and thus offer more diversification to our clients."

Asked whether the Ukraine political crisis with Russia has hurt investor sentiment, David Amaryan says it is always a great time to be involved in Russia. "The term investor sentiment generally seems to encompass a long and passive approach. Whilst favourable views on Russia as a destination for a 'buy-and-forget' view have diminished, Russia will continue to offer opportunities for active management in any political scenario.

As the most volatile period of the Ukrainian conflict was in play we repeatedly used this reality to trade both Russian and non-Russian names to our benefit. This is an important theme our research Team is following permanently and depicts exposure which very few other alternative funds can offer."

Mr. Amaryan admits he feels great to be named Best Russian Fund (Since Inception) in the Hedge Fund Awards. "We are proud to have the distinction, especially given the strong competition we know to have faced. The key element of the award is the fact that it is voted on by peers. The industry is driven by competition and we are proud to have been selected."

"Continuity and stability are two components not regularly associated with hedge funds, but we always strive to behave in such a manner. We believe these are impressions with which our clients and peers come away with after working with us for a relatively short period of time."

Over the coming months and years, Copperstone plans to expand and grow assets under management. "Our strategy allows for a significant increase in the size of our assets and in 2015 we will start doing what we have not done at all during this period of time – actively market our fund. We will also be opening a full London office and seeking FCA regulation over 2015." ■

