# EXHIBIT C



Публикация с сайта *Forbes.ru* (http://www.forbes.ru)

# Хозяева Медной горы: как управлять большими деньгами частных клиентов

Елена Тофанюк

Лучше всего держаться в тени и отказаться от вывески, советуют основатели инвесткомпании Copperstone Capital Давид и Вардан Амаряны

«Мы никогда специально не скрывались, хотя долгое время у нас даже не было вывески», — рассказывает управляющий партнер Copperstone Capital Давид Амарян. Богатые клиенты любят тишину. Никаких кричащих неоновых вывесок нет и сейчас — лишь маленькая табличка у входа в офис на Садовнической улице. Внутри тяжелые двери без опознавательных знаков, в цокольном этаже спортзал, бильярд и бар. «Мы тут проводим большую часть времени, вот и обустроили спортзал, чтобы заниматься, не уходя с работы», — поясняет Давид. Он признается, что рассказать о себе решил, чтобы наладить отношения с институциональными инвесторами.

Братья Амарян — Давид и Вардан — создали свою компанию в 2009 году, когда старший, Давид, покинул в кризис «Тройку Диалог», где он проработал пять лет. «Там я занимался ultra high net worth individuals», — переходит на английский проживший 10 лет в Нью-Йорке Давид. Очень обеспеченными частными клиентами. Ими же продолжает заниматься компания Copperstone Capital. «Но я ни у кого ничего не взял, со мной ушли те клиенты, которых я сам нашел для «Тройки», — отвечает он на еще не заданный вопрос.

В 2008 году всем казалось, что наступил конец света, никто не мог сказать, откроется ли компания завтра и переживет ли следующий день. «А в 2009 году мы поняли, что, если не купим бумаги по этим ценам, нам вообще надо бросать управление активами и заниматься чем-нибудь другим», — вспоминает прошлое Давид.

До 2012 года компания называлась BCD Partners, аббревиатура расшифровывалась как behind closed doors — за закрытыми дверями. Но потом, рассказывает Вардан Амарян, решили переименоваться — название приводило в замешательство иностранных инвесторов, вызывало нехорошие ассоциации. Тогда братья выбрали простое название из детства — армянское село, где они проводили лето, располагалось рядом с горой под названием Медный камень. В переводе на английский получилось Copperstone.

«Многие думают, что мы занимаемся металлами, но это не так», — рассказывает Вардан. Хедж-фонд Copperstone Alpha Fund специализируется на акциях российских, европейских и американских компаний. Как фонд с аудитором (KPMG) и администратором (Trinity) он существует с февраля 2012 года и с тех пор является одним из трех хедж-фондов под управлением российских менеджеров, показывающих положительную доходность. По данным Bloomberg, доходность за 12 месяцев составляет 27%, на конец августа фонд показывал плюс 11% с начала года. «В этом году мы не догоняем индекс S&P, который уже вырос больше чем на 17% из-за российских бумаг в портфеле, но зато обгоняем индекс ММВБ, который упал уже более чем на 6%», — говорит Давид, замечая, что российский рынок не просто дешев, но и очень узок — одни и те же люди сидят на нем и перекладываются из одних бумаг в другие. «Западных денег очень не хватает», — повторяет он уже успевший всем надоесть тезис.

Скромная доходность Давида не беспокоит: «Профессионализм управляющего определяется умением зарабатывать по 10% двадцать лет подряд, а не способностью в один год заработать 70%, чтобы потом все потерять». Последним, говорит он, в мире больших денег места нет.

Вардан Амарян признает, что фонд существовал и раньше, но не имел аудитора и независимого администратора; какую доходность братья смогли заработать за предыдущие годы и смогли ли вообще, неизвестно. Размер заявленной доходности в фонде без аудитора и независимого администратора ограничен только фантазией управляющего. Давид рассказывает, что за 2009 год доходность была 140%, но проверить это невозможно. К тому же основные деньги клиентов Copperstone находятся не в фонде, а на управляемых счетах — всего около $300 млн. Для сравнения: объем фонда — $20 млн.

«Мы больше не принимаем деньги на управляемые счета, — говорит Давид. — Все, кто хочет, могут инвестировать в фонд». Братья уже договорились о переводе части средств с управляемых счетов в фонд — примерно $40 млн сменят место «прописки», эти средства инвесторы согласились перевести в фонд. По словам Давида, это дешевле и удобнее — бумаги в фонд покупаются у прайм-брокера, комиссия которого существенно ниже комиссии швейцарских банков, через которые проводятся операции на управляемых счетах. Стандартная плата за управление составляет 2%, за успех — 20%. Порог входа — $1 млн.

Основная стратегия братьев Амарян предельно проста и характерна скорее для лонг-онли фондов — поиск недооцененных компаний с хорошим денежным потоком и без долгов. Сейчас, говорит Давид, таких компаний много в Европе, куда, по расчетам братьев, должна пойти следующая волна инвестиций.

Не чужды управляющим Copperstone и оппортунистические стратегии. «Мы неплохо заработали на консолидации фармацевтического сектора в Европе, купив бумаги восьми компаний, часть которых значительно подорожала, часть принесла убытки, но в целом мы остались в прибыли», — говорит Давид.



А вот производными инструментами братья не увлекаются, используют их в основном для хеджирования рисков. Давид не может найти хорошего опционщика, которому мог бы доверять, а плохой специалист по производным инструментам может за один день потерять 10% фонда. Сам же он в этом не очень хорошо разбирается.



Еще один «инструмент», от которого Copperstone старается держаться подальше, — рыночные слухи. «Когда кто-то звонит и говорит, что он точно знает, что произойдет какая-нибудь сделка, в 90% случаев это фуфло», — Давид не стесняется в выражениях. Тем более, добавляет Вардан, в России не только слухам, но и официальным заявлением нельзя верить. «Если в Америке компания заявляет о выкупе своих акций, ее бумаги тут же дорожают и торгуются на 0,5% ниже цены выкупа, — говорит он. — А у нас после объявления обратного выкупа акций ТНК-ВР бумаги компании продолжали торговаться с дисконтом 5–6% к цене выкупа. Инвесторы просто не верят, что им заплатят».

Кто может отдать деньги в управление братьям Амарян? Далеко не каждый. Любой новый клиент проходит due diligence — открыть счет клиенту с сомнительными деньгами в швейцарском банке или у прайм-брокера невозможно. Братьям приходится прилагать немало усилий, чтобы мягко спровадить клиента, с которым они не хотят иметь дело. Избавление от таких клиентов — целая наука. Нельзя же просто сказать человеку с большими деньгами, да еще и пришедшему по чьей-нибудь рекомендации, что он «нежелательный клиент». Приходится выкручиваться.



Фото Артема Голощапова для Forbes

**Адрес публикации:** http://www.forbes.ru/finansy/igroki/247558-khozyaeva-mednoi-gory-kak-upravlyat-bolshimi-dengami-chastnykh-klientov