# EXHIBIT D

http://www.optionmonster.com/
Options trading ideas and a...
File Edit View Favorites Tools Help
Page Safety Tools
Convert Select
search symbol or name
Get Quote
optionMONSTER
optionshouse
TRADE FREE* FOR 60 DAYS
When you open & fund a new account
*Other trading fees may apply
GET YOUR FREE TRADES
HOME
RESEARCHLAB
EDUCATION
QUOTES
PREMIUM SERVICES
DRJ's BLOG
FAHAD's BLOG
REGISTER
SIGN IN
Options trading ideas and advanced education for options investors.
Wednesday, September 16, 2015
Trader rolls dice on MGM Resorts
Wed 9:26 AM CT
Casino operators have been coming to life in recent days, and a large investor is rolling a huge MGM call position to December.
Read on »
MGM
MPEL
MGM
Powered by tradeMONSTER
How We Trade Options
Wonder why some traders are so successful? Order a free copy of our book!
New To Options Trading?
Get started with options trading with Options Trading 101 in our Education Center.
Stock, bond futures see big moves
Wed 8:02 AM CT
S&P 500 e-mini contracts rose about 30 points between 8:30 a.m. and 5 p.m. ET yesterday while Treasury Bond Futures slid from 155 to 152.
Stocks drift as Fed decision nears
SPX
Wed 7:11 AM CT
S&P 500 futures are little-changed, while overseas markets gained following yesterday's U.S rally.
REGISTER TO GET A FREE SUBSCRIPTION
optionMONSTER is home to some of the most respected analysts in the market. Sign up for free access to our expertise.
REGISTER NOW
Futures Institute
TAKE THE FUTURES CHALLENGE!
LET'S GO
PRESENTED BY:
CME Group
LEARN TO TRADE
optionMONSTER features a unique education program led by Jon ('DRJ') and Pete Najarian. Tell us your trading goals, get

