# EXHIBIT E

| Ticker | Curr Px | Time | Pct Chg on Day | Chg on Day | Volume | Bid | Ask | Exp Rep Dt | Earn Rel Imp Move | VWAP | Avg Vol 30D | Avg Vol 3M | Avg Vol 20D | Avg Vol 5D | 52Wk High Chg Pct | 52Wk High | 52Wk Low | 52Wk Low Pct Chg | Chg YTD % | Chg MTD % | Shrt Int | Shrt Int Ratio | Avg Vol Tot 20D | OPEN_INT_TOTAL_CALL | OPEN_INT_TOTAL_PUT | Avg Vol Call 20D | Avg Vol Put 20D | Tot Call Vol | Tot Put Vol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LRCX US Equity | 74.76 | 0:20:00 | 1.00 | 0.74 | 1 137 127 | 74.75 | 74.76 | 22.10.2015 | 2.26 | 74.49 | 2 183 317 | 2 105 678 | 2 085 207 | 1 701 369 | -12.77 | 85.70 | 62.85 | 18.95 | -5.77 | 2.73 | 10 116 841 | 4.17 | 1 954 | 29 303 | 49 362 | 714 | 1 240 | 1 187 | 390 |
| AMAT US Equity | 16.17 | 0:20:00 | 1.57 | 0.25 | 12 053 369 | 16.17 | 16.18 | 12.11.2015 | 4.02 | 16.09 | 17 648 880 | 16 729 234 | 17 433 304 | 12 923 963 | -37.11 | 25.71 | 14.25 | 13.47 | -35.11 | 0.53 | 22 844 682 | 1.12 | 6 284 | 405 735 | 213 243 | 3 270 | 3 014 | 1 672 | 2 287 |
| KLAC US Equity | 53.19 | 0:20:00 | 1.16 | 0.61 | 1 061 879 | 53.18 | 53.20 | 23.10.2015 | 3.48 | 53.07 | 1 516 936 | 1 491 222 | 1 642 672 | 1 990 028 | -27.26 | 73.12 | 44.95 | 18.33 | -24.36 | 6.15 | 3 398 762 | 2.14 | 913 | 22 986 | 24 089 | 423 | 490 | 585 | 308 |
| ALGN US Equity | 56.60 | 0:20:00 | 0.14 | 0.08 | 447 211 | 56.60 | 56.61 | 23.10.2015 | 3.44 | 56.54 | 570 310 | 796 339 | 600 924 | 476 495 | -14.92 | 66.53 | 43.27 | 30.81 | 1.23 | 0.00 | 7 299 644 | 11.50 | 278 | 3 230 | 5 530 | 107 | 171 | 40 | 97 |
| INTU US Equity | 89.47 | 0:20:00 | 0.54 | 0.48 | 1 609 363 | 89.47 | 89.49 | 20.11.2015 | 2.46 | 89.04 | 2 667 383 | 1 931 648 | 3 483 132 | 2 609 195 | -18.08 | 109.21 | 77.96 | 14.76 | -2.95 | 4.34 | 8 248 663 | 2.15 | 1 159 | 15 908 | 10 061 | 629 | 530 | 534 | 113 |
| DHR US Equity | 89.27 | 23:15:03 | 0.98 | 0.87 | 3 165 305 | 89.26 | 89.27 | 15.10.2015 | #N/A N/A | 88.89 | 3 033 992 | 3 860 779 | 3 563 893 | 3 325 807 | -3.93 | 92.92 | 70.12 | 27.31 | 4.15 | 2.59 | 13 392 758 | 3.84 | 2 438 | 121 168 | 96 916 | 1 335 | 1 103 | 203 | 2 805 |
| AMD US Equity | 1.89 | 0:20:00 | 1.61 | 0.03 | 4 926 911 | 1.88 | 1.89 | 16.10.2015 | 14.89 | 1.87 | 11 069 330 | 16 531 259 | 10 917 015 | 14 179 173 | -52.03 | 3.94 | 1.61 | 17.39 | -29.21 | 4.42 | 131 386 167 | 11.86 | 10 341 | 395 601 | 990 304 | 3 710 | 6 631 | 14 557 | 9 607 |
| EW US Equity | 140.58 | 23:15:03 | 0.06 | 0.08 | 635 834 | 140.53 | 140.58 | 26.10.2015 | 6.24 | 140.46 | 1 058 349 | 1 113 149 | 1 146 592 | 866 158 | -11.58 | 159.00 | 97.07 | 44.82 | 10.36 | -0.21 | 1 572 933 | 1.23 | 528 | 9 056 | 5 704 | 351 | 177 | 158 | 12 |
| WM US Equity | 50.16 | 23:15:03 | 0.02 | 0.01 | 2 215 169 | 50.14 | 50.15 | 28.10.2015 | 2.53 | 50.17 | 2 475 999 | 2 233 695 | 2 805 409 | 2 593 835 | -10.32 | 55.93 | 45.50 | 10.24 | -2.26 | 0.20 | 12 047 205 | 4.04 | 1 461 | 34 195 | 29 167 | 557 | 904 | 203 | 175 |
| WCN US Equity | 49.22 | 23:15:03 | 0.57 | 0.28 | 542 152 | 49.22 | 49.23 | 26.10.2015 | #N/A N/A | 49.17 | 495 353 | 544 656 | 540 970 | 515 289 | -3.68 | 51.10 | 42.05 | 17.05 | 11.89 | 3.49 | 3 103 344 | 5.43 | 11 | 6 857 | 156 | 4 | 7 | 0 | 2 |
