# EXHIBIT F



| Company | Sector | Ticker | USD Price | YTD change (%) | MTD change (%) | 52 Week High | 52 Week Low | Current Mkt Cap ($ Bln) | Average daily value traded for the last 20 days ($Mln) | Current P/E | Forward P/E | PEG Ratio | 60 day volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERSIL CORP-A | | ISIL US Equity | | | | | | | | | | | |
| S&P 500 INDEX | | SPX Index | | | | | | | | | | | |
| S&P 400 MIDCAP INDEX | | MID Index | | | | | | | | | | | |
| S&P 400 INFO TECH INDEX | Technology Hardware & Equipment | S4INFT Index | | | | | | | | | | | |

Report date: 24.10.12  Report time: Aft-mkt

| Estimates for the last quarter: | | Mean | Smart | Guidance | Lowest | Highest | | Top Analysts | 1 | 2 | 3 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EPS | 0.85 | 0.83 | 0.11 | 0.13 | 0.11 | | | 0.8 | 0.7 | 0.9 | 0.80 |
| | Revenue | 151.471 | 151.17 | 151 | 150 | 162 | | | 151 | 151 | 151 | 151 |

| Estimates for the current quarter: | | Mean | Smart | Lowest | Highest | | Estimates for the current year: | | Mean | Smart | Lowest | Highest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EPS | 0.92 | 0.9 | 0.019 | 0.13 | | | EPS | 0.324 | 0.32 | 0.08 | 0.38 |
| | Revenue | 152.2 | 153.3 | 140 | 168 | | | Revenue | 622.8 | 623.18 | 610 | 649 |

Last report date: 26.07.12  Report time: 0:05

| | EPS Est | EPS Act | | Revenue Est | Revenue Act | | Issued guidance: | YES |
|---|---|---|---|---|---|---|---|---|
| | 0.097 | 0.08 | -17.53% | 165.68 | 163.00 | -1.62% | The company saw 3Q2012 EPS $0.10 - 0.12 vs. 0.18 est., revenue $156-163 mln vs. $177.26 mln est. | |

| | | Price change on opening: | 26.07.12 | Price change on closing: | 26.07.12 |
|---|---|---|---|---|---|
| | ISIL US Equity | | 0.63% | | -0.84% |
| | SPX Index | | 0.02% | | 1.65% |
| | MID Index | | 0.02% | | 1.46% |
| | S4INFT Index | | 1.13% | | 2.40% |

Lower guidance.

Report date: 26.04.12  Report time: 0:05

| | EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|---|
| | 0.06 | 0.06 | 0.00% | 156.67 | 156.00 | -0.43% |

| | | Price change on opening: | 26.04.12 | Price change on closing: | 26.04.12 |
|---|---|---|---|---|---|
| | ISIL US Equity | | -3.59% | | -5.99% |
| | SPX Index | | 0.00% | | 0.67% |
| | MID Index | | 0.11% | | 0.96% |
| | S4INFT Index | | 0.25% | | 1.95% |

Lower guidance. The company saw 2Q2012 EPS $0.8 - 0.11 vs. 0.11 est., revenue $162-170 mln vs. $169.1 mln est.

Report date: 02.02.12  Report time: 1:05

| | EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|---|
| | 0.098 | 0.16 | 63.27% | 168 | 166 | -1.18% |

| | | Price change on opening: | 02.02.12 | Price change on closing: | 02.02.12 |
|---|---|---|---|---|---|
| | ISIL US Equity | | -6.17% | | -5.57% |
| | SPX Index | | 0.01% | | 0.11% |
| | MID Index | | -0.02% | | 0.13% |
| | S4INFT Index | | 0.25% | | 0.70% |

Lower guidance. The company saw 1Q2012 EPS $0.05 - 0.09 vs. $0.12 est., revenue $152-160 mln vs. $169.9 mln est.

Report date: 27.10.11  Report time: 0:05

| | EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|---|
| | 0.111 | 0.2 | 80.18% | 186 | 187 | 0.43% |

| | | Price change on opening: | 27.10.11 | Closing price on: | 27.10.11 |
|---|---|---|---|---|---|
| | ISIL US Equity | | 8.81% | | 8.90% |
| | SPX Index | | 0.16% | | 3.43% |
| | MID Index | | 0.19% | | 4.30% |
| | S4INFT Index | | 0.26% | | 4.97% |

Mixed guidance. The company saw 4Q2011 EPS $0.14 - 0.17 vs. 0.13 est., revenue $162-170 mln vs. $185.11 mln est.

Special points:

| | |
|---|---|
| 1 | The company provided lower guidance on the last three quarters and the price was down on that results. |
| 2 | According to JPMorgan, which has sell recommendation on the stock, the company is loosing the market share and the PC market remains weak. |
| 3 | Despite higher revenue smart estimate for the next quarter, next quarter smart EPS estimate and reporting quarter both EPS and revenue estimates are lower than market consensus. |

Fundamental recommendation: SELL