# EXHIBIT G



| Company | Sector | Ticker | USD Price | YTD change (%) | MTD change (%) | 52 Week High | 52 Week Low | Current Mkt Cap ($ Bln) | Last trading day turnover ($ Mln) | Current P/E | Forward P/E | PEG Ratio | 60 day volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GENTEX CORP** | | GNTX US Equity | | | | | | | | | | | |
| S&P 500 INDEX | | SPX Index | | | | | | | | | | | |
| S&P 400 MIDCAP INDEX | | MID Index | | | | | | | | | | | |
| S&P 400 CONS DISCRET IDX | Automobiles & Parts | S4COND Index | | | | | | | | | | | |

| Report date: | 29.01.13 | Report time: | Aft-mkt |
|---|---|---|---|

| Estimates for the last quarter: | | Mean | Smart | Guidance | Lowest | Highest | | Top Analysts | 1 | 2 | 3 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EPS | 0.133 | 0.13 | | 0.13 | 0.14 | | | 0.13 | 0.13 | | 0.13 |
| | Revenue | 258.333 | 253 | 260.347 | 250 | 275 | | | 253 | 253 | | 253 |

| Estimates for the current quarter: | | Mean | Smart | Lowest | Highest | | Estimates for the current year: | | Mean | Smart | Lowest | Highest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EPS | 0.148 | 0.145 | 0.14 | 0.16 | | | EPS | 0.585 | 0.58 | 0.54 | 0.66 |
| | Revenue | 282 | 280 | 273 | 294 | | | Revenue | 1135 | 1122 | 1089 | 1225 |

| Last report date: | 23.10.12 | Report time: | 0:01 |
|---|---|---|---|

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.278 | 0.29 | 4.32% | 278 | 268 | -3.39% |

| | Price change on opening: | 23.10.12 | Price change on closing: | 23.10.12 |
|---|---|---|---|---|
| GNTX US Equity | | -8.82% | | -0.41% |
| SPX Index | | -0.01% | | -1.44% |
| MID Index | | -0.07% | | -0.66% |
| S4COND Index | | -0.45% | | -0.71% |

The company predicted lower gross margin for the next quarter. Also 4 of its customers switched to different technology, which might hurt FY2013-2014 results.

| Report date: | 24.07.12 | Report time: | 0:06 |
|---|---|---|---|

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.293 | 0.28 | -4.44% | 283 | 280 | -1.12% |

| | Price change on opening: | 24.07.12 | Closing price on: | 24.07.12 |
|---|---|---|---|---|
| GNTX US Equity | | -13.43% | | -29.05% |
| SPX Index | | 0.00% | | -0.90% |
| MID Index | | 0.00% | | -1.38% |
| S4COND Index | | 0.00% | | -1.51% |

The company provided inline guidance, but the fall was mostly due to the miss in both EPS and revenues.

| Report date: | 19.04.12 | Report time: | 0:05 |
|---|---|---|---|

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.162 | 0.16 | -1.23% | 294 | 291 | -1.16% |

| | Price change on opening: | 19.04.12 | Price change on closing: | 19.04.12 |
|---|---|---|---|---|
| GNTX US Equity | | -6.41% | | -16.01% |
| SPX Index | | 0.00% | | -0.59% |
| MID Index | | 0.00% | | -0.41% |
| S4COND Index | | 0.00% | | -1.29% |

Lower guidance, as the company expects 2Q revenue to be up 15% est.19%.

| Report date: | 31.01.12 | Report time: | 1:05 |
|---|---|---|---|

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.153 | 0.14 | -8.50% | 274 | 260 | -4.84% |

| | Price change on opening: | 31.01.12 | Closing price on: | 31.01.12 |
|---|---|---|---|---|
| GNTX US Equity | | -4.58% | | -10.79% |
| SPX Index | | 0.04% | | -0.05% |
| MID Index | | 0.03% | | -0.12% |
| S4COND Index | | 0.02% | | -0.85% |

Margins were also worse than expected.

**Special points:**

| | |
|---|---|
| 1 | Smart estimates for the reporting and next quarter are lower than consensus. |
| 2 | Last four quarters the company provided worse number and fell |
| 3 | |
| Fundamental recommendation: | SELL |