# EXHIBIT H



HZNP: 01.11.2012* - 12.11.2012* (1 minute bars) Horizon Pharma, Inc. @ NASDAQ -- Template: MB_DAILY
12.11.12 11:18 O=2,25 H=2,25 L=2,25 C=2,25 MovingAvg= 2,29 MovingAvg= 2,26 MovingAvgX= 2,26
MovingAvg (C,50) MovingAvg (C,200) 12.11.12 13:48 = 2,38 (+0,09)
HZNP / LONG
DATE: 12.11.2012 @ 13:45
SIGNAL TYPE: IMPULSE
1. Bullish fundamental basis
2. Second half of the day
3. Impulse move up
4. Peaking volume
5. Both 1min and 5min 50MA's point in the direction of the trade
LONG
3
4
©GenesisFT
MovingAvg (15) Up Close Down Close Volume

HZNP: 01.11.2012* - 12.11.2012* (5 minute bars) Horizon Pharma, Inc. @ NASDAQ
12.11.12 11:25 O=2,25 H=2,25 L=2,23 C=2,23 MovingAvg= 2,29
MovingAvg (C,50) 12.11.12 13:50 = 2,39 (+0,10)
3
4
©GenesisFT
MovingAvg (15) Up Close Down Close Volume
08.11.12
09.11.12
12.11.12

| Company | Sector | Ticker | USD Price | YTD change (%) | MTD change (%) | 52 Week High | 52 Week Low | Current Mkt Cap ($ Bln) | Last trading day turnover ($ Mln) | Current P/E | Forward P/E | PEG Ratio | 60 day volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HORIZON PHARMA P | | HZNP US Equity | | | | | | | | | | | |
| S&P 500 INDEX | | SPX Index | | | | | | | | | | | |
| 0 | | | | | | | | | | | | | |
| 0 | Pharmaceuticals & Biotechnology | | | | | | | | | | | | |

Report date: 13.11.12    Report time: Bef-mkt

Estimates for the last quarter:

| | Mean | Smart | Guidance | Lowest | Highest |
|---|---|---|---|---|---|
| EPS | -0.683 | -0.65 | | -0.76 | -0.6 |
| Revenue | 4420 | 4500 | | 3 500 | 5 100 |

| Top Analysts | 1 | 2 | 3 | Average |
|---|---|---|---|---|
| | | | | |

Last report date: 10.08.12    Report time: 15:00

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| -0.663 | -0.68 | -2.56% | 4 437 | 3 841 | -13.43% |

| | Price change on opening: | 10.08.12 | Price change on closing: | 10.08.12 |
|---|---|---|---|---|
| HZNP US Equity | | 8.42% | | -1.68% |
| SPX Index | | -0.02% | | 0.22% |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |

Report date: 10.05.12    Report time: 15:00

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| -0.923 | -0.85 | 7.91% | 3 693 | 2 523 | -31.68% |

| | Price change on opening: | 10.05.12 | Closing price on: | 10.05.12 |
|---|---|---|---|---|
| HZNP US Equity | | 6.57% | | 0.29% |
| SPX Index | | 0.00% | | 0.25% |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |

Report date: 23.03.12    Report time: 14:59

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| -1.17 | -0.97 | 17.09% | 2 195 | 3 526 | 60.64% |

| | Price change on opening: | 23.03.12 | Price change on closing: | 23.03.12 |
|---|---|---|---|---|
| HZNP US Equity | | 0.27% | | 3.24% |
| SPX Index | | 0.00% | | 0.31% |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |

Report date: 14.11.11    Report time: 16:30

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| -0.88 | -1.18 | -34.09% | 1 015 | 273 | -73.10% |

| | Price change on opening: | 14.11.11 | Closing price on: | 14.11.11 |
|---|---|---|---|---|
| HZNP US Equity | | -0.61% | | -2.06% |
| SPX Index | | 0.00% | | -0.96% |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |
| 0 | | #ЗНАЧ! | | #ЗНАЧ! |

The company has reported 11,66mil shares secondary priced at $12.05/shr.

Special points:

| | |
|---|---|
| 1 | Smart estimates are higher than consensus, more importantly for revenue. |
| 2 | The stock is down around 70% since July. |
| 3 | Short Interest has increased by more than 5 time YTD. |
| Fundamental recommendation: | BUY |