# EXHIBIT I


EW: 15.04.2013* - 23.04.2013* (1 minute bars) Edwards Lifesciences Corporati @ NYSE -- Template: MB_DAILY
23.04.13 12:00 O=85,15 H=85,17 L=85,15 C=85,15 MovingAvg= 84,81 MovingAvg= 85,18 MovingAvgX= 85,15
MovingAvgX (C,15,F) MovingAvg (C,50) MovingAvg (C,200) 23.4.13 13:43 = 83,08 (-0,55)
3
EW / SHORT
DATE: 23.04.2013 @ 13:43
SIGNAL TYPE: IMPULSE
1. Bearish fundamental basis
2. Close of the trading day
3. Impulse move down
4. Peaking volume
5. Both 1min and 5min 50MA's point in the direction of the trade
SHORT
MovingAvg (15) Up Close Down Close Volume
4
EW: 15.04.2013* - 23.04.2013* (5 minute bars) Edwards Lifesciences Corporati @ NYSE
23.04.13 12:00 O=85,11 H=85,17 L=85,08 C=85,15 MovingAvg= 84,57
MovingAvg (C,50) 23.4.13 13:40 = 83,00 (-0,63)
4
MovingAvg (15) Up Close Down Close Volume
3
22.04.13
23.04.13
© GenesisFT

| Company | Sector | Ticker | USD Price | YTD change (%) | MTD change (%) | 52 Week High | 52 Week Low | Current Mkt Cap ($ Bln) | Average daily value traded for the last 20 days ($Mln) | Current P/E | Forward P/E | PEG Ratio | 60 day volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EDWARDS LIFE** | | EW US Equity | 139.03 | **9.15** | **-1.31** | 159.00 | 97.07 | 14.948 | 163.54 | 33.37 | 28.95 | 1.90 | 1.79 |
| S&P 500 INDEX | | SPX Index | 1948.86 | **-5.34** | **-1.18** | 2134.72 | 1820.66 | 17800.230 | | 17.23 | - | - | 1.25 |
| #Н/Д | | | #Н/Д | **#Н/Д** | **#Н/Д** | #Н/Д | #Н/Д | #Н/Д | | #Н/Д | - | - | #ЗНАЧ! |
| S&P 500 HEALTH CARE IDX | Health Care Equipment & Services | *S5HLTH Index* | 807.74 | **1.99** | **-0.71** | 894.36 | 685.49 | 2691.394 | | 21.75 | - | - | 1.36 |

**Report date:** **24.04.13** **Report time:** **0:00**

Estimates for the last quarter:

| | Mean | Smart | Whisper | Lowest | Highest |
|---|---|---|---|---|---|
| EPS | *0.759* | *0.76* | | *0.7* | *0.78* |
| Revenue | *519* | *518* | | *509* | *530* |

| Top Analysts | 1 | 2 | 3 | Average |
|---|---|---|---|---|
| | *0.76* | *0.76* | *0.76* | *0.76* |
| | *516* | *513* | *524* | *518* |

Estimates for the current quarter:

| | Mean | Smart | Lowest | Highest |
|---|---|---|---|---|
| EPS | *0.813* | *0.819* | *0.77* | *0.84* |
| Revenue | *535.8* | *533.1* | *518.1* | *574* |

Estimates for the current year:

| | Mean | Smart | Lowest | Highest |
|---|---|---|---|---|
| EPS | *3.265* | *3.266* | *3.19* | *3.35* |
| Revenue | *2135* | *2123* | *2084* | *2238* |

**Last report date:** **05.02.13** **Report time:** **1:01**

| EPS Est | EPS Act | | Revenue Est | Revenue Act | | Issued guidance: | YES |
|---|---|---|---|---|---|---|---|
| 0.767 | 0.9 | 17.34% | 501 | 511 | 1.95% | For the 1Q2013 the company expects revenues $505-530 mln, and EPS 0.74-0.78. | |

| Price change on opening: | 05.02.13 | Price change on closing: | 05.02.13 |
|---|---|---|---|
| EW US Equity | -3.65% | | -6.78% |
| SPX Index | 0.00% | | 1.04% |
| *0* | #ЗНАЧ! | | #ЗНАЧ! |
| *S5HLTH Index* | 0.20% | | 1.19% |

The fell because of part of the company’s revenue increase was caused by hospitals' inventory stockings, and analysts feared that this would die down and cause future revenues to fall.

**Report date:** **20.10.12** **Report time:** **0:01**

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.543 | 0.58 | 6.81% | 448 | 448 | -0.06% |

| Price change on opening: | 22.10.12 | Price change on closing: | 22.10.12 |
|---|---|---|---|
| EW US Equity | -0.89% | | 0.43% |
| SPX Index | 0.00% | | 0.04% |
| *0* | #ЗНАЧ! | | #ЗНАЧ! |
| *S5HLTH Index* | -0.05% | | 0.01% |

The earnings were released on Friday after-market, so this case is not very representative one. The issued guidance was inline with the estimates, for the 4Q2012 revenues $490-520 mln vs. $499 mln est, and EPS 0.76-0.80 vs. 0.79 est.

**Report date:** **25.07.12** **Report time:** **0:00**

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.654 | 0.67 | 2.45% | 489 | 482 | -1.43% |

| Price change on opening: | 25.07.12 | Price change on closing: | 25.07.12 |
|---|---|---|---|
| EW US Equity | 2.40% | | 6.50% |
| SPX Index | 0.00% | | -0.03% |
| *0* | #ЗНАЧ! | | #ЗНАЧ! |
| *S5HLTH Index* | 0.18% | | 0.37% |

The guidance was lower than estimated for 3Q2012 with revenues $465-485 mln vs. $483.9 mln est, and EPS 0.57-0.61 vs. 0.65 est. The price rose due to improved sales of SAPIEN valve, which were $145.8 mln vs. $136 mln est.

**Report date:** **25.04.12** **Report time:** **0:01**

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.477 | 0.53 | 11.11% | 450 | 459 | 2.15% |

| Price change on opening: | 25.04.12 | Closing price on: | 25.04.12 |
|---|---|---|---|
| EW US Equity | 3.65% | | 11.61% |
| SPX Index | 0.01% | | 1.36% |
| *0* | #ЗНАЧ! | | #ЗНАЧ! |
| *S5HLTH Index* | 0.00% | | 1.05% |

The guidance was higher than expected, with 2Q2012 revenues projected at $470-500 mln vs. $486.3 mln est, and EPS 0.64-0.68 vs. 0.60 est., but the company also lowered its own estimates for FY2012.

**Special points:**

| | |
|---|---|
| 1 | So far the companies that have reported earnings in Health Care sector beat estimates at 70% rate for EPS, and only 25% for the revenues, which is lower that average 75% and 45% respectively for the S&P500 in general. |
| 2 | Revenue guidance is important. Revenue smart estimates are below the market consensus both on next quarter and current year. Current revenue smat estimates are also below the consensus. |
| 3 | The reason for poor revenue expectations is that company's last revenue increase was caused by hospitals' inventory stockings which can die down and cause future revenue fall. |
| Fundamental recommendation: | SELL |