# EXHIBIT K



NVDA: 25.10.2012* - 08.11.2012* (1 minute bars) NVIDIA Corporation @ NASDAQ -- Template: MB_DAILY
08.11.12 11:48 O=12,06 H=12,06 L=12,05 C=12,05 MovingAvg= 12,04 MovingAvg= 12,07 MovingAvgX= 12,05
MovingAvg (C,50) MovingAvg (C,200) 8.11.12 14:28 = 12,31 (+0,42)
NVDA / LONG
DATE: 08.11.2012 @ 14:27
SIGNAL TYPE: IMPULSE
1. Bullish fundamental basis
2. Second half of the day
3. Impulse move up
4. Peaking volume
5. Both 1min and 5min 50MA's point in the direction of the trade
LONG
3
4
Down Close Volume
© GenesisFT

NVDA: 25.10.2012* - 08.11.2012* (5 minute bars) NVIDIA Corporation @ NASDAQ -- Temp
08.11.12 11:50 O=12,05 H=12,06 L=12,05 C=12,05 MovingAvg= 12,02
MovingAvgX (C,15,F) MovingAvg (C,50) MovingAvg (C,200)
3
4
MovingAvg (15) Up Close Down Close Volume
© GenesisFT
07.11.12
08.11.12

| Company | Sector | Ticker | USD Price | YTD change (%) | MTD change (%) | 52 Week High | 52 Week Low | Current Mkt Cap ($ Bln) | Last trading day turnover ($ Mln) | Current P/E | Forward P/E | PEG Ratio | 60 day volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NVIDIA CORP** | | NVDA US Equity | | | | | | | | | | | |
| S&P 500 INDEX | | SPX Index | | | | | | | | | | | |
| #N/A Invalid Security | | | | | | | | | | | | | |
| S&P 500 INFO TECH INDEX | Technology Hardware & Equipment | S5INFT Index | | | | | | | | | | | |

**Report date:** 08.11.12   **Report time:** Aft-mkt

*Estimates for the last quarter:*

| | Mean | Smart | Guidance | Lowest | Highest | | Top Analysts | 1 | 2 | 3 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPS | 0.358 | 0.37 | | 0.22 | 0.38 | | | 0.35 | 0.37 | 0.37 | 0.36 |
| Revenue | 1198 | 1200 | 1200 | 11 058 | 1 225 | | | 1 200 | 1 200 | 1 201 | 1 200 |

*Estimates for the current quarter:*

| | Mean | Smart | Lowest | Highest | | Estimates for the current year: | | Mean | Smart | Lowest | Highest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EPS | 0.357 | 0.36 | 0.19 | 0.41 | | | EPS | 1.145 | 1.15 | 0.74 | 1.19 |
| Revenue | 1202 | 1211 | 1000 | 1290 | | | Revenue | 4380 | 4380 | 4033 | 4850 |

**Last report date:** 10.08.12   **Report time:** 0:19

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.224 | 0.27 | 20.54% | 1 008 | 1 044 | 3.64% |

| | Price change on opening: | 10.08.12 | Price change on closing: | 10.08.12 |
|---|---|---|---|---|
| | NVDA US Equity | 2.65% | | -0.61% |
| | SPX Index | -0.02% | | 0.22% |
| | | 0 | #ЗНАЧ! | #ЗНАЧ! |
| | S5INFT Index | -0.12% | | 0.18% |

Higher guidance. Sees 3Q rev 1.15-1.25 est. 1.09, sees non GAAP gross margin 52% est 51.8%.

**Report date:** 11.05.12   **Report time:** 15:30

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.154 | 0.16 | 3.90% | 916 | 925 | 0.95% |

| | Price change on opening: | 11.05.12 | Closing price on: | 11.05.12 |
|---|---|---|---|---|
| | NVDA US Equity | 8.29% | | 6.36% |
| | SPX Index | 0.01% | | -0.34% |
| | | 0 | #ЗНАЧ! | #ЗНАЧ! |
| | S5INFT Index | -0.23% | | -0.11% |

Higher guidance. Sees 2Q rev 990-1050 est 976.3. Sees 2Q Gross margin 51.5% est 49.3%.

**Report date:** 16.02.12   **Report time:** 1:19

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.239 | 0.26 | 8.79% | 951 | 953 | 0.27% |

| | Price change on opening: | 16.02.12 | Price change on closing: | 16.02.12 |
|---|---|---|---|---|
| | NVDA US Equity | -6.86% | | 1.73% |
| | SPX Index | -0.05% | | 1.10% |
| | | 0 | #ЗНАЧ! | #ЗНАЧ! |
| | S5INFT Index | -0.25% | | 1.57% |

Lower guidance. Sees 1Q rev 900-930 est 940.4. sees 1Q gross margin 48.5-50.5% est 52%.

**Report date:** 11.11.11   **Report time:** 1:19

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.316 | 0.35 | 10.76% | 1 065 | 1 066 | 0.11% |

| | Price change on opening: | 11.11.11 | Closing price on: | 11.11.11 |
|---|---|---|---|---|
| | NVDA US Equity | 2.83% | | 3.52% |
| | SPX Index | 0.03% | | 1.95% |
| | | 0 | #ЗНАЧ! | #ЗНАЧ! |
| | S5INFT Index | 0.65% | | 2.11% |

Guidance inline. Sees 4Q rev 1.04-1.09 est 1.07.

**Special points:**

| 1 | Revenue guidance for the next quarter is important. Smart estimates are higher than consensus. Even company's own guidance is higher than the estimates. |
|---|---|
| 2 | The stock is down 14% from August. |
| 3 | Announced new drivers for Linux OS with increased performance on November 6, 2012. |

**Fundamental recommendation:** BUY