# EXHIBIT L



PEGA: 07.11.2012* - 08.11.2012* (1 minute bars) Pegasystems Inc. @ NASDAQ -- Template: MB_DAILY
Чт 08.11.12 14:53 O=10,21 H=10,28 L=10,17 C=10,20 MovingAvg= 10,73 MovingAvg= 10,62 MovingAvgX= 10,39
MovingAvg (C,200) 8.11.12 14:53 = 10,20 (-0,60)
PEGA / SHORT
DATE: 08.11.2012 @ 14:53
SIGNAL TYPE: IMPULSE
1. Bearish fundamental basis
2. Second half of the day
3. Impulse move down
4. Peaking volume
5. Both 1min and 5min 50MA's point in the direction of the trade
3
SHORT
4
© GenesisFT
MovingAvg (15) Up Close Down Close Volume

PEGA: 07.11.2012* - 08.11.2012* (5 minute bars) Pegasystems Inc. @ NASDAQ -- Template
Чт 08.11.12 14:55 Volume= 82420 <Down Close> MovingAvg= 15225,33
MovingAvg (C,50) 8.11.12 14:55 = 10,16 (-0,64)
3
4
© GenesisFT
MovingAvg (15) Up Close Down Close Volume
08.11.12

| Company | Sector | Ticker | USD Price | YTD change (%) | MTD change (%) | 52 Week High | 52 Week Low | Current Mkt Cap ($ Bln) | Last trading day turnover ($ Mln) | Current P/E | Forward P/E | PEG Ratio | 60 day volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PEGASYSTEMS INC** | | PEGA US Equity | | | | | | | | | | | |
| S&P 500 INDEX | | SPX Index | | | | | | | | | | | |
| RUSSELL 2000 INDEX | | RTY Index | | | | | | | | | | | |
| Russ2000Technology | Software & Computer Services | *RGUSTS Index* | | | | | | | | | | | |

---

**Report date:**     08.11.12     **Report time:** Aft-mkt

Estimates for the last quarter:

| | Mean | Smart | Guidance | Lowest | Highest |
|---|---|---|---|---|---|
| EPS | 0.096 | 0.9 | | 0.055 | 0.15 |
| Revenue | 114.429 | 114 | | 110 | 122 |

| Top Analysts | 1 | 2 | 3 | Average |
|---|---|---|---|---|
| | 0.095 | 0.095 | 0.09 | 0.09 |
| | 111 | 115 | 111 | 112 |

Estimates for the current quarter:

| | Mean | Smart | Lowest | Highest |
|---|---|---|---|---|
| EPS | 0.193 | 0.19 | 0.16 | 0.22 |
| Revenue | 134.429 | 134 | 129 | 139 |

Estimates for the current year:

| | Mean | Smart | Lowest | Highest |
|---|---|---|---|---|
| EPS | 0.454 | 0.45 | 0.37 | 0.91 |
| Revenue | 465.375 | 462 | 456 | 500 |

---

**Last report date:**     10.08.12     **Report time:**   0:29

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.124 | 0.09 | -27.42% | 113.40 | 105.06 | -7.36% |

| | Price change on opening: | 10.08.12 | Price change on closing: | 10.08.12 |
|---|---|---|---|---|
| PEGA US Equity | | -16.65% | | 3.07% |
| SPX Index | | -0.02% | | 0.22% |
| RTY Index | | -0.27% | | -0.17% |
| RGUSTS Index | | -0.05% | | 0.11% |

A couple of downgrades.

---

**Report date:**     04.05.12     **Report time:**   0:30

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.12 | 0.22 | 83.33% | 112.14 | 111.17 | -0.87% |

| | Price change on opening: | 04.05.12 | Closing price on: | 04.05.12 |
|---|---|---|---|---|
| PEGA US Equity | | -7.09% | | -8.02% |
| SPX Index | | 0.00% | | -1.61% |
| RTY Index | | -0.56% | | -1.83% |
| RGUSTS Index | | 0.00% | | -1.86% |

Downgrade.

---

**Report date:**     01.03.12     **Report time:**   1:30

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.025 | 0.08 | 220.00% | 105 | 116 | 10.09% |

| | Price change on opening: | 01.03.12 | Price change on closing: | 01.03.12 |
|---|---|---|---|---|
| PEGA US Equity | | 12.14% | | 30.38% |
| SPX Index | | 0.02% | | 0.62% |
| RTY Index | | 0.37% | | 0.53% |
| RGUSTS Index | | 0.27% | | 0.64% |

Mixed guidance. Sees FY2012 rev higher than 500mil est 490.7mil . sees FY2012 EPS 0.91 est 0.96. Sees 1H EPS 0.25

---

**Report date:**     10.11.11     **Report time:**   1:30

| EPS Est | EPS Act | | Revenue Est | Revenue Act | |
|---|---|---|---|---|---|
| 0.156 | 0.075 | -51.92% | 111 | 96 | -14.27% |

| | Price change on opening: | 10.11.11 | Closing price on: | 10.11.11 |
|---|---|---|---|---|
| PEGA US Equity | | -16.63% | | -11.72% |
| SPX Index | | 0.04% | | 0.86% |
| RTY Index | | 0.41% | | 0.92% |
| RGUSTS Index | | 1.13% | | 0.76% |

Lower guidance. Cut FY2011 EPS forecast to $0.61 (had seen $1.16) est $1.17. lowered yr revenue guidance to $410mil had seen $431mil est$ 442.1 mil

**Special points:**

| | |
|---|---|
| 1 | Estimates for the year are important. Smart estimates for the reporting quarter are lower than consensus. Smart estimates for the year are also lower. |
| 2 | Short Interest fell by 45% since March. |
| 3 | |
| Fundamental recommendation: | SELL |