# EXHIBIT M



Igor Sitnikov <igor.sitnikov@copperstonecapital.com>

## 2 NEW TRADES for Friday Trading

**Pairtrade Finder** <admin@pairtradefinder.com>  Fri, Feb 17, 2012 at 10:02 AM
To: Igor <is@copperstone.ru>

Igor,

I hope you've been following alongside my pair
trading recommendations as we've been making
some good money!

The MCD vs SBUX trade idea I sent you earlier
this week is sitting pretty in the money, and so far
the 3 previous recommendations I've sent you have
all been closed out for 82% profits!

The market seems ripe with opportunity at the moment,
with 2 new trades I'll be putting on in Friday New York
Trading.

They are long DE (Deere) vs CAT (Caterpillar) and
long AMZN (Amazon) vs EBAY.

I'll be betting that AMZN will outperform EBAY over the next
21 days.

Check out the pair chart of AMZN vs EBAY here.

With DE vs CAT, I'll be betting that DE will outperform CAT
over the next 14 days, I'm using a shorter timeframe since
this pair is dramatically out of whack, more than 2.83 standard
deviations from it's mean, so I expect it to come back into profit
a lot sooner.

Check out the pair chart of DE vs CAT here.

I've still got YHOO vs AOL open, it's currently out of the money
and I may exit early before the 29th of Feb, the expiry date, i'll
let you know what I do.

Other than that, since I've started sharing my trades with you, my
StockPair Account is up more than 57% and I'm thinking of putting
a larger amount of my own personal wealth in there to make some
serious bucks!

Have a good weekend!
Jared.
==============================
Don't have your own StockPair A/c Yet? Open
a minimum $200 StockPair A/c using this link
to piggy back my trades, then send a email to
support@stockpair.com saying I referred you
and they will add 20% of your deposit to your
a/c as a FREE BONUS!!!
==============================

********** FEEDBACK **********
Thanks to those you who have been providing
me with your feedback, it's great to hear I'm helping

some of you make some money.

Below is some real feedback I've gotten from some traders.

"Thanks heaps for sharing your trades Jared!!! Keep em coming please, I only follow your trades and it's working like a charm!"

"Keep up the trading ideas Jared, love your work"

"Nice trading sir, please keep sending me your trades"

"My a/c is up more than 40% thanks to your trade recommendations, this is my first time profitable trading"

"Jared, your free trading calls are better than other services I pay fees for, thank you so much"

================================
Don't have your own StockPair A/c Yet? Open a minimum $200 StockPair A/c using this link to piggy back my trades, then send a email to support@stockpair.com saying I referred you and they will add 20% of your deposit to your a/c as a FREE BONUS!!!
================================

PO Box 3235 Brisbane 4170 QLD AU

To unsubscribe or change subscriber options visit:
http://www.aweber.com/z/r/?jGysLIzM7LQsHEyMDKwMDLRGtIzMLAws7Bzs