# EXHIBIT P

|  | Name | Ticker | 2011 year end price | Purchase price | Current price | YTD change (%) | 52 Week High | 52 week Low | Current Mkt Cap ($ bln) | Past P/E | Current P/E | Forward P/E | Dividend Yield T12M (%) | Debt Ratio | PEG Ratio | Beta | Correlation | Analyst recs B | H | S | Change since purchase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Vodafone | VOD US Equity | #NAME? | 28.20 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 20 | 9 | 5 | #NAME? |
|  | Verizon | VZ US Equity | #NAME? | 43.85 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 14 | 26 | 1 | #NAME? |

|  |  | Shares | Entry | Total Exposure | 9/5/12 1 | 9/6/12 2 | 9/7/12 3 | 9/10/12 4 | 9/11/12 5 | 9/12/12 6 | 9/13/12 7 | 9/14/12 8 | 9/17/12 9 | 9/18/12 10 | 9/19/12 11 | 9/20/12 12 | 9/21/12 13 | 9/24/12 14 | 9/25/12 15 | 9/26/12 16 | 9/27/12 17 | 9/28/12 18 | 10/1/12 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VOD | Short | 16,900 | 28.20 | 476,582 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? |
| VZ | Long | 12,170 | 43.85 | 533,655 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? |
| Differential |  |  | -15.65 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Gain/Loss |  |  |  |  | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? |
| Total Exposure |  |  |  | 1,010,236 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? |
|  | SPX Index |  | 1404.94 |  | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? |



Performance