# EXHIBIT Q

| | | Shares | Entry | Total Exposure | 12.12.12 1 | 12.13.12 2 | 12.14.12 3 | 12.17.12 4 | 12.18.12 5 | 12.19.12 6 | 12.20.12 7 | 12.21.12 8 | 12.24.12 9 | 12.26.12 10 | 12.27.12 11 | 12.28.12 12 | 12.31.12 13 | 1.2.13 14 | 1.3.13 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VZ | Short | 10 000 | 44.32 | 443 210 | -1.06% | -0.45% | 0.25% | 0.45% | 1.02% | 2.12% | 1.15% | 1.69% | 1.76% | 1.97% | 1.90% | 3.21% | 2.37% | 0.12% | 0.59% |
| T | Long | 14 500 | 34.17 | 495 510 | 0.93% | 0.43% | -0.48% | 0.17% | 0.49% | -0.77% | -0.01% | -1.47% | -1.27% | -1.15% | -1.50% | -2.50% | -1.36% | 2.42% | 2.48% |
| Differential | | | 10.15 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| Gain/Loss | | | | | -95 | 140 | -1255 | 2835 | 6930 | 5595 | 5065 | 215 | 1530 | 3010 | 970 | 1840 | 3795 | 12500 | 14890 |
| Total Exposure | | | | 938 720 | **-0.01%** | **0.01%** | **-0.13%** | **0.30%** | **0.74%** | **0.60%** | **0.54%** | **0.02%** | **0.16%** | **0.32%** | **0.10%** | **0.20%** | **0.40%** | **1.33%** | **1.59%** |
| | SPX Index | | 1427.84 | | 0.04% | -0.59% | -1.00% | 0.18% | 1.33% | 0.56% | 1.11% | 0.16% | -0.08% | -0.56% | -0.68% | -1.78% | -0.12% | 2.42% | 2.21% |



Performance