# EXHIBIT R

| | | Shares | Entry | Total Exposure | 01.28.2013 | 01.29.2013 | 01.30.2013 | 01.31.2013 | 2.1.13 | 2.4.13 | 2.5.13 | 2.6.13 | 2.7.13 | 2.8.13 | 2.11.13 | 2.12.13 | 2.13.13 | 2.14.13 | 2.15.13 | 2.19.13 | 2.20.13 | 2.21.13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| SPY | Short | 4 000 | 150.11 | 600 440 | 0.03% | -0.37% | 0.03% | 0.27% | -0.75% | 0.38% | -0.63% | -0.70% | -0.57% | -1.13% | -1.11% | -1.27% | -1.36% | -1.45% | -1.33% | -2.09% | -0.82% | -0.21% |
| T | Long | 13 000 | 34.05 | 442 672 | 0.23% | 1.85% | 1.26% | 2.17% | 4.28% | 3.46% | 3.81% | 4.05% | 3.58% | 3.58% | 3.46% | 4.55% | 4.02% | 3.64% | 3.84% | 4.75% | 4.17% | 4.05% |
| Differential | | | | 116.06 | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| Gain/Loss | | | | | 1178 | 5968 | 5728 | 11238 | 14438 | 17618 | 13118 | 13718 | 12438 | 9078 | 8678 | 12488 | 9624 | 7378 | 9008 | 8478 | 13518 | 16678 |
| Total Exposure | | | | 1 043 112 | **0.11%** | **0.57%** | **0.55%** | **1.08%** | **1.38%** | **1.69%** | **1.26%** | **1.32%** | **1.19%** | **0.87%** | **0.83%** | **1.20%** | **0.92%** | **0.71%** | **0.86%** | **0.81%** | **1.30%** | **1.60%** |
| | SPX Index | | | 1502.96 | -0.18% | 0.32% | -0.07% | -0.32% | 0.68% | -0.48% | 0.55% | 0.61% | 0.43% | 1.00% | 0.93% | 1.10% | 1.16% | 1.23% | 1.12% | 1.86% | 0.60% | -0.04% |



Performance