**EXHIBIT B**

## EXHIBIT B – DOCUMENTS CONSIDERED

**Case Documents**

Amended Complaint, SEC v. Arkadiy Dubovoy, et al., dated August 11, 2015.

SEC Event Listing for Copperstone Alpha, Intertrade Pacific and Ocean Prime, SEC-DUB-L-0000001-11.

Catalogs of Press Releases for Marketwired & PR Newswire: Marketwired SEC-DUB-L-000017 & PR Newswire SEC-DUB-L-000016

**Data**

Copperstone Trading Data: CS Trading Activity 1.xls and CS Trading Activity 2.xls

Intertrade Trading Data: U658284.20120111.20130109.xls, U658284.20130110.20140109.xls, U658284.20140110.20140321, U658284.20140324.20141203, U658284.20141001.20150311.xls

Ocean Prime Trading Data: U1179827.20130408.20140321.csv, U1179827.20130408.20140321.xls, U1179827.20141001.20150325.xls

Copperstone account statements

Intertrade account statements

Ocean Prime account statements

Exchange rates downloaded from Bloomberg

Event calendars for various companies downloaded from Bloomberg

Event calendars for various companies downloaded from CapIQ

**Articles & Books**

Amin, Kaushik I., & Charles M. C. Lee. 1997. "Option Trading, Price Discovery, and Earnings News Dissemination," 14 *Contemporary Accounting Research* 153-92.

Baker, Malcom Lubomir Litov, Jessica A. Wachter, and Jeffrey Wurgler, "Can Mutual Fund Managers Pick Stocks? Evidence from Their Trades Prior to Earnings Announcements", *Journal of Financial and Quantitative Analysis* Vol. 45, No. 5, Oct. 2010, pp. 1111-1131.

Berkman, Henk, Valentin Dimitrov, Prem C. Jain, Paul D. Koch, & Sheri Tice (2009): "Sell on the News: Differences of Opinion, Short-Sale Constraints, and Returns Around Earnings Announcements." 92 *Journal of Financial Economics* 376-399.

Christophe, Stephen E., Michael G. Ferri, & James J. Angel. 2004. "Short-Selling Prior to Earnings Announcements," 59 *Journal of Finance* 1845-75.

Drake, Michael S., Darren T. Roulstone & Jacob R. Thornock. 2012. "Investor Information Demand: Evidence from Google Searches Around Earnings Announcements," 50 *Journal of Accounting Research* 1001-40.

He, Hua, & Jiang Wang. 1995. "Differential Information and Dynamic Behavior of Stock Trading Volume," 8 *Review of Financial Studies* 919-72.

Johnson, Travis L., & Eric C. So. 2015. "Asymmetric Trading Costs Prior to Earnings Announcements: Implications for Price Discovery and Returns," working paper (May).

Kaniel, Ron, Shuming Liu, Gideon Saar & Sheridan Titman. 2012. "Individual Investor Trading and Return Patterns Around Earnings Announcements," 67 *Journal of Finance* 639-80.

Kim, Oliver, & Robert E. Verrecchia. 1991. "Market Reaction to Anticipated Announcements," 30 *Journal of Financial Economics* 273-309.

Lamont, Owen & Andrea Frazzini. 2007. "The Earnings Announcement Premium and Trading Volume," NBER Working Paper No. 13090.

Morse, Dale. 1981. "Price and Trading Volume Reaction Surrounding Earnings Announcements: A Closer Examination," 19 *Journal of Accounting Research* 374-83.

So, Eric C., & Sean Wang. 2014. "News-Driven Return Reversals: Liquidity Provision Ahead of Earnings Announcements," 114 *Journal of Financial Economics* 20-35.

Acquisition International Hedge Fund Awards, Copperstone Alpha Fund received "The Best Russian Hedge Fund Award (since inception)" in 2015. http://www.acquisition-intl.com/2015-copperstone-capital (last accessed September 16, 2015).