**EXHIBIT C**

## Copperstone Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 1 | CSSU 7A0WM0 | CAT | CATERPILLAR INC | 2/20/2012 |
| 2 | CSSU 7A0WM0 | VZ | VERIZON COMMUNICATIONS INC | 9/6/2012 |
| 3 | CSSU 7A0WM0 | ALGN | ALIGN TECHNOLOGY INC | 10/17/2012 |
| 4 | CSSU 7A0WM0 | LRCX | LAM RESH CORP | 10/17/2012 |
| 5 | CSSU 7A0WM0 | AMD | ADVANCED MICRO DEVICES INC | 10/18/2012 |
| 6 | CSSU 7A0WM0 | EW | EDWARDS LIFESCIENCES CORP | 10/19/2012 |
| 7 | CSSU 7A0WM0 | WCN | WASTE CONNECTIONS INC | 10/22/2012 |
| 8 | CSSU 7A0WM0 | JNPR | JUNIPER NETWORKS INC | 10/23/2012 |
| 9 | CSSU 7A0WM0 | NUVA | NUVASIVE INC | 10/24/2012 |
| 10 | CSSU 7A0WM0 | SEIC | S E I INVESTMENTS COMPANY | 10/24/2012 |
| 11 | CSSU 7A0WM0 | CDNS | CADENCE DESIGN SYSTEMS INC | 10/24/2012 |
| 12 | CSSU 7A0WM0 | ISIL | INTERSIL CORP | 10/24/2012 |
| 13 | CSSU 7A0WM0 | INFN | INFINERA CORP | 10/24/2012 |
| 14 | CSSU 7A0WM0 | NXPI | N X P SEMICONDUCTORS N V | 10/24/2012 |
| 15 | CSSU 7A0WM0 | SWI | SOLARWINDS INC | 10/25/2012 |
| 16 | CSSU 7A0WM0 | BEN | FRANKLIN RESOURCES INC | 10/25/2012 |
| 17 | CSSU 7A0WM0 | VRSN | VERISIGN INC | 10/25/2012 |
| 18 | CSSU 7A0WM0 | STMP | STAMPS COM INC | 10/25/2012 |
| 19 | CSSU 7A0WM0 | CNH | C N H GLOBAL N V | 10/30/2012 |
| 20 | CSSU 7A0WM0 | ZUMZ | ZUMIEZ INC | 10/31/2012 |
| 21 | CSSU 7A0WM0 | EEP | ENBRIDGE ENERGY PARTNERS LP | 10/31/2012 |
| 22 | CSSU 7A0WM0 | SAIA | SAIA INC | 11/1/2012 |
| 23 | CSSU 7A0WM0 | ONXX | ONYX PHARMACEUTICALS INC | 11/1/2012 |
| 24 | CSSU 7A0WM0 | LVS | LAS VEGAS SANDS CORP | 11/1/2012 |
| 25 | CSSU 7A0WM0 | ARI | APOLLO COMMERCIAL RL EST FIN INC | 11/1/2012 |
| 26 | CSSU 7A0WM0 | CORE | CORE MARK HOLDING CO INC | 11/2/2012 |
| 27 | CSSU 7A0WM0 | SREV | SERVICESOURCE INTERNATIONAL INC | 11/5/2012 |
| 28 | CSSU 7A0WM0 | WLT | WALTER ENERGY INC | 11/5/2012 |
| 29 | CSSU 7A0WM0 | SNHY | SUN HYDRAULICS CORP | 11/5/2012 |
| 30 | CSSU 7A0WM0 | PKT | PROCERA NETWORKS INC | 11/6/2012 |
| 31 | CSSU 7A0WM0 | KELYA | KELLY SERVICES INC | 11/7/2012 |
| 32 | CSSU 7A0WM0 | SRPT | SAREPTA THERAPEUTICS INC | 11/7/2012 |
| 33 | CSSU 7A0WM0 | CVA | COVANTA HOLDING CORP | 11/7/2012 |
| 34 | CSSU 7A0WM0 | TS | TENARIS S A | 11/7/2012 |
| 35 | CSSU 7A0WM0 | DGIT | DIGITAL GENERATION INC | 11/8/2012 |

