**EXHIBIT D**

# Intertrade Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 1 | IB U658284 | ALGN | ALIGN TECHNOLOGY INC | 10/17/2012 |
| 2 | IB U658284 | LRCX | LAM RESH CORP | 10/17/2012 |
| 3 | IB U658284 | AMD | ADVANCED MICRO DEVICES INC | 10/18/2012 |
| 4 | IB U658284 | EW | EDWARDS LIFESCIENCES CORP | 10/19/2012 |
| 5 | IB U658284 | WCN | WASTE CONNECTIONS INC | 10/22/2012 |
| 6 | IB U658284 | JNPR | JUNIPER NETWORKS INC | 10/23/2012 |
| 7 | IB U658284 | NUVA | NUVASIVE INC | 10/24/2012 |
| 8 | IB U658284 | SEIC | S E I INVESTMENTS COMPANY | 10/24/2012 |
| 9 | IB U658284 | CDNS | CADENCE DESIGN SYSTEMS INC | 10/24/2012 |
| 10 | IB U658284 | ISIL | INTERSIL CORP | 10/24/2012 |
| 11 | IB U658284 | INFN | INFINERA CORP | 10/24/2012 |
| 12 | IB U658284 | SWI | SOLARWINDS INC | 10/25/2012 |
| 13 | IB U658284 | BEN | FRANKLIN RESOURCES INC | 10/25/2012 |
| 14 | IB U658284 | VRSN | VERISIGN INC | 10/25/2012 |
| 15 | IB U658284 | STMP | STAMPS COM INC | 10/25/2012 |
| 16 | IB U658284 | CNH | C N H GLOBAL N V | 10/30/2012 |
| 17 | IB U658284 | ZUMZ | ZUMIEZ INC | 10/31/2012 |
| 18 | IB U658284 | EEP | ENBRIDGE ENERGY PARTNERS LP | 10/31/2012 |
| 19 | IB U658284 | SAIA | SAIA INC | 11/1/2012 |
| 20 | IB U658284 | ONXX | ONYX PHARMACEUTICALS INC | 11/1/2012 |
| 21 | IB U658284 | LVS | LAS VEGAS SANDS CORP | 11/1/2012 |
| 22 | IB U658284 | ARI | APOLLO COMMERCIAL RL EST FIN INC | 11/1/2012 |
| 23 | IB U658284 | CORE | CORE MARK HOLDING CO INC | 11/2/2012 |
| 24 | IB U658284 | SREV | SERVICESOURCE INTERNATIONAL INC | 11/5/2012 |
| 25 | IB U658284 | WLT | WALTER ENERGY INC | 11/5/2012 |
| 26 | IB U658284 | SNHY | SUN HYDRAULICS CORP | 11/5/2012 |
| 27 | IB U658284 | PKT | PROCERA NETWORKS INC | 11/6/2012 |
| 28 | IB U658284 | KELYA | KELLY SERVICES INC | 11/7/2012 |
| 29 | IB U658284 | SRPT | SAREPTA THERAPEUTICS INC | 11/7/2012 |
| 30 | IB U658284 | CVA | COVANTA HOLDING CORP | 11/7/2012 |
| 31 | IB U658284 | TS | TENARIS S A | 11/7/2012 |
| 32 | IB U658284 | DGIT | DIGITAL GENERATION INC | 11/8/2012 |
| 33 | IB U658284 | NVDA | NVIDIA CORP | 11/8/2012 |
| 34 | IB U658284 | PEGA | PEGASYSTEMS INC | 11/8/2012 |
| 35 | IB U658284 | EVEP | E V ENERGY PARTNERS L P | 11/8/2012 |
| 36 | IB U658284 | HZNP | HORIZON PHARMA INC | 11/13/2012 |

