**EXHIBIT E**

# Ocean Prime Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 1 | IB U1179827 | LMT | LOCKHEED MARTIN CORP | 4/23/2013 |
| 2 | IB U1179827 | ECHO | ECHO GLOBAL LOGISTICS INC | 4/25/2013 |
| 3 | IB U1179827 | STNG | SCORPIO TANKERS INC | 4/29/2013 |
| 4 | IB U1179827 | FIRE | SOURCEFIRE INC | 4/30/2013 |
| 5 | IB U1179827 | CLX | CLOROX CO | 5/1/2013 |
| 6 | IB U1179827 | BRCD | BROCADE COMMUNICATIONS SYS INC | 5/1/2013 |
| 7 | IB U1179827 | JDSU | J D S UNIPHASE CORP | 5/1/2013 |
| 8 | IB U1179827 | ESL | ESTERLINE TECHNOLOGIES CORP | 5/30/2013 |
| 9 | IB U1179827 | HRB | BLOCK H & R INC | 6/12/2013 |
| 10 | IB U1179827 | ALGN | ALIGN TECHNOLOGY INC | 7/18/2013 |
| 11 | IB U1179827 | AMD | ADVANCED MICRO DEVICES INC | 7/18/2013 |
| 12 | IB U1179827 | VMW | VMWARE INC | 7/23/2013 |
| 13 | IB U1179827 | JNPR | JUNIPER NETWORKS INC | 7/23/2013 |
| 14 | IB U1179827 | LVS | LAS VEGAS SANDS CORP | 7/24/2013 |
| 15 | IB U1179827 | CDNS | CADENCE DESIGN SYSTEMS INC | 7/24/2013 |
| 16 | IB U1179827 | WWD | WOODWARD INC | 7/25/2013 |
| 17 | IB U1179827 | TIVO | TIVO INC | 8/27/2013 |
| 18 | IB U1179827 | WDAY | WORKDAY INC | 8/27/2013 |
| 19 | IB U1179827 | HRB | BLOCK H & R INC | 9/3/2013 |
| 20 | IB U1179827 | FNSR | FINISAR CORP | 9/5/2013 |
| 21 | IB U1179827 | ORCL | ORACLE CORP | 9/18/2013 |
| 22 | IB U1179827 | TIBX | T I B C O SOFTWARE INC | 9/19/2013 |
| 23 | IB U1179827 | ALGN | ALIGN TECHNOLOGY INC | 10/17/2013 |
| 24 | IB U1179827 | LVS | LAS VEGAS SANDS CORP | 10/17/2013 |
| 25 | IB U1179827 | GNTX | GENTEX CORP | 10/22/2013 |
| 26 | IB U1179827 | FNSR | FINISAR CORP | 12/5/2013 |
| 27 | IB U1179827 | HRB | BLOCK H & R INC | 12/10/2013 |
| 28 | IB U1179827 | ORCL | ORACLE CORP | 12/18/2013 |
| 29 | IB U1179827 | JNPR | JUNIPER NETWORKS INC | 1/23/2014 |
| 30 | IB U1179827 | SYMC | SYMANTEC CORP | 1/29/2014 |
| 31 | IB U1179827 | LRCX | LAM RESH CORP | 1/29/2014 |
| 32 | IB U1179827 | SWI | SOLARWINDS INC | 2/5/2014 |
| 33 | IB U1179827 | LSCC | LATTICE SEMICONDUCTOR CORP | 2/6/2014 |
| 34 | IB U1179827 | NTAP | NETAPP INC | 2/12/2014 |
| 35 | IB U1179827 | ECOL | U S ECOLOGY INC | 2/12/2014 |
| 36 | IB U1179827 | STMP | STAMPS COM INC | 2/13/2014 |

## Ocean Prime Event Listing

| ID | Account | Ticker | Company Name | Event Date |
|---|---|---|---|---|
| 37 | IB U1179827 | PNRA | PANERA BREAD CO | 2/18/2014 |
| 38 | IB U1179827 | SWY | SAFEWAY INC | 2/19/2014 |
| 39 | IB U1179827 | HPQ | HEWLETT PACKARD CO | 2/20/2014 |
| 40 | IB U1179827 | EHTH | EHEALTH INC | 2/20/2014 |

SEC-DUB-L-0000011