**EXHIBIT F**

# Exhibit F
# Securities Traded by Mr. Amaryan's Related Funds

| Category | Copperstone | Intertrade | Ocean Prime | Total |
|---|---:|---:|---:|---:|
| **Securities with At Least One Questioned Event** | | | | |
|     Number of Securities Traded | 92 | 85 | 35 | 95 |
|     Value of Trades | $283,554,023 | $157,887,406 | $106,648,705 | $548,090,134 |
| **Securities With No Questioned Events** | | | | |
|     Number of Securities Traded | 249 | 116 | 73 | 303 |
|     Value of Trades | $802,784,269 | $149,124,487 | $178,943,052 | $1,130,851,808 |
| **Total** | | | | |
|     Number of Securities Traded | 341 | 201 | 108 | 398 |
|     Value of Trades | $1,086,338,292 | $307,011,893 | $285,591,757 | $1,678,941,942 |

Notes:

Questioned events are identified on SEC Event Listings for each of the Related Funds.

Trading data for Copperstone from CS activity listing excel files covering the period January 2012 - August 2015.

Trading data for Intertrade from blotter excel files covering the period February 2012 - March 2015.

Trading data for Ocean Prime from blotter excel files covering the period April 2013 - March 2015.

Trading denominated in foreign currency was converted to USD using exchange rates from Bloomberg.

Sources:  SEC Event Listings, fund trading data and various currency exchange rates.