**EXHIBIT I**

# Exhibit I
## The Intertrade Pacific Fund Often Traded Before Earnings Announcements

| Category | Number of Earnings Announcements | Average Value of Securities Traded Before Earnings Announcement | Total Value of Securities Traded Before Earnings Announcement |
|---|---|---|---|
| Questioned Earnings Announcements | 114 | $602,808 | $68,720,115 |
| Other Earnings Announcements | 56 | $686,737 | $38,457,253 |
| Total | 170 | | $107,177,368 |

Notes:

Questioned events are identified on SEC event listings for each of the Related Funds. The questioned earnings announcements are a subset of the questioned events.

Value of trading on trading day before announcement is shown. For example, if an earnings announcement occurs before trading hours the prior day's trading is shown. If an earnings announcement occurs after hours, the same day's trading is shown.

Trading data for Intertrade from blotter excel files covering the period February 2012 - March 2015.

Trading denominated in foreign currency was converted to USD using exchange rates from Bloomberg.

Sources:  SEC Event Listings, company event calendars, fund trading data and various currency exchange rates.