# EXHIBIT A

**OCEAN PRIME INC.**
Registered Office
Geneva Place, Waterfront Drive, PO Box 3469, Road Town, Tortola, British Virgin Islands

17th day of November 2009

The Board of Directors
**OCEAN PRIME INC.**
Geneva Place, Waterfront Drive, PO Box 3469, Road Town, Tortola, British Virgin Islands

Dear Sirs.

In accordance with Section 112 of the BVI Business Companies Act, 2004, I, the undersigned, hereby consent to act as a Director of the Company with immediate effect.

Yours faithfully,

Mr. Alfred Victor Brewster

Signed: *[signature]*