# EXHIBIT B

No: 1556774

## OCEAN PRIME INC.

### Appointment of First Director

**Jordans (Caribbean) Limited** of Geneva Place, Waterfront Drive, P.O. Box 3469, Road Town, Tortola, British Virgin Islands, being the first registered agent of the Company, a BVI Business Company incorporated under the laws of the British Virgin Islands, pursuant to Sub-Regulation 8.1 of the Articles of Association, appoint the following to be the first director of the Company:

Mr. Alfred Victor Brewster
Baie Lazare, Mahe, Seychelles

Dated: 17 November 2009

*[signature]*

**Amy Roost**
For and on behalf of
**Jordans (Caribbean) Limited**