# EXHIBIT E

**OCEAN PRIME INC.**

Certificate number **1** for **1** Share issued to Mr. Alfred Victor Brewster, Baie Lazare, Mahe, Seychelles
Entered in Register of Members Folio: _____                                    Dated **17/11/2009**

---

## OCEAN PRIME INC.

Incorporated under the Laws of the Territory of the British Virgin Islands

No. of Certificate

*1*

No. of shares

*1*

**THIS IS TO CERTIFY** that *Mr. Alfred Victor Brewster, Baie Lazare, Mahe, Seychelles* is the Registered Proprietor of *One (1)* Share of no par value numbered *1* to *1* inclusive in the above-named Company subject to the Memorandum and Articles of Association thereof.

Dated *17th day of November 2009*

_____
Mr. Alfred Victor Brewster
DIRECTOR

CERTIFIED
TRUE COPY