# EXHIBIT F



## ALFRED VICTOR BREWSTER - LONDON UNITED KINGDOM



Accelerated Data Insights

Adopt Insights-based Capabilities To More Easily Fuel Innovation.

### Overview

MR ALFRED VICTOR BREWSTER is a DIRECTOR and is associated with 346 Companies. This person was born on 1953-04-02. This company officer is BRITISH CITIZEN and resident in SEYCHELLES.

### Address

SUITE 1, 5 PERCY STREET
LONDON
W1T 1DG
UNITED KINGDOM

### Map

## Company Appointments - Current And Previous

| CompanyName | Company Status | Role | Appointed | Appointment Status |
|---|---|---|---|---|
| ADAMONTE LIMITED | Active | DIR | 2006-06-07 | CURRENT |
| ALEGAR BUSINESS LTD | Active | DIR | 2014-02-24 | CURRENT |
| ALPINA GLOBAL LIMITED | Active | DIR | 2014-09-02 | CURRENT |
| ASIA DIESEL LTD | Active | DIR | 2015-07-01 | CURRENT |
| BLUE OMNIUM LIMITED | Active | DIR | 2012-02-17 | CURRENT |
| BOCCA RETAIL LTD | Active | DIR | 2014-03-13 | CURRENT |
| BOIDEN LTD | Active | DIR | 2010-08-11 | CURRENT |
| BRAMPTON INDUSTRIES LIMITED | Active | DIR | 2014-07-01 | CURRENT |
| BUSINESS COOPERATION LIMITED | Active | DIR | 2012-11-14 | CURRENT |
| CAFFE & RESTAURANT MANAGEMEN | Active | DIR | 2014-09-02 | CURRENT |
| CEZARA LIMITED | Active | DIR | 2014-03-19 | CURRENT |
| CHETWYND BUSINESS LTD | Active | DIR | 2014-01-29 | CURRENT |
| CLEO TRADE LTD | Active | DIR | 2014-05-12 | CURRENT |
| CONVENTION UNITED LTD | Active | DIR | 2013-09-25 | CURRENT |
| DEITON HOLDINGS LIMITED | Active | DIR | 2010-10-01 | CURRENT |
| EQFORM TRADING LTD | Active | DIR | 2014-02-27 | CURRENT |
| EZERA LTD | Active | DIR | 2014-02-13 | CURRENT |
| FLEXHOUSE TRADE LTD | Active | DIR | 2014-08-04 | CURRENT |
| FOXSTONE CARR LIMITED | Liquidation | DIR | 2012-06-13 | CURRENT |
| FRONTERO LTD | Active | DIR | 2014-04-17 | CURRENT |
| GAUR UNITED LTD | Active | DIR | 2014-04-03 | CURRENT |
| GLOBAL CONTENT MEDIA LTD | Active | DIR | 2014-01-29 | CURRENT |
| GROSSING FINANS LTD. | Active | DIR | 2014-05-16 | CURRENT |
| HAREZOS TRADE LTD | Active | DIR | 2014-06-02 | CURRENT |
| KARTECK TRADING LIMITED | Active | DIR | 2006-04-20 | CURRENT |
| KEIRA PROM. LTD | Active | DIR | 2014-04-02 | CURRENT |
| KROSSMETAL LTD | Active | DIR | 2007-04-13 | CURRENT |
| LEXLINE UNITED LTD | Active | DIR | 2014-09-04 | CURRENT |
| LIM DEVELOPMENTS LTD | Active | DIR | 2012-05-17 | CURRENT |

