# EXHIBIT G

copperstone|capital                    **Dmitry Andreev <dmitry.andreev@copperstonecapital.com>**

_____

## OCEAN PRIME_change_dir_PoA_2_years

**Dmitry Andreev** <ad@copperstone.ru>                    30 December 2013, 13:05
To: Alena Filippova <a.filippova@apollo-international.com>

Alena,

Following your recommendation we have taken a decision to change the director of the company:

OCEAN PRIME INC.

Please send me the list of directors available and also your recommendations regarding the choice of the new one. It should be preferably a person who will be available to sign documents promptly.

We would also like to issue a new Power of Attorney for two years on behalf of OCEAN PRIME for the Attorney – David Amaryan. But we will do it only after the replacement of the director.

Please find attached the scan of David's new foreign passport for your files (since he is not only in OCEAN PRIME).

Please write to me till which date has the company been prolonged and please send me the invoice for the next period.

Regards,

Dmitry

--
With best regards,

Dmitry Andreev

ad@copperstone.ru

+7 (926) 144-42-46 (Russia)



**Dmitry Andreev <dmitry.andreev@copperstonecapital.com>**

---

## OCEAN PRIME_change_dir_PoA_2_years

**Alena Filippova** <a.filippova@apollo-international.com>          30 December 2013, 14:21
To: Dmitry Andreev <ad@copperstone.ru>

Dmitry,

The order is received.
The list is attached. Brigitte, Sheila and Lindy are more available for signing.
If you want a two-year PoA, then the company and the nominee service also have to be prolonged for
two years already now – we will wait for your approval.
The company is prolonged till 17-Nov-14.

Regards,
Alena
--
Kind Regards,
Alena Filippova
Corporate Manager
APOLLO BUSINESS SOLUTIONS (PTY) LTD
103 Sham Peng Tong Plaza, Victoria, Mahe, Seychelles



**Dmitry Andreev <dmitry.andreev@copperstonecapital.com>**

---

## OCEAN PRIME_change_dir_PoA_2_years

**Dmitry Andreev** <ad@copperstone.ru>          30 December 2013, 15:16
To: Alena Filippova <a.filippova@apollo-international.com>
Alena,

I confirm the prolongation of the company and the nominee service for 2 years, please issue an invoice.

The new director – let it be Lindy.

We will be issuing the PoA after the director replacement, so that it is issued by a new director.

Regards,

Dmitry

With best regards,

Dmitry Andreev

ad@copperstone.ru

+7 (926) 144-42-46 (Russia)

Dmitry Andreev <dmitry.andreev@copperstonecapital.com>

# OCEAN PRIME_change_dir_PoA_2_years

Писем: 25

**Dmitry Andreev** <ad@copperstone.ru>                                          30 декабря 2013 г., 13:05
Кому: Alena Filippova <a.filippova@apollo-international.com>

Алена,

По Вашей рекомендации мы приняли решение сменить директора в компании:

OCEAN PRIME INC.

Пришлите мне пжл список доступных директоров, а также, если можно, Ваши рекомендации, на кого лучше поменять. Желательно, что бы это был человек, доступный для оперативного подписания документов.

Также, мы хотели бы вновь выпустить от компании OCEAN PRIME доверенность на имя поверенного Давида Амаряна на два года. Но сделаем мы это уже после смены директора.

Во вложении скан нового загранпаспорта Давида для Ваших файлов (он ведь не только в OCEAN PRIME).

Напишите мне пжл, до какого числа продлена компания, и пришлите пжл инвойс на оплату на следующий период.

С уважением,

Дмитрий

--
With best regards,

Dmitry Andreev

ad@copperstone.ru

+49 152 13 44 73 93 (Germany)

+7 (926) 144-42-46 (Russia)

📄 **Amaryan_D_foreign_new_pass.pdf**
569K

**Alena Filippova** <a.filippova@apollo-international.com>                         30 декабря 2013 г., 14:21
Кому: Dmitry Andreev <ad@copperstone.ru>

Дмитрий,

Заказ принят.
В приложении список, Бриджит, Шила и Линди более доступны для подписания.
Если дов-ть нужна на 2 года, то компанию и ном сервис нужно продлить на 2 года уже сейчас - ждем согласование.
Компания продлена до 17-Nov-14 года.

С уважением,
Алёна

15.09.2015                                      Почтовый сервис Copperstone Capital - OCEAN PRIME_change_dir_PoA_2_years

[Цитируемый текст скрыт]
—
Kind Regards,
Alena Filippova
Corporate Manager
APOLLO BUSINESS SOLUTIONS (PTY) LTD
103 Sham Peng Tong Plaza, Victoria, Mahe, Seychelles

 **List of Nominees as of 11 Nov 2013.xls**
   38K

---

**Dmitry Andreev** <ad@copperstone.ru>                                    30 декабря 2013 г., 15:16
Кому: Alena Filippova <a.filippova@apollo-international.com>

Алена,

Продление компании и ном сервиса на 2 года подтверждаю, выставляйте инвойс.

Новый директор - пусть будет Линди.

Доверенность будем выпускать уже после смены, чтобы от нового директора.

С уважением,

Дмитрий

30 декабря 2013 г., 15:21 пользователь Alena Filippova <a.filippova@apollo-international.com> написал:
[Цитируемый текст скрыт]
[Цитируемый текст скрыт]

---

**Alena Filippova** <a.filippova@apollo-international.com>                 3 января 2014 г., 11:30
Кому: Dmitry Andreev <ad@copperstone.ru>

Дмитрий,

Смену запустили

С уважением,
Алёна
[Цитируемый текст скрыт]

---

**Dmitry Andreev** <ad@copperstone.ru>                                    3 января 2014 г., 12:47
Кому: Alena Filippova <a.filippova@apollo-international.com>

Алена, добрый день!

Спасибо!

Пришлите пжл сканы по готовности.

С уважением,

Дмитрий

3 января 2014 г., 12:30 пользователь Alena Filippova <a.filippova@apollo-international.com> написал:
[Цитируемый текст скрыт]
[Цитируемый текст скрыт]

---