UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : : : : *Plaintiff,* : : v. : : ARKADIY DUBOVOY, et al., : : *Defendants.* : | Civil Action No. 15-6076 ORDER |

**THIS MATTER** having come before this Court by way of David Amaryan, Copperstone Alpha Fund, Copperstone Capital, Intertrade Pacific S.A., and Ocean Prime Inc.'s ("Amaryan Defendants") motion for an Order to Show Cause Why Certain Testimony at Preliminary Injunction Hearing May Not be Offered Via Videoconference [Dkt. No. 87];

and Plaintiff Securities and Exchange Commission ("Commission") having filed a letter brief in opposition [Dkt. No. 93];

and the Preliminary Injunction hearing between the Commission and the Amaryan Defendants having been scheduled for October 8, 2015, at 10:00 a.m. with the parties allocated two hours each for witness testimony and thirty minutes each for argument [Dkt. No. 92];

and Fed. R. Civ. P. 43(a) authorizing that the Court "[f]or good cause in compelling circumstances and with appropriate safeguards . . . may permit testimony in open court by contemporaneous transmission from a different location";

**IT IS** on this 1st day of October, 2015,

2

**ORDERED** that Defendant David Amaryan and Declarants Dimitry Andreev and Garnik Meliksetyan are permitted to testify in open court by contemporaneous transmission at the Preliminary Injunction hearing on October 8, 2015.

/s/ *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**