

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE**
One Penn Center
1617 JFK Boulevard
Suite 520
PHILADELPHIA, PENNSYLVANIA 19103

**JOHN DONNELLY**
SENIOR TRIAL ATTORNEY
*(215) 861-9670*
*Donnellyj@sec.gov*

October 2, 2015

(*Via ECF*)

Clerk of the Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 08101

        **Re:** *SEC v. Dubovoy, et al.* **No 15-cv-06076 (DNJ)**

Dear Sir or Madam:

    Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests an adjournment of the motion day for the Cross Motion to Dismiss the Amended Complaint filed by Defendants David Amaryan, Intertrade Pacific SA, Ocean Prime, Inc., Copperstone Alpha Fund, and Copperstone Capital (docket number 72), pursuant to District of New Jersey Local Civil Rule 7.1(d)(5). This is the first extension that the Commission has sought with respect to this Cross Motion.

    The motion is currently set for October 19, 2015 and the Commission seeks an extension to the next motion day, November 2, 2015. Accordingly, the Commission's opposition papers would be due on October 19, 2015 and the Defendants' reply papers would be due on October 26, 2015.

    A copy of this letter is simultaneously being served on all of the parties as reflected on the attached certificate of service.

                                                               Respectfully submitted,

                                                               John Donnelly