UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : : : : | |
| Plaintiff, | : : | Civil Action No. 15-6076 (MCA) |
| v. | : : | |
| **ARKADIY DUBOVOY, et al.,** | : : | **ORDER** |
| Defendants. | : : : | |

    This matter having come before the Court on the motion of Plaintiff, Securities and Exchange Commission, for an Order requiring Defendant Nikolai Slepenkov to be produced for testimony by contemporaneous video transmission at the October 8, 2015 preliminary injunction hearing, or draw an adverse inference against the Amaryan Defendants from their failure to produce him, see Pl's Mot., Oct. 5, 2015, D.E. 103;

    and the Court having considered the submissions in support of the motion [D.E. 103];

    and the Court having held a hearing on the application on October 6, 2015 via telephone,

    **IT IS ON THIS 9th day of October, 2015,**

    **ORDERED** that Plaintiff's motion [D.E. 103] is denied.

                                            *s/ Michael A. Hammer*
                                            **UNITED STATES MAGISTRATE JUDGE**