UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : <br> : Civil Action No. 15-6076 <br> : <br> *Plaintiff,*           : <br> : <br> v.           : <br> :    **ORDER** <br> ARKADIY DUBOVOY, et al.,    : <br> : <br> *Defendants.*      : |

**THIS COURT** having issued the Amended Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause, and having considered the Opposition of defendants David Amaryan, Ocean Prime Inc., Intertrade Pacific SA, Copperstone Capital, and Copperstone Alpha Fund (collectively, the "Amaryan Defendants") and the declarations submitted in support thereof and exhibits thereto, and having considered Plaintiff's initial memoranda of law and reply and the declarations in support thereof and the exhibits thereto, and having held a hearing on October 8, 2015, and for the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 16th day of October, 2015,

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction against the Amaryan Defendants is **GRANTED**; and it is

**ORDERED** that the assets in the following accounts shall remain frozen:

1

| | | |
|---|---|---|
| Interactive Brokers | *5329 | Intertrade Pacific S.A. |
| Interactive Brokers | *9526 | Intertrade Pacific S.A. |
| Interactive Brokers | *9827 | Ocean Prime Inc. |
| Interactive Brokers | *8284 | Amaryan (Intertrade) |
| Merrill Lynch | *2X05 | Copperstone Alpha Fund (Amaryan) |
| Credit Suisse Securities (USA) | *0WM0 | Copperstone Alpha Fund |
| Credit Suisse Securities (Europe) Ltd. | *0WM0 | Copperstone Alpha Fund |
| Credit Suisse Securities (Europe) Ltd. | *KMG0 | Copperstone Capital and/or Copperstone Alpha Fund |
| Credit Suisse Securities (Europe) Ltd. | *KZS0 | Copperstone Capital and/or Copperstone Alpha Fund |
| Credit Suisse Securities (Europe) Ltd. | *6DY0 | Copperstone Capital and/or Copperstone Alpha Fund |
| Credit Suisse Securities (Europe) Ltd. | *6GL0 | Copperstone Capital and/or Copperstone Alpha Fund |

and it is

**ORDERED** that, pending further order of this Court, the Amaryan Defendants and any of their agents or representatives and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise shall not destroy any documents relating in any way to this matter; and it is

**ORDERED** that this Preliminary Injunction shall remain in effect until entry of a Final Judgment in, or other final disposition of, this action; and it is further

**ORDERED** that this Order shall be, and is, binding on the Amaryan Defendants and any of their agents or representatives and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise.

/s/ *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**
