Margaret E. Hirce
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
*Attorney for Defendants David Amaryan,*
*Intertrade Pacific SA, Ocean Prime Inc.,*
*Copperstone Alpha Fund and Copperstone*
*Capital*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARKADIY DUBOVOY, et al.,<br><br>Defendants. | DOCKET NO.: 15-CV-06076 (MCA-MAH)<br><br>**NOTICE OF MOTION TO MODIFY THE COURT'S OCTOBER 16, 2015 ORDER FREEZING ASSETS**<br><br>**MOTION DAY: DECEMBER 7, 2015** |

PLEASE TAKE NOTICE that defendants David Amaryan, Intertrade Pacific SA, Ocean Prime Inc., Copperstone Alpha Fund, and Copperstone Capital (collectively, the "Amaryan Defendants"), through their undersigned attorneys, move before the Honorable Madeline Cox Arleo, at the United States District Court of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 for an Order pursuant to Rules 59(e) and 65 of the Federal Rules of Civil Procedure to modify the Preliminary Injunction Order freezing certain assets of the Amaryan Defendants, entered on October 16, 2015 (Dkt. 118.), returnable on December 7, 2015.

The motion is based upon the Declarations of David Amaryan and John Moscow, and on the Memorandum of Law in Support of the Amaryan Defendants' Motion to Modify the Court's

October 16, 2015 Order Freezing Assets, all dated November 13, 2015. Pursuant to the Court's motion day schedule, opposition papers would be due on November 23, 2015.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested.

Dated: New York, New York
      November 13, 2015

                              **BAKER & HOSTETLER, LLP**

                         By:  */s/ Margaret E. Hirce*
                             John W. Moscow
                             Marc D. Powers
                             Margaret E. Hirce
                             45 Rockefeller Plaza, 14th Floor
                             New York, New York 10111
                             Tel: (212) 589-4200
                             Fax: (212) 589-4201
                             Email: mhirce@bakerlaw.com

                             *Attorneys for Defendants David*
                             *Amaryan, Intertrade Pacific SA, Ocean*
                             *Prime Inc., Copperstone Alpha Fund*
                             *and Copperstone Capital*