# EXHIBIT A

# COPPERSTONE ALPHA FUND

## INVESTMENT MANAGEMENT AGREEMENT

Dated 24 June, 2011



























