# EXHIBIT B



Page 1 of 2