# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I caused the [Proposed] Order Granting the Amaryan Defendants' Rule 59(e) and 65 Motion to Modify the Court's October 16, 2015 Order Freezing Assets; the Notice of Motion to Modify the Court's October 16, 2015 Order Freezing Assets; Memorandum of Law in Support of Amaryan Defendants' Motion to Modify the Court's October 16, 2015 Order Freezing Assets; the Declaration of John Moscow; and the Declaration of David Amaryan in Support of the Motion to Modify, to be served upon the following via the Court's ECF system:

John V. Donnelly, Esq.
U.S. Securities & Exchange Commission
701 Market Street
Suite 2000
Philadelphia, PA 19106

*Attorneys for Plaintiff*

Robert E. Griffin, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Exante Ltd.*

Matthew I. Menchel, Esq.
Eric B. Bruce, Esq., Esq.
Jonathan E. Algor, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
*Attorneys for Guibor S.A. and Omega 26 Investments, Ltd.*

Seth T. Taube, Esq.
Baker Botts LLP
30 Rockefeller Plaza
New York, New York 10112
*Attorneys for Concorde Bermuda Ltd.*

                                             */s/ Margaret E. Hirce*
                                                 Margaret E. Hirce