Margaret E. Hirce
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
*Attorney for Defendants David Amaryan,*
*Intertrade Pacific SA, Ocean Prime Inc.,*
*Copperstone Alpha Fund and Copperstone*
*Capital*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARKADIY DUBOVOY, et al.,<br><br>Defendants. | DOCKET NO.: 15-CV-06076 (MCA-MAH)<br><br>**ORDER TO SHOW CAUSE WHY CERTAIN DOCUMENTATION FILED WITH THE AMARYAN DEFENDANTS' MOTION TO MODIFY THE COURT'S OCTOBER 16, 2015 ASSET FREEZE SHOULD NOT BE FILED UNDER SEAL** |

UPON REVIEW AND CONSIDERATION of the Declaration of good and sufficient reasons of David Amaryan, dated November 13, 2015, and the memorandum of law in support thereof, all submitted in support of the application of the Amaryan Defendants for an order to show cause why certain documentation filed on November 13, 2015 in support of the Amaryan Defendants' Motion to Modify the Court's October 16, 2015 Asset Freeze Order should not be filed under seal, pursuant to Local Civil Rule 5.3.

It is now hereby:

ORDERED that the plaintiff United States Securities and Exchange Commission show cause before the Hon. Madeline Cox Arleo, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse,

50 Walnut Street, Newark, New Jersey 07101 on November ___, 2015 in Room MLK 2A, or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to Fed. R. Civ. P. 5.3(c), permitting filing under seal of the Declaration of David Amaryan, dated November 13, 2015, together with such other and further relief as is just and proper; and it is further

ORDERED that a copy of this Order to Show Cause with supporting papers be served by email and by overnight delivery service on plaintiff's counsel of record, John V. Donnelly III, Senior Trial Attorney, United States Securities and Exchange Commission, Philadelphia Regional Office, One Penn Center, 1617 JFK Blvd., Ste. 520 Philadelphia, PA 19103, on or before November ____, 2015; and it is further

ORDERED that opposition papers, if any, be served by email and by overnight delivery service on the Amaryan Defendants' counsel of record, Margaret E. Hirce, Baker Hostetler, 45 Rockefeller Plaza, 14th Floor, New York, NY 10111, on or before November ___, 2015.

IT IS SO ORDERED.

Dated: Newark, N.J.
         November ___, 2015

                                                                          _____
                                                                          Hon. Madeline Cox Arleo, U.S.D.J