# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SECURITIES AND EXCHANGE COMMISSION,**
*Plaintiff*

V.

**ARKADIY DUBOVOY, ET AL.,**
*Defendant*

**ALIAS SUMMONS ON** (Amended) **COMPLAINT**

CASE NUMBER: **2:15-CV-06076-MCA-MAH**

TO: *(Name and address of Defendant):*
Alexander Garkusha
c/o  Jerome Froelich  (jerryfroelich@comcast.net)
McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN DONNELLY, ESQUIRE
U.S. Securities and Exchange Commission
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**DONNA DEANGELIS**
(By) DEPUTY CLERK



**ISSUED ON 2015-11-06 11:47:01>,**
Clerk USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE | 11/6/15 |
|---|---|---|
| NAME OF SERVER *(PRINT)* Assunta Vivolo | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) : Pursuant to agreement with counsel, documents were served via e-mail to Defendant's counsel, jerryfroelich@comcast.net

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/6/15
              Date

*Signature of Server*
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

*Address of Server*