**CERTIFICATE OF SERVICE**

I, Andrew S. Pak, an Assistant United States Attorney, hereby certify that:

On November 18, 2015, I caused a copy of the attached Motion and supporting Memorandum of Law to be served on the following persons:

John V. Donnelly, III (via ECF)
701 Market Street, Suite 2000
Philadelphia, PA 19106
Counsel for the Securities and Exchange Commission

Michael D. Critchley, Esq. (via e-mail)
Michael Critchley, Jr., Esq.
Critchley, Kinum & Vazquez, LLC
75 Livingston Ave.
Roseland, NJ 07068
Counsel for Arkadiy Dubovoy

Lawrence S. Lustberg, Esq. (via e-mail)
Mary Frances Palisano, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
Counsel for Igor Dubovoy

Steven Gary Brill, Esq. (via e-mail)
Sullivan & Brill LLP
115 Broadway, 17th Floor
New York, NY 10006
Counsel for Vitaly Korchevsky

Linda Gail Moreno, Esq. (via e-mail)
Linda Moreno P.A.
P.O. Box 10985
Tampa, FL 33679
Counsel for Leonid Momotok

Jerome J. Froelich , Jr., Esq. (via e-mail)
McKenney & Froelich
1349 West Peachtree Street Two Midtown Plaza
Suite 1250
Atlanta, GA 30309-2920

Robert E. Griffin, Esq. (via ECF)
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Counsel for Exante Ltd.

Margaret Eileen Hirce, Esq. (via ECF)
Baker & Hostetler LLP
45 Rockefeller Plaza, Floor 10
New York, NY 10111
Counsel for David Amaryan, Copperstone Alpha Fund, Copperstone Capital, Intertade Pacific S.A., and Ocean Prime Inc.

Yonatan Y. Jacobs, Esq. (via ECF)
Sher Tremonte
80 Broad Street, 13th Floor
New York, NY 10004
Counsel for Memelland Investments Ltd.

Matthew I. Menchel, Esq. (via ECF)
Kelly Jo Spatola, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
Counsel for Guibor S.A. and Omega 26 Investments Ltd.

Seth T. Taube, Esq. (via ECF)
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Counsel for Concorde Bermuda Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

                                              s/ *Andrew S. Pak*
                                              ANDREW S. PAK
                                              Assistant U.S. Attorney

Dated: Newark, New Jersey
        November 18, 2015