## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2015, I caused the foregoing Disclosure Statement to be served upon the following via the Court's ECF system:

John V. Donnelly, Esq.
U.S. Securities & Exchange Commission
701 Market Street
Suite 2000
Philadelphia, PA 19106
*Attorneys for Plaintiff*

Robert E. Griffin, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Exante Ltd.*

Matthew I. Menchel, Esq.
Eric B. Bruce, Esq., Esq.
Jonathan E. Algor, Esq.
Kelly Jo Spatola, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
*Attorneys for Guibor S.A. and Omega 26 Investments, Ltd.*

Seth T. Taube, Esq.
Baker Botts LLP
30 Rockefeller Plaza
New York, New York 10112
*Attorneys for Concorde Bermuda Ltd.*

Yonatan Y. Jacobs, Esq.
Michael Tremonte, Esq.
Robert Knuts, Esq.
Sher Tremonte
80 Broad Street
13th Floor
New York, New York 10004
*Attorneys for Memelland Investments Ltd.*

Andrew Sun Pak, Esq.
Office of the U.S. Attorney
District of New Jersey
970 Broad Street
Suite 700
Newark, New Jersey 07102
*Attorneys for Intervenor United States of America*

                                          */s/ Margaret E. Hirce*
                                            Margaret E. Hirce