IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>ARKADIY DUBOVOY, et al.<br><br><br>           Defendants. | Civil Action No.: 15-cv-06076 (MCA-MAH) |

**JOINT STIPULATION TO STAY CASE AS TO GUIBOR S.A. AND OMEGA 26 INVESTMENTS LTD. FOR 120 DAYS TO CONSIDER SETTLEMENT AGREEMENT**

Plaintiff the Securities and Exchange Commission (the "Commission"), and Defendants Guibor S.A. and Omega 26 Investments Ltd. (the "Defendants" or, together with the Commission, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1. The Defendants and Commission staff have negotiated a potential, final settlement in this matter. Although Commission staff has authority to negotiate a settlement agreement, 17 C.F.R. § 202.5(f), only a majority vote by the SEC Commissioners can approve any such agreement. The Commission staff is in the process of submitting this proposal to the SEC Commissioners.

2. If the Commission approves the settlement, further litigation in this matter as to the Defendants will not be necessary. Because the Commission's review and approval process can take several weeks, the Parties respectfully request that the Court stay the case as it pertains to Guibor and Omega 26 for 120 days to allow adequate time for the Commission to review and approve the proposed final settlement.

1

3.	This Stipulation may be signed in counterparts or electronic signature, and that such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

                                      **SECURITIES AND EXCHANGE COMMISSION**

Dated: Philadelphia, Pennsylvania
       January 19, 2016

By:	s/ John Donnelly, Esq.
      David Axelrod, Esq.
      Kelly Gibson, Esq.
      John Donnelly, Esq.

**Attorneys for Plaintiff**
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100

Dated: New York, New York
       January 19, 2016

By:	s/ Matthew I. Menchel, Esq.
      Matthew I. Menchel, Esq.
      Kelly J. Spatola, Esq.
      Eric B. Bruce, Esq. (Admitted *pro hac vice*)
      Jonathan Algor, Esq. (Admitted *pro hac vice*)
      KOBRE & KIM LLP
      800 Third Avenue, 6th Floor
      New York, NY 10022
      Tel: (212) 488-1200
      Fax: (212) 488-1220

**Attorneys for Defendants Omega 26 Investments, Ltd. and Guibor S.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2016, that I caused to be served a true and correct copy of the Joint Stipulation to Stay Case as to Guibor S.A. and Omega 26 Investments Ltd. upon the following parties in the manner set forth below:

Via ECF:

Seth T. Taube, Esq.
Alex Bourelly, Esq.
Bridget Moore, Esq.
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112
**Attorneys for Defendant Concorde Bermuda Ltd.**

Yonatan Y. Jacobs, Esq.
Michael Tremonte, Esq.
Robert Knuts, Esq.
SHER TREMONTE
80 Broad Street
Suite 1301
New York, New York 10004
**Attorneys for Defendant Memelland Investments, Ltd.**

Margaret Eileen Hirce, Esq.
John Moscow, Esq.
Marc Powers, Esq.
Sammi Malek, Esq.
BAKER HOSTETLER
45 Rockefeller Plaza
New York, New York 10111
**Attorneys for Defendants David Amaryan, Ocean Prime Inc., Intertrade Pacific S.A., Copperstone Alpha Fund, and Copperstone Capital**

Robert Griffin, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
**Attorneys for Defendant Exante Ltd.**

David Axelrod, Esq.
Kelly Gibson, Esq.
John Donnelly, Esq.
U.S. SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
**Attorneys for Plaintiff**

Andrew Pak, Esq.
Nicholas Grippo, Esq.
Assistant U.S. Attorney
970 Broad Street
Newark, NJ 07102
**Attorneys for United States of America**

    s/ Eric B. Bruce, Esq.
        ERIC B. BRUCE