UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : : Civil Action No. 15-6076 (MCA) |
| v. | : : : |
| ARKADIY DUBOVOY, et al., | : : **ORDER** |
| Defendants. | : : : |

This matter having come before the Court on the motion of the United States to Intervene and Stay Discovery in this matter [D.E. 152]; and also before the Court is the Motion to Sever or Bifurcate by Defendants Omega 26 Investments LTD. And Guibor S.A. [D.E. 183];

and the Court having considered the papers submitted in support of, and in opposition to, the motions;

and the Court having heard oral argument on the motions on January 21, 2016;

and for the reasons set forth in an oral opinion delivered on the record on January 29, 2016;[1]

IT IS on this 29th day of January 2016,

ORDERED that motion of the United States to Intervene and Stay Discovery in this matter [D.E. 152] is hereby GRANTED; and it is further

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

ORDERED that the Motion to Sever or Bifurcate by Defendants Omega 26 Investments LTD. And Guibor S.A. [D.E. 183] is DENIED.

<u>s/Michael A. Hammer</u>
**UNITED STATES MAGISTRATE JUDGE**