UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
SECURITIES AND EXCHANGE           )
COMMISSION,                        )   Civil Action No.: 15-cv-06076 (MCA-MAH)
                                   )
            Plaintiff,             )
                                   )   (Document Filed Electronically)
       -against-                   )
                                   )
ARKADIY DUBOVOY, et al.            )
                                   )
            Defendants.            )
                                   )
------------------------------------------------------------x

### NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL AS TO DEFENDANT EXANTE LTD. ONLY, PURSUANT TO F.R.C.P. 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses Defendant Exante Ltd. (Exante) as a defendant in the Action. This voluntary dismissal is without prejudice and applies only to Exante. Exante has not yet served an answer or motion for summary judgment in this case.

Dated: February 17, 2016
Philadelphia, PA

SECURITIES AND EXCHANGE COMMISSION

By: _____
David Axelrod, Esq.
Kelly Gibson, Esq.
John Donnelly, Esq.
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100

SO ORDERED
2/19/16
_____
Madeline Cox Arleo, U.S.D.J.