UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARKADIY DUBOVOY, et al.,<br><br>Defendants. | DOCKET NO.: 15-CV-06076 (MCA-MAH) |

**STIPULATED ORDER, *NUNC PRO TUNC*, REGARDING TIMING OF PAYMENT OF $10 MILLION BY DEFENDANT COPPERSTONE ALPHA FUND**

WHEREAS on March 24, 2016, the Plaintiff Securities and Exchange Commission (SEC) filed the Consent of Defendant Copperstone Alpha Fund (ECF No. 268);

WHEREAS on March 24, 2016, the SEC filed a proposed Final Judgment as to Defendant Copperstone Alpha Fund (ECF No. 268-1);

WHEREAS on April 4, 2016, the District Court entered the Final Judgment as to Defendant Copperstone Alpha Fund signed by the Honorable Madeline C. Arleo (ECF No. 277);

WHEREAS by signing those Final Judgments, this Court determined that the Amaryan Defendants[1] are jointly and severally liable for disgorgement of $10 million as a settlement in this action and ordered that such amount be paid by or on behalf of one or more of the Amaryan Defendants within fourteen days of entry of the Order, which would have been April 18, 2016;

---

[1] "Amaryan Defendants" refers to David Amaryan, Copperstone Capital, Copperstone Alpha Fund, Ocean Prime, Inc., and Intertrade Pacific SA.

WHEREAS payment of $10 million as a settlement is to be transmitted by Credit Suisse on behalf of the Amaryan Defendants by April 18, 2016;

WHEREAS the Amaryan Defendants' broker, Credit Suisse, has advised that additional time is required to liquidate certain positions prior to the transmission of $10 million;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Commission and the Amaryan Defendants, that the date for payment of the $10 million as settlement shall be extended from April 18, 2016 to April 29, 2016, *nunc pro tunc* to the entry of the Final Judgment (ECF No. 277).

**IT IS FURTHER AGREED** that this Stipulation may be signed in counterparts or electronic signature, and that such facsimile or electronic signature shall be deemed an original signature for purposes of this Stipulation.

Dated: New York, New York
April 13, 2016

BAKER & HOSTETLER, LLP

By: ___/s/ John W. Moscow___
John W. Moscow, Esq.
John J. Carney, Esq.
Margaret E. Hirce, Esq.
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
(212) 589-4200

*Attorneys for Defendants David Amaryan, Intertrade Pacific SA, Ocean Prime Inc., Copperstone Alpha Fund and Copperstone Capital*

Dated: Philadelphia, PA
April 13, 2016

SECURITIES AND EXCHANGE COMMISSION

By: ___/s/ John Donnelly___
David Axelrod, Esq.
Kelly Gibson, Esq.
John Donnelly, Esq.
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100

**IT IS SO ORDERED.**
Dated this ____ day of April 2016

_____
Hon. Madeline Cox Arleo, U.S.D.J.

3