IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    **Plaintiff,**<br><br>v.<br><br>ARKADIY DUBOVOY, et al.<br><br>    **Defendants.** | CA No: 15-cv-06076 (MCA-MAH) |

## [PROPOSED] ORDER

AND NOW, this ___28th___ day of ___September___, 2018, upon consideration of Plaintiff Securities and Exchange Commission's Unopposed Motion to Modify Settlement Procedures, it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Court's September 20, 2018 Text Order is modified to excuse Plaintiff Securities and Exchange Commission from the obligation that "clients with full settlement authority shall be available by phone."

2. Counsel for the Commission shall attend and be prepared to negotiate in good faith with defendants. Furthermore, Joseph Sansone, Chief of the Commission's Market Abuse Unit, shall be available by telephone throughout the course of the conference. If an agreement in principle is reach, the staff shall promptly submit a formal recommendation to the

Commissioners of the Securities and Exchange Commission for their consideration.

**IT IS SO ORDERED.**

*[Signature]*
Madeline Cox Arleo
United States District Judge

Dated: Sept 26/18