| CNH US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CDNS US Equity | 21.20 | 0:20:00 | 0.28 | 0.06 | 1 612 934 | 21.20 | 21.21 | 26.10.2015 | 3.36 | 21.21 | 2 183 012 | 2 491 686 | 2 333 165 | 2 171 142 | -3.02 | 21.86 | 15.50 | 36.77 | 11.76 | 5.89 | 50 295 524 | 22.39 | 80 | 2 551 | 442 | 55 | 25 | 19 | 0 |
| SEIC US Equity | 50.64 | 0:20:00 | 0.28 | 0.14 | 1 165 203 | 50.63 | 50.64 | 22.10.2015 | #N/A N/A | 50.65 | 836 000 | 751 205 | 950 584 | 1 046 417 | -8.72 | 55.48 | 32.95 | 53.69 | 26.47 | 0.12 | 1 329 419 | 1.58 | 47 | 4 319 | 1 005 | 10 | 36 | 30 | 30 |
| NUVA US Equity | 54.34 | 0:20:00 | 0.89 | 0.48 | 342 212 | 54.32 | 54.34 | 30.10.2015 | 7.81 | 54.07 | 425 263 | 473 649 | 420 929 | 352 942 | -4.01 | 56.61 | 33.33 | 63.04 | 15.22 | 3.07 | 2 462 997 | 5.39 | 43 | 5 099 | 2 088 | 19 | 24 | 51 | 5 |
| JNPR US Equity | 25.96 | 23:15:02 | 0.62 | 0.16 | 4 660 496 | 25.96 | 25.97 | 23.10.2015 | 7.39 | 25.91 | 4 777 098 | 5 720 471 | 5 167 019 | 3 896 205 | -10.88 | 29.13 | 18.41 | 41.01 | 16.31 | 0.97 | 10 548 694 | 1.88 | 3 922 | 92 068 | 57 210 | 2 269 | 1 654 | 1 110 | 1 129 |
| CSC US Equity | 62.75 | 23:15:01 | 0.51 | 0.32 | 615 798 | 62.72 | 62.73 | 06.11.2015 | 5.86 | 62.67 | 1 272 855 | 1 063 831 | 1 089 304 | 743 447 | -14.38 | 73.29 | 54.23 | 15.71 | -0.48 | 1.23 | 7 116 129 | 6.60 | 2 526 | 27 873 | 19 992 | 1 431 | 1 095 | 25 269 | 17 574 |
| SAPE US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | 2 825 012 | 2.08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INFN US Equity | 20.97 | 0:20:00 | 0.62 | 0.13 | 754 494 | 20.96 | 20.97 | 21.10.2015 | 10.47 | 20.85 | 1 853 769 | 1 765 753 | 2 187 636 | 1 824 292 | -16.92 | 25.24 | 9.15 | 129.18 | 42.46 | -3.90 | 10 874 579 | 4.52 | 1 974 | 29 175 | 19 010 | 944 | 1 030 | 997 | 995 |
| BEN US Equity | 39.59 | 23:15:04 | 0.35 | 0.14 | 3 855 587 | 39.58 | 39.59 | 27.10.2015 | 2.79 | 39.52 | 4 114 921 | 3 194 394 | 4 738 879 | 3 733 585 | -32.79 | 58.91 | 38.25 | 3.50 | -28.50 | -2.44 | 12 601 762 | 2.29 | 3 345 | 40 568 | 60 167 | 1 274 | 2 071 | 1 793 | 190 |
| SWI US Equity | 41.70 | 23:15:01 | 0.31 | 0.13 | 336 308 | 41.68 | 41.70 | 27.10.2015 | 8.25 | 41.63 | 1 064 959 | 1 229 212 | 1 033 454 | 503 043 | -21.97 | 53.44 | 35.00 | 19.14 | -16.32 | 4.91 | 3 899 209 | 3.10 | 146 | 4 273 | 3 552 | 54 | 91 | 21 | 7 |
| NXPI US Equity | 90.94 | 0:20:00 | 0.52 | 0.47 | 2 205 639 | 90.90 | 90.94 | 22.10.2015 | #N/A N/A | 90.25 | 4 212 647 | 3 896 623 | 4 367 283 | 3 549 552 | -20.23 | 114.00 | 53.81 | 69.00 | 19.03 | 7.43 | 15 483 412 | 3.01 | 8 532 | 90 029 | 62 891 | 4 032 | 4 500 | 1 712 | 3 557 |
| ISIL US Equity | 10.93 | 0:20:00 | -0.09 | -0.01 | 699 857 | 10.93 | 10.94 | 28.10.2015 | #N/A N/A | 10.91 | 912 142 | 946 844 | 1 049 779 | 1 186 472 | -33.31 | 16.39 | 9.20 | 18.80 | -24.46 | 3.70 | 5 158 835 | 5.36 | 410 | 14 711 | 2 816 | 347 | 62 | 96 | 49 |