## Copperstone Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 36 | CSSU 7A0WM0 | NVDA | NVIDIA CORP | 11/8/2012 |
| 37 | CSSU 7A0WM0 | PEGA | PEGASYSTEMS INC | 11/8/2012 |
| 38 | CSSU 7A0WM0 | EVEP | E V ENERGY PARTNERS L P | 11/8/2012 |
| 39 | CSSU 7A0WM0 | HZNP | HORIZON PHARMA INC | 11/13/2012 |
| 40 | CSSU 7A0WM0 | CSCO | CISCO SYSTEMS INC | 11/13/2012 |
| 41 | CSSU 7A0WM0 | VVTV | VALUEVISION MEDIA INC | 11/14/2012 |
| 42 | CSSU 7A0WM0 | NTAP | NETAPP INC | 11/14/2012 |
| 43 | CSSU 7A0WM0 | FNSR | FINISAR CORP | 12/5/2012 |
| 44 | CSSU 7A0WM0 | JVA | COFFEE HOLDING CO INC | 12/6/2012 |
| 45 | CSSU 7A0WM0 | ESL | ESTERLINE TECHNOLOGIES CORP | 12/6/2012 |
| 46 | CSSU 7A0WM0 | T | A T & T INC | 12/11/2012 |
| 47 | CSSU 7A0WM0 | WWD | WOODWARD INC | 1/22/2013 |
| 48 | CSSU 7A0WM0 | SYMC | SYMANTEC CORP | 1/23/2013 |
| 49 | CSSU 7A0WM0 | JNPR | JUNIPER NETWORKS INC | 1/24/2013 |
| 50 | CSSU 7A0WM0 | T | A T & T INC | 1/28/2013 |
| 51 | CSSU 7A0WM0 | VMW | VMWARE INC | 1/28/2013 |
| 52 | CSSU 7A0WM0 | GNTX | GENTEX CORP | 1/29/2013 |
| 53 | CSSU 7A0WM0 | ALGN | ALIGN TECHNOLOGY INC | 1/30/2013 |
| 54 | CSSU 7A0WM0 | NXPI | N X P SEMICONDUCTORS N V | 1/30/2013 |
| 55 | CSSU 7A0WM0 | CNH | C N H GLOBAL N V | 1/31/2013 |
| 56 | CSSU 7A0WM0 | ESS | ESSEX PROPERTY TRUST INC | 1/31/2013 |
| 57 | CSSU 7A0WM0 | SPG | SIMON PROPERTY GROUP INC NEW | 2/4/2013 |
| 58 | CSSU 7A0WM0 | LTD | LIMITED BRANDS INC | 2/4/2013 |
| 59 | CSSU 7A0WM0 | SWI | SOLARWINDS INC | 2/4/2013 |
| 60 | CSSU 7A0WM0 | NBL | NOBLE ENERGY INC | 2/6/2013 |
| 61 | CSSU 7A0WM0 | ZUMZ | ZUMIEZ INC | 2/6/2013 |
| 62 | CSSU 7A0WM0 | MTD | METTLER TOLEDO INTERNATIONAL INC | 2/6/2013 |
| 63 | CSSU 7A0WM0 | SREV | SERVICESOURCE INTERNATIONAL INC | 2/6/2013 |
| 64 | CSSU 7A0WM0 | SSD | SIMPSON MANUFACTURING CO INC | 2/7/2013 |
| 65 | CSSU 7A0WM0 | NTAP | NETAPP INC | 2/13/2013 |
| 66 | CSSU 7A0WM0 | NVDA | NVIDIA CORP | 2/13/2013 |
| 67 | CSSU 7A0WM0 | CXW | CORRECTIONS CORP AMERICA NEW | 2/13/2013 |
| 68 | CSSU 7A0WM0 | BRCD | BROCADE COMMUNICATIONS SYS INC | 2/14/2013 |
| 69 | CSSU 7A0WM0 | AVA | AVISTA CORP | 2/20/2013 |
| 70 | CSSU 7A0WM0 | HPQ | HEWLETT PACKARD CO | 2/20/2013 |