## Intertrade Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 37 | IB U658284 | CSCO | CISCO SYSTEMS INC | 11/13/2012 |
| 38 | IB U658284 | VVTV | VALUEVISION MEDIA INC | 11/14/2012 |
| 39 | IB U658284 | NTAP | NETAPP INC | 11/14/2012 |
| 40 | IB U658284 | FNSR | FINISAR CORP | 12/5/2012 |
| 41 | IB U658284 | JVA | COFFEE HOLDING CO INC | 12/6/2012 |
| 42 | IB U658284 | ESL | ESTERLINE TECHNOLOGIES CORP | 12/6/2012 |
| 43 | IB U658284 | WWD | WOODWARD INC | 1/22/2013 |
| 44 | IB U658284 | SYMC | SYMANTEC CORP | 1/23/2013 |
| 45 | IB U658284 | JNPR | JUNIPER NETWORKS INC | 1/24/2013 |
| 46 | IB U658284 | VMW | VMWARE INC | 1/28/2013 |
| 47 | IB U658284 | GNTX | GENTEX CORP | 1/29/2013 |
| 48 | IB U658284 | ALGN | ALIGN TECHNOLOGY INC | 1/30/2013 |
| 49 | IB U658284 | NXPI | N X P SEMICONDUCTORS N V | 1/30/2013 |
| 50 | IB U658284 | CNH | C N H GLOBAL N V | 1/31/2013 |
| 51 | IB U658284 | ESS | ESSEX PROPERTY TRUST INC | 1/31/2013 |
| 52 | IB U658284 | SPG | SIMON PROPERTY GROUP INC NEW | 2/4/2013 |
| 53 | IB U658284 | LTD | LIMITED BRANDS INC | 2/4/2013 |
| 54 | IB U658284 | SWI | SOLARWINDS INC | 2/4/2013 |
| 55 | IB U658284 | ZUMZ | ZUMIEZ INC | 2/6/2013 |
| 56 | IB U658284 | MTD | METTLER TOLEDO INTERNATIONAL INC | 2/6/2013 |
| 57 | IB U658284 | SREV | SERVICESOURCE INTERNATIONAL INC | 2/6/2013 |
| 58 | IB U658284 | SSD | SIMPSON MANUFACTURING CO INC | 2/7/2013 |
| 59 | IB U658284 | NVDA | NVIDIA CORP | 2/13/2013 |
| 60 | IB U658284 | CXW | CORRECTIONS CORP AMERICA NEW | 2/13/2013 |
| 61 | IB U658284 | BRCD | BROCADE COMMUNICATIONS SYS INC | 2/14/2013 |
| 62 | IB U658284 | AVA | AVISTA CORP | 2/20/2013 |
| 63 | IB U658284 | WLT | WALTER ENERGY INC | 2/20/2013 |
| 64 | IB U658284 | PEGA | PEGASYSTEMS INC | 2/20/2013 |
| 65 | IB U658284 | DORM | DORMAN PRODUCTS INC | 2/21/2013 |
| 66 | IB U658284 | HPQ | HEWLETT PACKARD CO | 2/21/2013 |
| 67 | IB U658284 | CUBE | CUBESMART | 2/21/2013 |
| 68 | IB U658284 | DGI | DIGITALGLOBE INC | 2/26/2013 |
| 69 | IB U658284 | BIO | BIO RAD LABORATORIES INC | 2/26/2013 |
| 70 | IB U658284 | NUVA | NUVASIVE INC | 2/26/2013 |
| 71 | IB U658284 | BSFT | BROADSOFT INC | 2/27/2013 |
| 72 | IB U658284 | CWT | CALIFORNIA WATER SERVICE GROUP | 2/27/2013 |