| CompanyName | Company Status | Role | Appointed | Appointment Status |
|---|---|---|---|---|
| MAYBERY CAPITAL LTD | Active | DIR | 2014-01-27 | CURRENT |
| MYCOND LIMITED | Active | DIR | 2014-07-24 | CURRENT |
| NADRA LTD | Active | DIR | 2012-09-12 | CURRENT |
| NORA (UK) INVEST LIMITED | Active | DIR | 2008-02-19 | CURRENT |
| OMG ALLIANCE LTD | Active | DIR | 2014-06-02 | CURRENT |
| ORLIN TRADE LTD | Active | DIR | 2014-02-13 | CURRENT |
| PILGRIM EDUCATION LTD | Active | DIR | 2014-06-16 | CURRENT |
| PRODUCTION AND LOGISTIC ALLI | Active | DIR | 2014-07-14 | CURRENT |
| REGATO LTD | Active | DIR | 2014-02-06 | CURRENT |
| SETORA LIMITED | Active | DIR | 2014-03-12 | CURRENT |
| SOULTEK LIMITED | Active - Proposal to Strike off | DIR | 2008-02-08 | CURRENT |
| STENN FINANCIAL SERVICES LTD | Active | DIR | 2013-06-04 | CURRENT |
| SUNOIL TRADE LTD | Active | DIR | 2014-09-04 | CURRENT |
| TECHNOLOGY INVEST (UK) LIMIT | Active | DIR | 2008-04-30 | CURRENT |
| TEKNOLAMELLA LTD | Active | DIR | 2014-03-13 | CURRENT |
| TOM'S TRADE LTD | Active | DIR | 2014-06-13 | CURRENT |
| TRADE TECHNOLOGIES UK LIMITE | Active | DIR | 2007-04-12 | CURRENT |
| TRESDON LIMITED | Active | DIR | 2010-11-01 | CURRENT |
| TRIP ADVISORY LTD | Active | DIR | 2014-07-01 | CURRENT |
| UNIBAXA LTD | Active - Proposal to Strike off | DIR | 2014-05-28 | CURRENT |
| UNICRAFT TRADING LTD | Active | DIR | 2010-10-22 | CURRENT |
| UNITED AUTOMOBILE MANUFACTURERS AND TRADERS (UAMT) LTD | Active | DIR | 2012-05-04 | CURRENT |
| VALIO TRADING LIMITED | Active | DIR | 2008-01-25 | CURRENT |
| VIKANTO LTD | Active | DIR | 2014-04-17 | CURRENT |
| WEALTH FACTORY LTD | Active | DIR | 2014-09-03 | CURRENT |
| WESTINGHOUSE MANAGEMENT LIMITED | Active - Proposal to Strike off | DIR | 2012-04-12 | CURRENT |
| WINFIEL COMMERCIAL LTD | Active | DIR | 2014-02-11 | CURRENT |
| CONSULTANCY PERFORMANCE LIMITED | Active | DIR | 2014-12-24 | CURRENT |

## Related People

| Name | Occupation | Address | No of Appointments |
|---|---|---|---|
| MR ALASTAIR MATTHEW CUNNINGHAM | BUSINESSMAN | LONDON, | 768 |
| MR ROY DENNIS TOLFTS | DIRECTOR | LONDON, UNITED KINGDOM | 140 |
| MR JASON HUGHES | ADMINISTRATOR | LIMASSOL, CYPRUS | 187 |
| MR DAMIAN JAMES CALDERBANK | CONSULTANT | DUBAI, UNITED ARAB EMIRATES | 581 |
| MR GIANCARLO JAIME ESPEJO | SECRETARY | GLASGOW, SCOTLAND | 145 |
| MR ALFRED VICTOR BREWSTER | ACCOUNTANT | MAHE, SEYCHELLES | 346 |
| THE HONOURABLE ANDREW MORAY STUART | CONSULTANT | RAS AL KAIMAH PO BOX 75635, UNITED ARAB EMIRATES | 744 |
| KEYSTONE INVESTMENTS LIMITED | | NICOSIA, CYPRUS | 1,077 |
| MS VICTORIA CONDRATOVA | ACCOUNTANT | OXFORD, | 8 |
| MS GALINA SANDACCI | MANAGER | CHISINAU, | 3 |
| MR GEORGIOS AMERIKANOS | DIRECTOR | LONDON, UNITED KINGDOM | 96 |
| CODDAN MANAGERS SERVICE LIMITED | | DONCASTER, | 610 |
| INTERSHORE FIDUCIARIES LIMITED | | LONDON, UNITED KINGDOM | 251 |
| MR BARINUA CARR NWIKPO | CONSULTANT | LONDON, UNITED KINGDOM | 3 |
| MR DANIEL NWIKPO | SALES | LONDON, UNITED KINGDOM | 2 |
| MR JOHN EKPOBARI NWIKPO | CONSULTANT | LONDON, UNITED KINGDOM | 4 |
| DIONISIO MAHONEY | DIRECTOR | 2 URRIEG, MALTA | 3 |
| MR GRIGORY KARPOVSKIY | MANAGER | LONDON, ENGLAND | 1 |
| MR JERZY RAFINSKI | DIRECTOR | LONDON, ENGLAND | 1 |

## Find A Business

85MM companies. Search by location, industry, name, & more. Free Trial.

(c) Check Company | Privacy | Terms of Use | Contact Us