| VRSN US Equity | 70.61 | 0:20:00 | 0.64 | 0.45 | 578 379 | 70.59 | 70.61 | 23.10.2015 | 4.24 | 70.49 | 955 863 | 925 936 | 1 000 049 | 719 314 | -1.68 | 71.82 | 52.10 | 35.53 | 23.88 | 2.42 | 20 438 994 | 17.21 | 148 | 2 944 | 2 234 | 74 | 74 | 119 | 46 |
| STMP US Equity | 81.29 | 0:20:00 | 0.15 | 0.12 | 110 450 | 81.24 | 81.29 | 29.10.2015 | 10.95 | 80.64 | 350 346 | 255 030 | 277 162 | 141 678 | -8.53 | 88.87 | 31.05 | 161.80 | 69.39 | -1.28 | 702 072 | 2.01 | 392 | 3 911 | 2 997 | 238 | 155 | 19 | 18 |
| SAIA US Equity | 36.42 | 0:20:00 | -0.05 | -0.02 | 255 791 | 36.40 | 36.42 | 28.10.2015 | 5.26 | 36.43 | 205 125 | 213 433 | 221 231 | 209 826 | -36.77 | 57.60 | 34.92 | 4.30 | -34.21 | -3.01 | 2 260 531 | 12.01 | 13 | 375 | 982 | 5 | 8 | 50 | 119 |
| EEP US Equity | 26.30 | 23:15:04 | 2.94 | 0.75 | 671 346 | 26.32 | 26.33 | 03.11.2015 | #N/A N/A | 26.04 | 899 126 | 828 022 | 824 886 | 723 426 | -36.90 | 41.68 | 24.21 | 8.63 | -34.09 | -7.00 | 3 544 245 | 3.90 | 357 | 12 870 | 2 359 | 307 | 50 | 69 | 32 |
| CORE US Equity | 61.84 | 0:20:00 | 2.49 | 1.5 | 136 233 | 61.80 | 61.84 | 06.11.2015 | 1.96 | 61.28 | 132 545 | 130 070 | 127 133 | 72 449 | -13.52 | 71.51 | 50.31 | 22.92 | -0.15 | 2.88 | 1 434 815 | 9.23 | 19 | 716 | 189 | 11 | 8 | 1 | 0 |
| ONXX US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARI US Equity | 16.49 | 23:15:02 | 0.37 | 0.06 | 189 675 | 16.49 | 16.50 | 27.10.2015 | 1.16 | 16.51 | 415 992 | 432 663 | 450 232 | 261 242 | -6.99 | 17.73 | 12.92 | 27.63 | 0.79 | 0.73 | 2 173 779 | 4.40 | 11 | 234 | 94 | 9 | 2 | 38 | 20 |
| LVS US Equity | 48.71 | 23:15:04 | 2.59 | 1.23 | 6 026 322 | 48.72 | 48.73 | 15.10.2015 | 0.87 | 48.45 | 5 333 354 | 5 431 518 | 5 740 302 | 4 684 982 | -26.01 | 65.83 | 40.00 | 21.77 | -16.25 | 5.36 | 27 224 852 | 4.39 | 24 178 | 226 436 | 253 900 | 12 044 | 12 133 | 3 804 | 9 657 |
| WLTG US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | 27.10.2015 | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SREV US Equity | 4.35 | 0:20:00 | -0.23 | -0.01 | 411 883 | 4.35 | 4.36 | 30.10.2015 | 3.72 | 4.37 | 456 162 | 576 631 | 430 112 | 368 242 | -29.27 | 6.15 | 2.81 | 54.80 | -7.05 | -8.23 | 4 909 348 | 11.15 | 55 | 3 771 | 1 318 | 42 | 13 | 60 | 0 |
| SNHY US Equity | 29.15 | 0:20:00 | -1.65 | -0.49 | 233 624 | 29.12 | 29.15 | 03.11.2015 | #N/A N/A | 29.53 | 100 216 | 87 435 | 115 209 | 158 141 | -33.10 | 43.58 | 28.93 | 0.76 | -25.80 | -9.64 | 1 580 002 | 17.15 | 9 | 80 | 208 | 0 | 9 | 3 | 0 |
| PKT US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | 0 | 0 | 0 | 0 | #N/A N/A | 11.84 | 5.60 | #N/A N/A | #N/A N/A | #N/A N/A | 548 477 | 1.91 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KELYA US Equity | 14.63 | 0:20:00 | 1.32 | 0.19 | 126 721 | 14.63 | 14.64 | 04.11.2015 | 1.81 | 14.63 | 172 844 | 151 820 | 182 828 | 189 260 | -19.70 | 18.22 | 13.47 | 8.61 | -14.04 | 1.25 | 960 628 | 4.66 | 19 | 1 018 | 198 | 16 | 3 | 25 | 0 |
| ORCL US Equity | 38.27 | 23:15:03 | 0.74 | 0.28 | 19 547 198 | 38.28 | 38.29 | 15.12.2015 | #N/A N/A | 38.32 | 14 778 152 | 16 634 938 | 17 325 908 | 14 897 765 | -18.06 | 46.71 | 35.14 | 8.91 | -14.90 | 3.18 | 27 375 223 | 1.50 | 23 826 | 275 807 | 334 665 | 9 632 | 14 194 | 6 576 | 11 656 |