SEC-DUB-L-0000002

## Copperstone Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 71 | CSSU 7A0WM0 | WLT | WALTER ENERGY INC | 2/20/2013 |
| 72 | CSSU 7A0WM0 | PEGA | PEGASYSTEMS INC | 2/20/2013 |
| 73 | CSSU 7A0WM0 | HPQ | HEWLETT PACKARD CO | 2/21/2013 |
| 74 | CSSU 7A0WM0 | CUBE | CUBESMART | 2/21/2013 |
| 75 | CSSU 7A0WM0 | CMLP | CRESTWOOD MIDSTREAM PARTNERS L P | 2/26/2013 |
| 76 | CSSU 7A0WM0 | DGI | DIGITALGLOBE INC | 2/26/2013 |
| 77 | CSSU 7A0WM0 | BIO | BIO RAD LABORATORIES INC | 2/26/2013 |
| 78 | CSSU 7A0WM0 | NUVA | NUVASIVE INC | 2/26/2013 |
| 79 | CSSU 7A0WM0 | BSFT | BROADSOFT INC | 2/27/2013 |
| 80 | CSSU 7A0WM0 | CWT | CALIFORNIA WATER SERVICE GROUP | 2/27/2013 |
| 81 | CSSU 7A0WM0 | CKH | SEACOR HOLDINGS INC | 2/27/2013 |
| 82 | CSSU 7A0WM0 | ESL | ESTERLINE TECHNOLOGIES CORP | 2/28/2013 |
| 83 | CSSU 7A0WM0 | RIG | TRANSOCEAN LTD | 3/1/2013 |
| 84 | CSSU 7A0WM0 | SNHY | SUN HYDRAULICS CORP | 3/4/2013 |
| 85 | CSSU 7A0WM0 | ZUMZ | ZUMIEZ INC | 3/6/2013 |
| 86 | CSSU 7A0WM0 | HRB | BLOCK H & R INC | 3/7/2013 |
| 87 | CSSU 7A0WM0 | WDAY | WORKDAY INC | 3/7/2013 |
| 88 | CSSU 7A0WM0 | PPHM | PEREGRINE PHARMACEUTICALS INC | 3/12/2013 |
| 89 | CSSU 7A0WM0 | ZUMZ | ZUMIEZ INC | 3/14/2013 |
| 90 | CSSU 7A0WM0 | TIBX | T I B C O SOFTWARE INC | 3/21/2013 |
| 91 | CSSU 7A0WM0 | LSCC | LATTICE SEMICONDUCTOR CORP | 4/18/2013 |
| 92 | CSSU 7A0WM0 | NXPI | N X P SEMICONDUCTORS N V | 4/22/2013 |
| 93 | CSSU 7A0WM0 | LMT | LOCKHEED MARTIN CORP | 4/23/2013 |
| 94 | CSSU 7A0WM0 | RTN | RAYTHEON CO | 4/23/2013 |
| 95 | CSSU 7A0WM0 | EW | EDWARDS LIFESCIENCES CORP | 4/23/2013 |
| 96 | CSSU 7A0WM0 | LAD | LITHIA MOTORS INC | 4/24/2013 |
| 97 | CSSU 7A0WM0 | ECHO | ECHO GLOBAL LOGISTICS INC | 4/25/2013 |
| 98 | CSSU 7A0WM0 | STNG | SCORPIO TANKERS INC | 4/29/2013 |
| 99 | CSSU 7A0WM0 | FIRE | SOURCEFIRE INC | 4/30/2013 |
| 100 | CSSU 7A0WM0 | CLX | CLOROX CO | 5/1/2013 |
| 101 | CSSU 7A0WM0 | BRCD | BROCADE COMMUNICATIONS SYS INC | 5/1/2013 |
| 102 | CSSU 7A0WM0 | JDSU | J D S UNIPHASE CORP | 5/1/2013 |
| 103 | CSSU 7A0WM0 | PEGA | PEGASYSTEMS INC | 5/6/2013 |
| 104 | CSSU 7A0WM0 | ONXX | ONYX PHARMACEUTICALS INC | 5/7/2013 |
| 105 | CSSU 7A0WM0 | DGI | DIGITALGLOBE INC | 5/7/2013 |