## Intertrade Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 73 | IB U658284 | CKH | SEACOR HOLDINGS INC | 2/27/2013 |
| 74 | IB U658284 | ESL | ESTERLINE TECHNOLOGIES CORP | 2/28/2013 |
| 75 | IB U658284 | RIG | TRANSOCEAN LTD | 3/1/2013 |
| 76 | IB U658284 | SNHY | SUN HYDRAULICS CORP | 3/4/2013 |
| 77 | IB U658284 | ZUMZ | ZUMIEZ INC | 3/6/2013 |
| 78 | IB U658284 | HRB | BLOCK H & R INC | 3/7/2013 |
| 79 | IB U658284 | PPHM | PEREGRINE PHARMACEUTICALS INC | 3/12/2013 |
| 80 | IB U658284 | ZUMZ | ZUMIEZ INC | 3/14/2013 |
| 81 | IB U658284 | TIBX | T I B C O SOFTWARE INC | 3/21/2013 |
| 82 | IB U658284 | LSCC | LATTICE SEMICONDUCTOR CORP | 4/18/2013 |
| 83 | IB U658284 | LMT | LOCKHEED MARTIN CORP | 4/22/2013 |
| 84 | IB U658284 | NXPI | N X P SEMICONDUCTORS N V | 4/22/2013 |
| 85 | IB U658284 | EW | EDWARDS LIFESCIENCES CORP | 4/23/2013 |
| 86 | IB U658284 | LAD | LITHIA MOTORS INC | 4/24/2013 |
| 87 | IB U658284 | APC | ANADARKO PETROLEUM CORP | 5/6/2013 |
| 88 | IB U658284 | PEGA | PEGASYSTEMS INC | 5/6/2013 |
| 89 | IB U658284 | ONXX | ONYX PHARMACEUTICALS INC | 5/7/2013 |
| 90 | IB U658284 | DGI | DIGITALGLOBE INC | 5/7/2013 |
| 91 | IB U658284 | SYMC | SYMANTEC CORP | 5/7/2013 |
| 92 | IB U658284 | BIO | BIO RAD LABORATORIES INC | 5/7/2013 |
| 93 | IB U658284 | CXW | CORRECTIONS CORP AMERICA NEW | 5/8/2013 |
| 94 | IB U658284 | RIG | TRANSOCEAN LTD | 5/8/2013 |
| 95 | IB U658284 | MDVN | MEDIVATION INC | 5/9/2013 |
| 96 | IB U658284 | NVDA | NVIDIA CORP | 5/9/2013 |
| 97 | IB U658284 | TIVO | TIVO INC | 5/20/2013 |
| 98 | IB U658284 | NTAP | NETAPP INC | 5/21/2013 |
| 99 | IB U658284 | ORIG | OCEAN RIG U D W INC | 5/22/2013 |
| 100 | IB U658284 | ZUMZ | ZUMIEZ INC | 5/23/2013 |
| 101 | IB U658284 | ESL | ESTERLINE TECHNOLOGIES CORP | 5/30/2013 |
| 102 | IB U658284 | AMD | ADVANCED MICRO DEVICES INC | 7/18/2013 |
| 103 | IB U658284 | PNRA | PANERA BREAD CO | 7/23/2013 |
| 104 | IB U658284 | VMW | VMWARE INC | 7/23/2013 |
| 105 | IB U658284 | BBSI | BARRETT BUSINESS SERVICES INC | 7/23/2013 |
| 106 | IB U658284 | MTH | MERITAGE HOMES CORP | 7/24/2013 |
| 107 | IB U658284 | LAD | LITHIA MOTORS INC | 7/24/2013 |
| 108 | IB U658284 | TIBX | T I B C O SOFTWARE INC | 9/19/2013 |

## Intertrade Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 109 | IB U658284 | ALGN | ALIGN TECHNOLOGY INC | 10/17/2013 |
| 110 | IB U658284 | GNTX | GENTEX CORP | 10/22/2013 |
| 111 | IB U658284 | FNSR | FINISAR CORP | 12/5/2013 |
| 112 | IB U658284 | HRB | BLOCK H & R INC | 12/10/2013 |
| 113 | IB U658284 | ORCL | ORACLE CORP | 12/18/2013 |
| 114 | IB U658284 | JNPR | JUNIPER NETWORKS INC | 1/23/2014 |
| 115 | IB U658284 | SYMC | SYMANTEC CORP | 1/29/2014 |
| 116 | IB U658284 | LRCX | LAM RESH CORP | 1/29/2014 |
| 117 | IB U658284 | SWI | SOLARWINDS INC | 2/5/2014 |
| 118 | IB U658284 | LSCC | LATTICE SEMICONDUCTOR CORP | 2/6/2014 |
| 119 | IB U658284 | NTAP | NETAPP INC | 2/12/2014 |
| 120 | IB U658284 | ECOL | U S ECOLOGY INC | 2/12/2014 |
| 121 | IB U658284 | KOP | KOPPERS HOLDINGS INC | 2/13/2014 |
| 122 | IB U658284 | STMP | STAMPS COM INC | 2/13/2014 |
| 123 | IB U658284 | PNRA | PANERA BREAD CO | 2/18/2014 |
| 124 | IB U658284 | SWY | SAFEWAY INC | 2/19/2014 |
| 125 | IB U658284 | HPQ | HEWLETT PACKARD CO | 2/20/2014 |
| 126 | IB U658284 | EHTH | EHEALTH INC | 2/20/2014 |

SEC-DUB-L-0000009