| GNTX US Equity | 16.18 | 0:20:00 | 0.75 | 0.12 | 2 533 379 | 16.17 | 16.18 | 20.10.2015 | #N/A N/A | 16.08 | 2 311 588 | 1 916 945 | 2 631 164 | 2 472 710 | -15.11 | 19.06 | 13.17 | 22.90 | -10.43 | 4.39 | 11 078 041 | 4.11 | 553 | 4 558 | 11 238 | 87 | 466 | 1 | 36 |
| GA US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HRB US Equity | 35.79 | 23:15:03 | -0.11 | -0.04 | 1 981 496 | 35.78 | 35.79 | 02.12.2015 | 4.51 | 35.81 | 3 676 908 | 3 134 202 | 3 889 265 | 2 785 954 | -1.38 | 36.29 | 27.42 | 30.53 | 6.26 | 5.20 | 5 592 032 | 1.85 | 7 580 | 130 725 | 76 722 | 5 305 | 2 276 | 137 | 1 174 |
| FNSR US Equity | 12.65 | 0:20:00 | 4.89 | 0.59 | 2 051 856 | 12.64 | 12.65 | 03.12.2015 | 9.41 | 12.42 | 1 445 774 | 1 491 342 | 1 724 738 | 3 609 463 | -45.89 | 23.38 | 11.91 | 6.21 | -34.83 | -18.02 | 8 036 767 | 6.40 | 598 | 37 113 | 11 635 | 352 | 246 | 126 | 187 |
| SYMC US Equity | 19.95 | 0:20:00 | 0.20 | 0.04 | 3 389 396 | 19.94 | 19.95 | 05.11.2015 | 3.56 | 19.98 | 5 661 345 | 4 591 296 | 5 779 392 | 4 700 526 | -26.98 | 27.32 | 19.35 | 3.10 | -22.24 | -2.64 | 7 621 391 | 1.22 | 902 | 30 145 | 17 351 | 302 | 600 | 93 | 66 |
| VIAV US Equity | 5.60 | 0:20:00 | -0.18 | -0.01 | 1 506 280 | 5.60 | 5.61 | 03.11.2015 | #N/A N/A | 5.60 | 3 728 158 | 3 491 530 | 2 658 064 | 1 674 752 | -30.85 | 8.10 | 4.99 | 12.22 | -28.21 | 4.28 | 10 619 770 | 3.54 | 1 089 | 44 172 | 23 895 | 837 | 253 | 60 | 5 |
| NTAP US Equity | 32.36 | 0:20:00 | 0.53 | 0.17 | 2 060 406 | 32.35 | 32.36 | 18.11.2015 | 4.16 | 32.34 | 4 020 910 | 3 837 681 | 4 746 415 | 2 547 334 | -26.03 | 43.75 | 28.88 | 12.05 | -21.93 | 1.25 | 15 739 372 | 2.54 | 8 568 | 55 266 | 68 666 | 3 287 | 5 280 | 4 916 | 1 459 |
| NVDA US Equity | 23.10 | 0:20:00 | 0.70 | 0.16 | 4 337 684 | 23.10 | 23.11 | 12.11.2015 | 5.11 | 23.06 | 10 022 819 | 8 468 513 | 9 031 155 | 7 342 480 | -3.55 | 23.95 | 16.77 | 37.75 | 15.21 | 2.76 | 34 988 163 | 3.39 | 7 731 | 113 160 | 66 881 | 4 939 | 2 792 | 3 090 | 1 186 |
| PNRA US Equity | 183.75 | 0:20:00 | -0.18 | -0.33 | 446 526 | 183.66 | 183.75 | 28.10.2015 | 5.32 | 183.37 | 524 191 | 540 672 | 502 419 | 349 890 | -11.66 | 208.00 | 153.00 | 20.10 | 5.12 | 3.06 | 2 069 089 | 3.31 | 944 | 11 986 | 13 188 | 536 | 408 | 270 | 341 |
| HPQ US Equity | 28.47 | 23:15:03 | 5.02 | 1.36 | 32 260 671 | 28.45 | 28.46 | 25.11.2015 | #N/A N/A | 28.23 | 14 628 767 | 13 743 962 | 16 896 714 | 12 492 644 | -30.73 | 41.10 | 24.85 | 14.55 | -29.06 | 1.46 | 26 473 070 | 1.33 | 46 203 | 412 496 | 413 350 | 23 132 | 23 071 | 27 245 | 13 120 |
| EHTH US Equity | 14.57 | 0:20:00 | 1.96 | 0.28 | 96 205 | 14.55 | 14.57 | 22.10.2015 | 8.74 | 14.58 | 175 420 | 179 598 | 159 720 | 128 328 | -50.10 | 29.20 | 8.81 | 65.38 | -41.53 | -2.48 | 773 529 | 4.29 | 27 | 397 | 377 | 16 | 11 | 5 | 0 |
| FHN US Equity | 14.80 | 23:15:03 | 0.00 | 0 | 2 400 549 | 14.80 | 14.81 | 16.10.2015 | 4.71 | 14.73 | 1 863 678 | 1 937 080 | 2 011 175 | 1 610 993 | -9.45 | 16.35 | 11.09 | 33.45 | 8.98 | 1.86 | 13 755 332 | 6.44 | 79 | 2 339 | 780 | 48 | 31 | 511 | 0 |