## Copperstone Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 106 | CSSU 7A0WM0 | SYMC | SYMANTEC CORP | 5/7/2013 |
| 107 | CSSU 7A0WM0 | BIO | BIO RAD LABORATORIES INC | 5/7/2013 |
| 108 | CSSU 7A0WM0 | CXW | CORRECTIONS CORP AMERICA NEW | 5/8/2013 |
| 109 | CSSU 7A0WM0 | RIG | TRANSOCEAN LTD | 5/8/2013 |
| 110 | CSSU 7A0WM0 | MDVN | MEDIVATION INC | 5/9/2013 |
| 111 | CSSU 7A0WM0 | NVDA | NVIDIA CORP | 5/9/2013 |
| 112 | CSSU 7A0WM0 | TIVO | TIVO INC | 5/20/2013 |
| 113 | CSSU 7A0WM0 | NTAP | NETAPP INC | 5/21/2013 |
| 114 | CSSU 7A0WM0 | ORIG | OCEAN RIG U D W INC | 5/22/2013 |
| 115 | CSSU 7A0WM0 | ZUMZ | ZUMIEZ INC | 5/23/2013 |
| 116 | CSSU 7A0WM0 | ESL | ESTERLINE TECHNOLOGIES CORP | 5/30/2013 |
| 117 | CSSU 7A0WM0 | HRB | BLOCK H & R INC | 6/12/2013 |
| 118 | CSSU 7A0WM0 | ALGN | ALIGN TECHNOLOGY INC | 7/18/2013 |
| 119 | CSSU 7A0WM0 | AMD | ADVANCED MICRO DEVICES INC | 7/18/2013 |
| 120 | CSSU 7A0WM0 | PNRA | PANERA BREAD CO | 7/23/2013 |
| 121 | CSSU 7A0WM0 | VMW | VMWARE INC | 7/23/2013 |
| 122 | CSSU 7A0WM0 | BBSI | BARRETT BUSINESS SERVICES INC | 7/23/2013 |
| 123 | CSSU 7A0WM0 | JNPR | JUNIPER NETWORKS INC | 7/23/2013 |
| 124 | CSSU 7A0WM0 | MTH | MERITAGE HOMES CORP | 7/24/2013 |
| 125 | CSSU 7A0WM0 | LAD | LITHIA MOTORS INC | 7/24/2013 |
| 126 | CSSU 7A0WM0 | LVS | LAS VEGAS SANDS CORP | 7/24/2013 |
| 127 | CSSU 7A0WM0 | CDNS | CADENCE DESIGN SYSTEMS INC | 7/24/2013 |
| 128 | CSSU 7A0WM0 | WWD | WOODWARD INC | 7/25/2013 |
| 129 | CSSU 7A0WM0 | TIVO | TIVO INC | 8/27/2013 |
| 130 | CSSU 7A0WM0 | WDAY | WORKDAY INC | 8/27/2013 |
| 131 | CSSU 7A0WM0 | HRB | BLOCK H & R INC | 9/3/2013 |
| 132 | CSSU 7A0WM0 | FNSR | FINISAR CORP | 9/5/2013 |
| 133 | CSSU 7A0WM0 | ORCL | ORACLE CORP | 9/18/2013 |
| 134 | CSSU 7A0WM0 | TIBX | T I B C O SOFTWARE INC | 9/19/2013 |
| 135 | CSSU 7A0WM0 | ALGN | ALIGN TECHNOLOGY INC | 10/17/2013 |
| 136 | CSSU 7A0WM0 | LVS | LAS VEGAS SANDS CORP | 10/17/2013 |
| 137 | CSSU 7A0WM0 | GNTX | GENTEX CORP | 10/22/2013 |
| 138 | CSSU 7A0WM0 | WMT | WAL MART STORES INC | 12/5/2013 |
| 139 | CSSU 7A0WM0 | FNSR | FINISAR CORP | 12/5/2013 |
| 140 | CSSU 7A0WM0 | HRB | BLOCK H & R INC | 12/10/2013 |

SEC-DUB-L-0000004

## Copperstone Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 141 | CSSU 7A0WM0 | ORCL | ORACLE CORP | 12/18/2013 |
| 142 | CSSU 7A0WM0 | JNPR | JUNIPER NETWORKS INC | 1/23/2014 |
| 143 | CSSU 7A0WM0 | SYMC | SYMANTEC CORP | 1/29/2014 |
| 144 | CSSU 7A0WM0 | LRCX | LAM RESH CORP | 1/29/2014 |
| 145 | CSSU 7A0WM0 | ALGN | ALIGN TECHNOLOGY INC | 1/30/2014 |
| 146 | CSSU 7A0WM0 | JDSU | J D S UNIPHASE CORP | 1/30/2014 |
| 147 | CSSU 7A0WM0 | SWI | SOLARWINDS INC | 2/5/2014 |
| 148 | CSSU 7A0WM0 | NTAP | NETAPP INC | 2/12/2014 |
| 149 | CSSU 7A0WM0 | NVDA | NVIDIA CORP | 2/12/2014 |
| 150 | CSSU 7A0WM0 | PNRA | PANERA BREAD CO | 2/18/2014 |
| 151 | CSSU 7A0WM0 | SWY | SAFEWAY INC | 2/19/2014 |
| 152 | CSSU 7A0WM0 | HPQ | HEWLETT PACKARD CO | 2/20/2014 |
| 153 | CSSU 7A0WM0 | EHTH | EHEALTH INC | 2/20/2014 |