| MMM US Equity | 144.20 | 23:15:03 | 0.42 | 0.6 | 2 060 607 | 144.16 | 144.18 | 22.10.2015 | 3.15 | 143.95 | 2 808 578 | 2 614 553 | 3 348 220 | 2 429 595 | -15.43 | 170.50 | 130.60 | 10.41 | -12.24 | 1.45 | 11 191 177 | 2.98 | 8 534 | 59 538 | 78 284 | 3 376 | 5 158 | 9 980 | 14 174 |
| CVA US Equity | 19.23 | 23:15:02 | 0.84 | 0.16 | 426 069 | 19.22 | 19.23 | 22.10.2015 | 0.65 | 19.21 | 909 606 | 959 867 | 896 474 | 632 276 | -24.13 | 25.35 | 18.62 | 3.28 | -12.63 | -2.88 | 7 582 829 | 7.19 | 81 | 4 838 | 1 964 | 51 | 30 | 29 | 44 |
| TS US Equity | 25.98 | 23:15:04 | 2.53 | 0.64 | 2 672 928 | 25.96 | 25.97 | 04.11.2015 | 2.02 | 25.90 | 3 547 516 | 2 830 666 | 3 359 418 | 2 707 751 | -44.79 | 47.06 | 22.85 | 13.70 | -14.00 | -2.51 | 9 132 815 | 2.34 | 57 | 5 183 | 3 428 | 34 | 23 | 6 | 45 |
| EVEP US Equity | 7.80 | 0:20:00 | 11.27 | 0.79 | 315 911 | 7.78 | 7.81 | 10.11.2015 | #N/A N/A | 7.63 | 518 870 | 478 933 | 401 318 | 360 026 | -79.99 | 38.99 | 6.03 | 29.37 | -59.52 | -12.75 | 1 434 886 | 3.03 | 614 | 23 319 | 7 761 | 344 | 270 | 109 | 664 |
| PEGA US Equity | 25.23 | 0:20:00 | 0.68 | 0.17 | 115 852 | 25.21 | 25.23 | 04.11.2015 | 8.53 | 25.17 | 181 487 | 189 134 | 157 770 | 177 523 | -9.60 | 27.91 | 18.46 | 36.67 | 21.47 | 2.94 | 798 405 | 4.59 | 64 | 781 | 1 301 | 19 | 46 | 32 | 4 |
| DGIT US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HZNP US Equity | 28.91 | 0:20:00 | -0.99 | -0.29 | 2 184 096 | 28.90 | 28.92 | 06.11.2015 | 10.07 | 29.02 | 2 510 663 | 3 046 846 | 2 210 631 | 1 522 514 | -26.79 | 39.49 | 10.15 | 184.83 | 124.28 | -1.06 | 8 318 548 | 3.23 | 4 112 | 85 692 | 35 815 | 3 000 | 1 113 | 151 | 380 |
| JVA US Equity | 4.33 | 0:20:00 | -1.14 | -0.05 | 50 383 | 4.31 | 4.33 | 22.01.2016 | #N/A N/A | 4.27 | 20 696 | 28 169 | 23 392 | 35 690 | -30.16 | 6.20 | 4.09 | 5.87 | -15.59 | -6.91 | 31 515 | 1.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ESL US Equity | 82.67 | 23:15:02 | 0.24 | 0.2 | 166 817 | 82.68 | 82.69 | 10.12.2015 | #N/A N/A | 82.74 | 335 581 | 325 318 | 420 397 | 222 332 | -31.51 | 120.71 | 74.80 | 10.52 | -24.63 | 1.17 | 1 511 520 | 5.62 | 24 | 3 760 | 319 | 6 | 18 | 0 | 19 |
| BYI US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | 969 345 | 1.91 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VMW US Equity | 80.96 | 23:15:02 | 0.58 | 0.47 | 728 900 | 80.95 | 80.96 | 21.10.2015 | #N/A N/A | 80.75 | 2 084 479 | 1 628 395 | 2 120 515 | 1 530 886 | -17.56 | 98.20 | 73.65 | 9.93 | -1.89 | 2.29 | 5 292 693 | 2.26 | 3 332 | 58 850 | 45 951 | 1 897 | 1 435 | 270 | 273 |
| MCK US Equity | 204.24 | 23:15:02 | 1.91 | 3.83 | 2 467 484 | 204.25 | 204.28 | 22.10.2015 | 2.73 | 203.22 | 1 754 990 | 1 443 229 | 2 101 363 | 1 860 293 | -16.16 | 243.61 | 160.10 | 27.57 | -1.61 | 3.37 | 2 140 931 | 0.98 | 1 155 | 14 756 | 19 564 | 513 | 642 | 172 | 162 |
| PFG US Equity | 49.39 | 23:15:04 | 0.24 | 0.12 | 1 365 414 | 49.38 | 49.39 | 22.10.2015 | #N/A N/A | 49.22 | 1 637 689 | 1 470 440 | 1 828 205 | 1 541 490 | -14.87 | 58.02 | 41.67 | 18.53 | -4.91 | -1.91 | 5 526 384 | 2.77 | 341 | 4 631 | 2 711 | 179 | 163 | 17 | 4 |
| FBHS US Equity | 51.89 | 23:15:03 | -0.27 | -0.14 | 1 165 336 | 51.89 | 51.90 | 29.10.2015 | 2.49 | 51.97 | 1 482 494 | 1 441 440 | 1 568 854 | 1 466 995 | -1.82 | 52.85 | 36.54 | 42.01 | 14.62 | 8.44 | 8 200 703 | 5.14 | 125 | 3 019 | 1 120 | 91 | 34 | 54 | 0 |
| ESS US Equity | 217.74 | 23:15:02 | 1.11 | 2.38 | 172 788 | 217.44 | 217.56 | 04.11.2015 | #N/A N/A | 217.08 | 320 258 | 313 641 | 361 689 | 306 410 | -10.46 | 243.17 | 176.70 | 23.23 | 5.39 | 1.45 | 720 923 | 1.79 | 25 | 900 | 602 | 17 | 9 | 11 | 11 |
| NOV US Equity | 40.00 | 23:15:05 | 3.41 | 1.32 | 4 968 452 | 39.99 | 40.00 | 28.10.2015 | #N/A N/A | 40.02 | 6 867 701 | 6 084 287 | 6 756 439 | 5 221 807 | -51.73 | 82.86 | 34.54 | 15.81 | -38.96 | -5.50 | 29 620 871 | 3.82 | 3 798 | 57 935 | 83 175 | 1 952 | 1 846 | 668 | 857 |
| HTSI US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BRS US Equity | 30.74 | 23:15:05 | 1.35 | 0.41 | 933 741 | 30.70 | 30.71 | 05.11.2015 | #N/A N/A | 30.77 | 756 650 | 574 943 | 820 681 | 1 135 537 | -59.01 | 75.00 | 28.47 | 7.97 | -53.28 | -17.05 | 2 754 480 | 3.24 | 60 | 1 113 | 2 067 | 17 | 43 | 53 | 84 |
| TE US Equity | 26.70 | 23:15:02 | 0.11 | 0.03 | 2 228 876 | 26.69 | 26.70 | 04.11.2015 | 0.72 | 26.70 | 4 407 133 | 3 459 126 | 5 709 927 | 8 432 498 | -0.37 | 26.80 | 16.98 | 57.24 | 30.31 | 26.72 | 5 615 295 | 1.92 | 2 376 | 40 601 | 6 462 | 2 094 | 282 | 16 | 36 |
| FN US Equity | 19.17 | 23:15:04 | 2.19 | 0.41 | 100 732 | 19.19 | 19.20 | 03.11.2015 | #N/A N/A | 19.06 | 209 739 | 179 971 | 248 928 | 199 233 | -8.63 | 20.98 | 14.09 | 36.05 | 8.06 | -3.57 | 675 312 | 2.24 | 7 | 163 | 67 | 5 | 1 | 10 | 0 |
| LB US Equity | 92.70 | 23:15:04 | 1.01 | 0.93 | 1 389 950 | 92.69 | 92.70 | 18.11.2015 | 2.78 | 92.25 | 2 346 427 | 2 065 976 | 2 630 767 | 1 939 434 | -3.22 | 95.78 | 63.08 | 46.97 | 9.47 | 10.49 | 6 394 624 | 2.57 | 4 143 | 37 499 | 34 140 | 2 172 | 1 971 | 2 230 | 474 |
| USNA US Equity | 142.52 | 23:15:05 | 2.81 | 3.89 | 103 299 | 142.41 | 142.52 | 28.10.2015 | #N/A N/A | 141.55 | 158 789 | 141 805 | 145 911 | 96 591 | -19.43 | 176.88 | 69.76 | 104.30 | 38.92 | -2.71 | 821 264 | 5.57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TTWO US Equity | 29.48 | 0:20:00 | -0.03 | -0.01 | 819 419 | 29.48 | 29.49 | 29.10.2015 | 7.04 | 29.40 | 1 715 616 | 1 657 771 | 1 462 749 | 711 905 | -9.87 | 32.71 | 20.13 | 46.45 | 5.17 | 1.20 | 14 668 982 | 7.75 | 523 | 22 896 | 38 580 | 257 | 266 | 49 | 43 |
| ZUMZ US Equity | 14.88 | 0:20:00 | 3.98 | 0.57 | 998 799 | 14.88 | 14.90 | 10.12.2015 | #N/A N/A | 14.53 | 685 217 | 538 085 | 827 962 | 2 332 916 | -64.41 | 41.81 | 13.75 | 8.22 | -61.48 | -36.16 | 3 484 779 | 10.09 | 432 | 2 765 | 2 089 | 142 | 290 | 493 | 137 |
| MTD US Equity | 299.86 | 23:15:03 | 1.17 | 3.46 | 148 394 | 299.89 | 300.06 | 06.11.2015 | 2.72 | 299.73 | 222 474 | 205 860 | 244 596 | 268 996 | -14.35 | 350.11 | 228.30 | 31.34 | -0.86 | 1.12 | 1 307 046 | 5.67 | 13 | 544 | 687 | 6 | 8 | 15 | 15 |
| SSD US Equity | 35.42 | 23:15:06 | 0.68 | 0.24 | 106 912 | 35.41 | 35.43 | 22.10.2015 | 5.66 | 35.41 | 153 864 | 190 654 | 180 339 | 163 318 | -7.28 | 38.20 | 28.80 | 22.99 | 2.37 | 1.46 | 1 402 215 | 8.76 | 8 | 263 | 165 | 6 | 3 | 10 | 10 |
| CXW US Equity | 30.85 | 23:15:02 | 1.31 | 0.4 | 658 756 | 30.84 | 30.86 | 03.11.2015 | 4.58 | 30.77 | 950 162 | 739 506 | 926 425 | 883 229 | -27.09 | 42.31 | 28.00 | 10.18 | -15.11 | 5.00 | 5 642 359 | 5.64 | 127 | 3 147 | 1 906 | 100 | 27 | 182 | 15 |
| AVA US Equity | 31.06 | 23:15:02 | 0.71 | 0.22 | 248 529 | 31.06 | 31.08 | 05.11.2015 | #N/A N/A | 31.05 | 276 530 | 337 512 | 305 694 | 216 604 | -18.99 | 38.34 | 29.77 | 4.33 | -12.14 | -1.05 | 2 341 336 | 7.43 | 4 | 178 | 234 | 1 | 3 | 5 | 0 |
| CUBE US Equity | 25.68 | 23:15:02 | 0.63 | 0.16 | 1 037 777 | 25.66 | 25.67 | 01.11.2015 | #N/A N/A | 25.60 | 1 394 568 | 1 346 692 | 1 443 042 | 839 423 | -4.21 | 26.81 | 17.72 | 44.92 | 16.36 | 1.54 | 4 569 716 | 2.62 | 10 | 389 | 95 | 9 | 1 | 14 | 0 |
| DGI US Equity | 23.17 | 23:15:03 | -0.34 | -0.08 | 516 989 | 23.15 | 23.17 | 30.10.2015 | 7.88 | 23.13 | 573 276 | 588 200 | 480 894 | 309 755 | -35.48 | 35.91 | 21.00 | 10.33 | -25.19 | 0.48 | 6 527 477 | 10.72 | 168 | 3 981 | 2 236 | 130 | 38 | 47 | 68 |
| BIO US Equity | 139.57 | 23:15:04 | -0.32 | -0.45 | 108 843 | 139.60 | 139.68 | 04.11.2015 | #N/A N/A | 139.51 | 137 472 | 137 140 | 147 248 | 124 214 | -8.41 | 152.38 | 102.71 | 35.89 | 15.77 | 0.17 | 1 035 482 | 6.40 | 42 | 698 | 228 | 20 | 22 | 194 | 20 |
| BSFT US Equity | 30.51 | 0:20:00 | -0.42 | -0.13 | 220 022 | 30.48 | 30.51 | 05.11.2015 | 10.15 | 30.53 | 358 449 | 280 206 | 373 421 | 865 531 | -21.42 | 38.83 | 19.12 | 59.57 | 5.13 | -3.33 | 1 545 411 | 7.26 | 59 | 1 326 | 538 | 47 | 12 | 2 | 15 |
| CKH US Equity | 63.18 | 23:15:03 | 3.39 | 2.07 | 173 425 | 63.23 | 63.27 | 27.10.2015 | #N/A N/A | 62.85 | 161 050 | 167 861 | 183 955 | 206 069 | -23.99 | 83.12 | 58.00 | 8.93 | -14.40 | -2.06 | 2 708 822 | 14.87 | 10 | 427 | 1 720 | 6 | 4 | 3 | 25 |
| CWT US Equity | 20.90 | 23:15:02 | -0.29 | -0.06 | 148 886 | 20.90 | 20.91 | 29.10.2015 | 1.38 | 20.98 | 232 330 | 225 439 | 227 010 | 208 384 | -20.75 | 26.37 | 19.55 | 6.91 | -15.08 | 1.31 | 963 942 | 3.79 | 5 | 170 | 280 | 2 | 4 | 15 | 0 |
| RIG US Equity | 15.80 | 23:15:03 | 2.73 | 0.42 | 16 020 123 | 15.79 | 15.80 | 09.11.2015 | #N/A N/A | 15.82 | 15 449 774 | 13 504 139 | 14 702 562 | 14 852 843 | -56.09 | 35.98 | 11.26 | 40.32 | -13.80 | 11.03 | 123 151 432 | 7.87 | 58 579 | 465 919 | 1 185 367 | 15 937 | 42 642 | 38 358 | 22 085 |
| WDAY US Equity | 71.96 | 23:15:03 | 1.83 | 1.29 | 1 159 827 | 71.96 | 71.97 | 24.11.2015 | 8.15 | 71.68 | 1 709 538 | 1 430 356 | 2 147 934 | 1 163 170 | -26.12 | 97.40 | 65.33 | 10.15 | -11.82 | 2.42 | 7 869 572 | 2.85 | 6 304 | 64 710 | 34 164 | 4 031 | 2 273 | 879 | 261 |
| PPHM US Equity | 1.15 | 0:20:00 | -0.86 | -0.01 | 632 195 | 1.14 | 1.15 | 10.12.2015 | 5.24 | 1.15 | 1 164 617 | 1 110 659 | 1 085 937 | 911 682 | -34.29 | 1.75 | 1.00 | 15.00 | -17.27 | 0.00 | 9 095 639 | 8.38 | 130 | 8 291 | 1 522 | 75 | 55 | 50 | 0 |
| LSCC US Equity | 4.06 | 0:20:00 | 0.74 | 0.03 | 668 080 | 4.06 | 4.07 | 23.10.2015 | 2.78 | 4.06 | 1 188 928 | 1 211 671 | 1 235 524 | 752 150 | -47.68 | 7.76 | 3.25 | 24.92 | -41.07 | -2.87 | 6 944 119 | 4.76 | 38 | 3 300 | 263 | 34 | 3 | 200 | 10 |
| LAD US Equity | 113.11 | 23:15:04 | 1.68 | 1.87 | 199 967 | 113.05 | 113.11 | 30.10.2015 | 3.82 | 112.19 | 278 249 | 307 272 | 261 477 | 201 717 | -7.29 | 122.01 | 63.05 | 79.39 | 30.48 | 6.11 | 1 590 650 | 5.26 | 415 | 7 043 | 972 | 385 | 30 | 149 | 12 |
| ECHO US Equity | 21.88 | 0:20:00 | 1.77 | 0.38 | 535 002 | 21.86 | 21.88 | 23.10.2015 | 8.87 | 21.98 | 565 698 | 427 770 | 500 273 | 411 314 | -36.29 | 34.35 | 21.02 | 4.09 | -25.07 | -5.93 | 2 359 393 | 4.27 | 96 | 7 383 | 2 388 | 67 | 29 | 49 | 220 |
| STNG US Equity | 9.61 | 23:15:06 | 2.89 | 0.27 | 1 202 459 | 9.62 | 9.63 | 26.10.2015 | 7.05 | 9.55 | 2 166 989 | 2 567 680 | 2 181 843 | 1 316 753 | -17.44 | 11.64 | 6.48 | 48.30 | 10.59 | 1.59 | 9 440 518 | 3.33 | 322 | 9 893 | 2 326 | 303 | 20 | 29 | 0 |
| CLX US Equity | 113.58 | 23:15:03 | 1.77 | 1.98 | 1 028 021 | 113.58 | 113.60 | 28.10.2015 | #N/A N/A | 113.39 | 905 455 | 790 298 | 842 678 | 756 957 | -5.15 | 119.75 | 89.01 | 27.60 | 8.99 | 2.17 | 7 584 555 | 8.47 | 491 | 10 675 | 8 276 | 266 | 225 | 253 | 193 |
| FIRE US Equity | #N/A Rea | #N/A Real | #N/A Real | #N/A Real | #N/A Real T | #N/A Real | #N/A Real T | #N/A N/A | #N/A N/A | #N/A Invali | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/ | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | #N/A N/A | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VIAV US Equity | 5.60 | 0:20:00 | -0.18 | -0.01 | 1 506 280 | 5.60 | 5.61 | 03.11.2015 | #N/A N/A | 5.60 | 3 728 158 | 3 491 530 | 2 658 064 | 1 674 752 | -30.85 | 8.10 | 4.99 | 12.22 | -28.21 | 4.28 | 10 619 770 | 3.54 | 1 089 | 44 172 | 23 895 | 837 | 253 | 60 | 5 |
| APC US Equity | 69.14 | 23:15:01 | 5.20 | 3.42 | 4 677 856 | 69.13 | 69.14 | 28.10.2015 | 1.91 | 68.40 | 5 003 300 | 4 438 650 | 5 400 320 | 3 775 134 | -36.06 | 108.14 | 58.10 | 19.00 | -16.19 | -3.41 | 10 653 316 | 1.65 | 13 371 | 396 875 | 135 456 | 7 371 | 6 000 | 1 633 | 1 557 |
| MDVN US Equity | 49.87 | 0:20:00 | 1.85 | 0.905 | 1 901 804 | 49.87 | 49.91 | 06.11.2015 | #N/A N/A | 49.50 | 2 207 702 | 2 389 017 | 2 173 852 | 2 276 579 | -29.55 | 70.79 | 40.01 | 24.66 | 0.13 | 13.26 | 7 004 196 | 3.46 | 1 462 | 25 820 | 11 809 | 647 | 815 | 380 | 506 |
| TIVO US Equity | 9.23 | 0:20:00 | 1.88 | 0.17 | 1 156 055 | 9.22 | 9.23 | 08.12.2015 | #N/A N/A | 9.17 | 1 598 372 | 1 846 338 | 1 594 498 | 1 631 035 | -33.67 | 13.92 | 8.50 | 8.59 | -22.04 | 1.43 | 6 931 431 | 3.92 | 480 | 9 143 | 9 087 | 206 | 274 | 40 | 76 |
| MTH US Equity | 38.83 | 23:15:03 | -0.67 | -0.26 | 603 152 | 38.81 | 38.82 | 29.10.2015 | 4.06 | 38.63 | 491 184 | 518 668 | 552 002 | 905 728 | -22.18 | 49.90 | 31.69 | 22.53 | 7.89 | -7.85 | 4 978 398 | 10.06 | 801 | 4 271 | 12 683 | 117 | 684 | 10 | 26 |
| WWD US Equity | 44.39 | 0:20:00 | 1.65 | 0.72 | 244 503 | 44.39 | 44.41 | 10.11.2015 | #N/A N/A | 44.22 | 376 136 | 421 220 | 399 262 | 277 858 | -21.50 | 56.55 | 41.01 | 8.24 | -9.83 | -2.65 | 3 290 630 | 6.70 | 29 | 1 108 | 386 | 21 | 8 | 0 | 3 |

