## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | **CA No. 15-cv-06076 (MCA)** |
| **Plaintiff,** | |
| **v.** | **DECLARATION OF DR. EUGENE P. CANJELS IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT** |
| **ARKADIY DUBOVOY, et al.,** | |
| **Defendants.** | |

I, Eugene P. Canjels, Ph.D., pursuant to 28 U.S.C. § 1746, declare as follows:

## I.    Qualifications

1.      My name is Eugene P. Canjels. I am an Assistant Director in the Division of Economic and Risk Analysis at the U.S. Securities and Exchange Commission (the "Commission").  I currently work in the Office of Litigation Economics and provide financial, economic, and statistical analyses to assist the Commission in its enforcement investigations.  I obtained my Ph.D. in Economics from Northwestern University with specializations in Applied Microeconomics and Econometrics.

2.      I have taught graduate level courses in financial econometrics, microeconomics, time-series analysis, cross-section econometrics, and mathematical methods.  I have published in the Review of Economics and Statistics, and served as a reviewer for other peer-reviewed journals in economics, including the Journal of Econometric Theory, the Journal of Applied Econometrics, and the Journal of Economic Dynamics and Control.  In addition to a doctorate

1

from Northwestern University, I hold a Master's degree in Quantitative Economics from Maastricht University in the Netherlands.

3.      I testified as an expert witness at the hearing regarding the Commission's motion for a preliminary injunction against certain defendants, including David Amaryan, in this case.  I also testified as an expert witness in the related criminal trial, *United States v. Korchevsky*, No. 15-cr-381 (E.D.N.Y.) (RJD).

## II.   Scope

4.      Commission staff asked me to assist in an investigation of trading activity in advance of the public distribution of company press releases (hereinafter "news events" or "events") by three newswire services, Business Wire, Marketwired and PR Newswire (collectively, "Newswires").  Among other things, I was asked to perform a quantitative and statistical analysis of the trading activity in the accounts held in the name of defendants Maxim Zakharchenko/Bering Explorer Fund, Ltd. (accounts ending with *966 and *969), Nicholai Slepenkov and Escada Logistic Ltd. (accounts *2806 and *6218), and Beratto Group LLC (account *5038), which traded in connection with securities on the U.S. markets to determine if the trading was based on pre-publication press release information obtained from the Newswires and, if so, to calculate profits resulting from such trading.  This declaration is based on my training, experience, and analysis of the trading in these accounts to date.  The available trading records for these accounts cover the period from June 26, 2012 through July 17, 2015 (the "Relevant Period").

## III.   Data

5.      In conducting my analysis, I reviewed and analyzed the following data:

a.   A database of press releases distributed by Marketwired, PR Newswire, and Business Wire (the "Events Database").  The database contains information on press releases issued by publicly traded companies and distributed to the general public through these three newswires services.  Among other things, the Events Database contains the stock symbol of the company and the distribution date and time of the press release.  The Events Database also contains information on the date and time that the publicly traded company (also called an "issuer") electronically uploaded the press release to any of these three newswire services (the "submission" date and time).

b.   Trading records from various broker-dealers.  This data contains details on the purchases and sales of securities, including common stock and options.

c.   Information from publicly available commercial databases, including stock price information (from the Center of Research in Security Prices ("CRSP")) and company earnings information and analyst earnings expectations (from I/B/E/S ("IBES")).

## IV.   Events Database Observations

6.   The Events Database contains information on approximately 920,000 news events for over 20,000 companies.  My observations of the Events Database are as follows:

a.   The Newswires typically distribute press releases containing company earnings news when the markets are closed, either shortly after the markets close (*i.e.*, after 4 p.m. ET) or before the markets open (*i.e.*,

before 9:30 a.m. ET).  Non-earnings news is more likely to be distributed during hours when the markets are open.

b.    Publicly traded companies typically upload press releases containing earnings and non-earnings news to the Newswires late in the morning or during the afternoon.

c.    The Newswires typically disseminate press releases containing earnings and non-earnings news within 24 hours of upload.

7.    These observations lead to the following conclusions:

a.    A trader who unlawfully obtained a press release of a publicly traded company before it was publicly disseminated would typically have a short window of time to trade based on this information (*i.e.*, the time from upload to market close).

b.    If press release upload to the Newswires happened after the close of the market, a trader would have limited opportunity to profitably trade on the information, due to a lack of liquidity in or access to after-hours trading.

## V.    Trading Analysis

8.    <u>Creation of Roundtrip Database:</u>  I created a database of "roundtrip" transactions to serve as the basis for my analysis.  I define a "roundtrip" transaction as a transaction that is opened (*i.e.*, a new position, either long or short) and then subsequently closed (*i.e.*, an offsetting position, the opposite of what was done to "open" the position, is taken).

9.    <u>Comparison of Trading Activity and Gains Between News Event Trades and All Other Trades:</u>  I isolated News Event Trades by (1) identifying all roundtrips where a position was opened before the Newswire disseminated the press release and closed after dissemination,

4

(2) removing all events where a position was opened before the press release was uploaded,

(3) removing all roundtrips that took more than three calendar days from open to close, and

(4) removing all News Event Trades with a press release before January 1, 2015 and disseminated by Business Wire.

10.     I found that the Bering Accounts placed 206 News Event Trades representing 74% of the total dollars traded by that account during the relevant period.  (*See* Table 1).  The Bering Accounts realized $8,071,135 in gross profits on its News Event Trades. (*See* Table 1 and Table 2A).

11.     I found that the Slepenkov and Escada Accounts collectively placed 207 News Event Trades representing 85% of the total dollars traded by those accounts during the relevant period.  (*See* Table 1).  The Slepenkov and Escada Accounts collectively realized $4,335,895 in gross profits on its News Events Trades.  (*See* Table 1 and Table 2B).  The 105 News Event Trades made prior to October 1, 2013 were made in the account ending *6218, which was in Slepenkov's name.  (Table 2B).  These trades resulted in gross profits of $1,261,871.  The 102 News Event Trades made after October 1, 2013 were made in the account ending in *2806, which was in Escada's name.  These trades resulted in gross profits of $3,074,024.

12.     I found that the Beratto Account placed 10 News Event Trades representing 96% of the total dollars traded by that account during the relevant period.  (*See* Table 1).  The Beratto Account realized $282,802 in gross profits on its News Events Trades.  (*See* Table 1 and Table 2C).

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

April 16, 2019

Washington, D.C.

Eugene P. Canjels

6

**Table 1**

# Summary of Trading

| Account | Number of News Events Trades | Total Dollars Traded Around News Events | Total Dollars Traded | % Dollars Traded Around News Events | Gross Profits Around News Events |
|---|---|---|---|---|---|
| Zakharchenko / Bering Explorer Fund | 206 | $190,203,882 | $258,039,493 | 74% | $8,071,135 |
| Slepenkov and Escada | 207 | $130,392,251 | $153,235,731 | 85% | $4,335,895 |
| Beratto | 10 | $3,870,550 | $4,016,530 | 96% | $282,802 |

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.

**Table 2A**

## Zakharchenko / Bering Explorer Fund (Accounts ending *966 and *969)

Total Gross Profit:        $8,071,135

| ID | Account | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | *966 | AMD | ADVANCED MICRO DEVICES INC | 7/19/12 | MW | 7/19/12 1:25 PM | 7/19/12 2:39 PM | 7/19/12 4:16 PM | $78,455 |
| 2 | *966 | GNTX | GENTEX CORP | 7/24/12 | MW | 7/20/12 3:13 PM | 7/23/12 3:05 PM | 7/24/12 6:09 AM | $199,565 |
| 3 | *966 | PNRA | PANERA BREAD CO | 7/24/12 | MW | 7/24/12 11:07 AM | 7/24/12 1:38 PM | 7/24/12 4:00 PM | $114,169 |
| 4 | *966 | APKT | ACME PACKET INC | 7/26/12 | MW | 7/25/12 5:53 PM | 7/26/12 1:14 PM | 7/26/12 4:05 PM | $257,405 |
| 5 | *966 | WLT | WALTER ENERGY INC | 8/1/12 | MW | 8/1/12 1:48 PM | 8/1/12 2:43 PM | 8/1/12 4:00 PM | $36,994 |
| 6 | *966 | BSFT | BROADSOFT INC | 8/6/12 | MW | 8/3/12 11:38 AM | 8/6/12 9:46 AM | 8/6/12 4:13 PM | $160,188 |
| 7 | *966 | SF | STIFEL FINANCIAL CORP | 8/8/12 | MW | 8/8/12 1:12 PM | 8/8/12 3:28 PM | 8/8/12 4:05 PM | $9,040 |
| 8 | *966 | DGIT | DIGITAL GENERATION INC | 8/9/12 | MW | 8/9/12 2:49 PM | 8/9/12 3:29 PM | 8/9/12 4:05 PM | $71,005 |
| 9 | *966 | NTAP | NETAPP INC | 8/15/12 | MW | 8/14/12 9:32 PM | 8/15/12 10:33 AM | 8/15/12 4:01 PM | $2,832 |
| 10 | *966 | CSCO | CISCO SYSTEMS INC | 8/15/12 | MW | 8/14/12 8:03 PM | 8/15/12 3:47 PM | 8/15/12 4:05 PM | $38,652 |
| 11 | *966 | BRCD | BROCADE COMMUNICATIONS SYS INC | 8/16/12 | MW | 8/15/12 8:01 PM | 8/16/12 10:17 AM | 8/16/12 4:05 PM | $39,589 |
| 12 | *966 | ZUMZ | ZUMIEZ INC | 8/30/12 | MW | 8/30/12 1:16 PM | 8/30/12 3:44 PM | 8/30/12 4:00 PM | $107,359 |
| 13 | *966 | ALGN | ALIGN TECHNOLOGY INC | 10/17/12 | MW | 10/17/12 3:13 AM | 10/17/12 11:50 AM | 10/17/12 4:00 PM | $425,885 |
| 14 | *966 | ALGN | ALIGN TECHNOLOGY INC | 10/17/12 | MW | 10/17/12 3:13 AM | 10/17/12 11:50 AM | 10/17/12 4:00 PM | $425,885 |
| 15 | *966 | LRCX | LAM RESH CORP | 10/17/12 | MW | 10/17/12 12:22 PM | 10/17/12 1:16 PM | 10/17/12 4:15 PM | $58,255 |
| 16 | *966 | LRCX | LAM RESH CORP | 10/17/12 | MW | 10/17/12 12:22 PM | 10/17/12 1:16 PM | 10/17/12 4:15 PM | $58,255 |
| 17 | *966 | AMD | ADVANCED MICRO DEVICES INC | 10/18/12 | MW | 10/18/12 10:13 AM | 10/18/12 3:00 PM | 10/18/12 4:15 PM | $84,863 |
| 18 | *969 | AMD | ADVANCED MICRO DEVICES INC | 10/18/12 | MW | 10/18/12 10:13 AM | 10/18/12 3:00 PM | 10/18/12 4:15 PM | $63,338 |
| 19 | *966 | WCN | WASTE CONNECTIONS INC | 10/22/12 | MW | 10/22/12 12:16 PM | 10/22/12 12:56 PM | 10/22/12 4:05 PM | $3,253 |
| 20 | *969 | WCN | WASTE CONNECTIONS INC | 10/22/12 | MW | 10/22/12 12:16 PM | 10/22/12 12:56 PM | 10/22/12 4:05 PM | $1,394 |
| 21 | *969 | JNPR | JUNIPER NETWORKS INC | 10/23/12 | MW | 10/23/12 12:45 PM | 10/23/12 2:24 PM | 10/23/12 4:05 PM | $7,757 |
| 22 | *966 | SRPT | SAREPTA THERAPEUTICS INC | 11/7/12 | MW | 11/7/12 2:31 PM | 11/7/12 3:24 PM | 11/7/12 4:05 PM | $259 |
| 23 | *966 | NTAP | NETAPP INC | 11/14/12 | MW | 11/13/12 9:29 PM | 11/14/12 10:27 AM | 11/14/12 4:01 PM | $324,359 |
| 24 | *969 | JNPR | JUNIPER NETWORKS INC | 1/24/13 | MW | 1/24/13 1:08 PM | 1/24/13 1:59 PM | 1/24/13 4:05 PM | $34,210 |
| 25 | *969 | ALGN | ALIGN TECHNOLOGY INC | 1/30/13 | MW | 1/30/13 1:34 AM | 1/30/13 12:42 PM | 1/30/13 4:00 PM | $88,043 |
| 26 | *969 | HSP | HOSPIRA INC | 2/13/13 | PR | 2/11/13 7:37 PM | 2/12/13 2:20 PM | 2/13/13 7:35 AM | $12,722 |
| 27 | *969 | EEP | ENBRIDGE ENERGY PARTNERS LP | 2/13/13 | MW | 2/13/13 10:45 AM | 2/13/13 1:51 PM | 2/13/13 4:01 PM | $16,891 |
| 28 | *969 | CXW | CORRECTIONS CORP AMERICA NEW | 2/13/13 | MW | 2/13/13 2:20 PM | 2/13/13 3:52 PM | 2/13/13 4:30 PM | $8,522 |
| 29 | *969 | LOPE | GRAND CANYON EDUCATION INC | 2/19/13 | PR | 2/19/13 9:26 AM | 2/19/13 11:43 AM | 2/19/13 4:00 PM | $23,129 |
| 30 | *969 | FNF | FIDELITY NATIONAL FINL INC NEW | 2/19/13 | PR | 2/15/13 1:49 PM | 2/19/13 12:22 PM | 2/19/13 4:00 PM | $12,400 |
| 31 | *969 | OC | OWENS CORNING NEW | 2/20/13 | PR | 2/19/13 2:39 PM | 2/19/13 3:25 PM | 2/20/13 7:28 AM | $8,992 |
| 32 | *969 | SNPS | SYNOPSYS INC | 2/20/13 | PR | 2/19/13 7:06 PM | 2/20/13 12:11 PM | 2/20/13 4:05 PM | $31,687 |
| 33 | *969 | PEGA | PEGASYSTEMS INC | 2/20/13 | MW | 2/20/13 9:50 AM | 2/20/13 12:52 PM | 2/20/13 4:30 PM | $181,952 |
| 34 | *969 | FL | FOOT LOCKER INC | 2/20/13 | PR | 2/20/13 2:37 PM | 2/20/13 3:10 PM | 2/20/13 4:10 PM | $9,295 |
| 35 | *969 | WLT | WALTER ENERGY INC | 2/20/13 | MW | 2/20/13 2:31 PM | 2/20/13 3:21 PM | 2/20/13 4:00 PM | $35,967 |
| 36 | *969 | AHS | A M N HEALTHCARE SERVICES INC | 2/21/13 | PR | 2/20/13 5:31 PM | 2/21/13 11:53 AM | 2/21/13 4:05 PM | $189 |
| 37 | *969 | AVG | A V G TECHNOLOGIES N V | 2/21/13 | PR | 2/21/13 12:20 PM | 2/21/13 1:51 PM | 2/21/13 4:15 PM | $151,561 |
| 38 | *969 | MRVL | MARVELL TECHNOLOGY GROUP LTD | 2/21/13 | PR | 2/21/13 1:56 PM | 2/21/13 3:05 PM | 2/21/13 4:03 PM | $3,504 |
| 39 | *969 | OKE | ONEOK INC NEW | 2/25/13 | PR | 2/25/13 11:24 AM | 2/25/13 1:39 PM | 2/25/13 4:05 PM | $78,789 |
| 40 | *969 | DGI | DIGITALGLOBE INC | 2/26/13 | MW | 2/26/13 1:09 PM | 2/26/13 1:54 PM | 2/26/13 4:01 PM | $18,356 |
| 41 | *969 | JAZZ | JAZZ PHARMACEUTICALS PLC | 2/26/13 | PR | 2/25/13 9:02 PM | 2/26/13 2:01 PM | 2/26/13 4:05 PM | $31,896 |
| 42 | *969 | DWA | DREAMWORKS ANIMATION S K G INC | 2/26/13 | PR | 2/26/13 2:41 PM | 2/26/13 3:30 PM | 2/26/13 4:02 PM | $3,941 |
| 43 | *969 | BSFT | BROADSOFT INC | 2/27/13 | MW | 2/26/13 7:16 PM | 2/27/13 10:37 AM | 2/27/13 4:05 PM | $758,680 |
| 44 | *969 | ORCL | ORACLE CORP | 3/20/13 | MW | 3/19/13 10:55 AM | 3/20/13 3:21 PM | 3/20/13 4:01 PM | $43,747 |
| 45 | *969 | TIBX | T I B C O SOFTWARE INC | 3/21/13 | MW | 3/21/13 3:38 PM | 3/21/13 3:50 PM | 3/21/13 4:21 PM | $163,693 |
| 46 | *969 | NXPI | N X P SEMICONDUCTORS N V | 4/22/13 | MW | 4/22/13 11:41 AM | 4/22/13 1:19 PM | 4/22/13 8:00 PM | $39,167 |
| 47 | *969 | EW | EDWARDS LIFESCIENCES CORP | 4/23/13 | PR | 4/23/13 11:39 AM | 4/23/13 1:53 PM | 4/23/13 4:01 PM | $280,240 |
| 48 | *969 | MTH | MERITAGE HOMES CORP | 4/24/13 | MW | 4/23/13 12:18 PM | 4/23/13 2:16 PM | 4/24/13 8:00 AM | $11,169 |
| 49 | *969 | JNPR | JUNIPER NETWORKS INC | 4/23/13 | MW | 4/23/13 12:31 PM | 4/23/13 2:31 PM | 4/23/13 4:05 PM | $77,229 |
| 50 | *969 | LAD | LITHIA MOTORS INC | 4/23/13 | MW | 4/23/13 3:00 PM | 4/23/13 3:22 PM | 4/24/13 7:30 AM | $1,731 |
| 51 | *969 | BRCD | BROCADE COMMUNICATIONS SYS INC | 5/1/13 | MW | 5/1/13 3:29 PM | 5/1/13 3:42 PM | 5/1/13 4:05 PM | $72,258 |
| 52 | *969 | RIG | TRANSOCEAN LTD | 5/8/13 | MW | 5/8/13 2:15 PM | 5/8/13 2:42 PM | 5/8/13 4:30 PM | $4,968 |
| 53 | *969 | ALGN | ALIGN TECHNOLOGY INC | 7/18/13 | MW | 7/18/13 10:39 AM | 7/18/13 2:32 PM | 7/18/13 4:00 PM | $28,471 |
| 54 | *969 | VMW | VMWARE INC | 7/23/13 | MW | 7/23/13 12:09 PM | 7/23/13 2:11 PM | 7/23/13 4:01 PM | $112,174 |
| 55 | *969 | MTH | MERITAGE HOMES CORP | 7/24/13 | MW | 7/23/13 1:02 PM | 7/23/13 3:05 PM | 7/24/13 7:00 AM | $1,146 |
| 56 | *969 | PNRA | PANERA BREAD CO | 7/23/13 | MW | 7/23/13 10:00 AM | 7/23/13 3:41 PM | 7/23/13 4:00 PM | $93,244 |
| 57 | *969 | WWD | WOODWARD INC | 7/25/13 | MW | 7/24/13 1:57 PM | 7/25/13 12:55 PM | 7/25/13 4:00 PM | $2,613 |
| 58 | *969 | FNSR | FINISAR CORP | 9/5/13 | MW | 9/5/13 11:47 AM | 9/5/13 3:42 PM | 9/5/13 4:00 PM | $17,153 |
| 59 | *969 | ORCL | ORACLE CORP | 9/18/13 | MW | 9/17/13 10:28 AM | 9/18/13 3:40 PM | 9/18/13 4:01 PM | $10,269 |
| 60 | *969 | TIBX | T I B C O SOFTWARE INC | 9/19/13 | MW | 9/19/13 1:47 PM | 9/19/13 3:19 PM | 9/19/13 4:05 PM | $88,780 |
| 61 | *969 | ALGN | ALIGN TECHNOLOGY INC | 10/17/13 | MW | 10/17/13 1:28 AM | 10/17/13 2:29 PM | 10/17/13 4:00 PM | $357,059 |
| 62 | *969 | LVS | LAS VEGAS SANDS CORP | 10/17/13 | MW | 10/16/13 11:49 PM | 10/17/13 3:13 PM | 10/17/13 4:11 PM | $13,581 |
| 63 | *969 | GNTX | GENTEX CORP | 10/22/13 | MW | 10/21/13 11:00 AM | 10/21/13 3:21 PM | 10/22/13 6:18 AM | $24,462 |
| 64 | *969 | FNSR | FINISAR CORP | 12/5/13 | MW | 12/5/13 11:49 AM | 12/5/13 2:10 PM | 12/5/13 4:00 PM | $107,633 |
| 65 | *969 | ORCL | ORACLE CORP | 12/18/13 | MW | 12/13/13 1:55 PM | 12/18/13 3:13 PM | 12/18/13 4:04 PM | $41,585 |
| 66 | *969 | JNPR | JUNIPER NETWORKS INC | 1/23/14 | MW | 1/23/14 12:36 PM | 1/23/14 2:34 PM | 1/23/14 4:05 PM | $63,787 |
| 67 | *969 | LRCX | LAM RESH CORP | 1/29/14 | MW | 1/28/14 8:41 PM | 1/29/14 3:36 PM | 1/29/14 4:05 PM | $5,554 |
| 68 | *969 | ALGN | ALIGN TECHNOLOGY INC | 1/30/14 | MW | 1/30/14 1:49 AM | 1/30/14 3:34 PM | 1/30/14 4:00 PM | $4,044 |

**Table 2A** (Continued)

### Zakharchenko / Bering Explorer Fund (Accounts ending *966 and *969)

Total Gross Profit:          $8,071,135

| ID | Account | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|----|---------|--------|--------------|-----------------|----------|-------------------------------|---------------------|---------------------------------|--------------|
| 69 | *969 | JDSU | J D S UNIPHASE CORP | 1/30/14 | MW | 1/30/14 9:44 AM | 1/30/14 3:53 PM | 1/30/14 4:05 PM | $32,369 |
| 70 | *969 | NXPI | N X P SEMICONDUCTORS N V | 2/5/14 | MW | 2/5/14 12:07 PM | 2/5/14 2:55 PM | 2/5/14 8:00 PM | $2,516 |
| 71 | *969 | SWI | SOLARWINDS INC | 2/5/14 | MW | 2/5/14 1:33 PM | 2/5/14 2:56 PM | 2/5/14 4:07 PM | $16,546 |
| 72 | *969 | NTAP | NETAPP INC | 2/12/14 | MW | 2/11/14 7:56 PM | 2/12/14 11:45 AM | 2/12/14 4:01 PM | $130,953 |
| 73 | *969 | KOP | KOPPERS HOLDINGS INC | 2/13/14 | MW | 2/12/14 11:24 AM | 2/12/14 12:24 PM | 2/13/14 8:28 AM | $9,702 |
| 74 | *969 | STMP | STAMPS COM INC | 2/13/14 | MW | 2/13/14 1:27 PM | 2/13/14 2:55 PM | 2/13/14 4:30 PM | $33,950 |
| 75 | *969 | SWY | SAFEWAY INC | 2/19/14 | MW | 2/19/14 12:22 PM | 2/19/14 1:59 PM | 2/19/14 4:05 PM | $242,689 |
| 76 | *969 | HPQ | HEWLETT PACKARD CO | 2/20/14 | MW | 2/19/14 7:10 PM | 2/20/14 12:07 PM | 2/20/14 4:04 PM | $27,648 |
| 77 | *969 | CREE | CREE INC | 1/20/15 | BW | 1/20/15 11:52 AM | 1/20/15 3:26 PM | 1/20/15 4:01 PM | $46,423 |
| 78 | *969 | SWKS | SKYWORKS SOLUTIONS INC | 1/22/15 | BW | 1/22/15 12:14 PM | 1/22/15 3:41 PM | 1/22/15 4:15 PM | $45,018 |
| 79 | *969 | PX | PRAXAIR INC | 1/28/15 | BW | 1/26/15 11:36 AM | 1/27/15 3:28 PM | 1/28/15 6:00 AM | $1,038 |
| 80 | *969 | ANTM | ANTHEM INC | 1/28/15 | BW | 1/27/15 12:17 PM | 1/27/15 3:36 PM | 1/28/15 6:00 AM | $316 |
| 81 | *969 | NOW | SERVICENOW INC | 1/28/15 | BW | 1/28/15 12:09 AM | 1/28/15 2:28 PM | 1/28/15 4:05 PM | $21,031 |
| 82 | *969 | AMZN | AMAZON COM INC | 1/29/15 | BW | 1/28/15 1:33 PM | 1/29/15 3:51 PM | 1/29/15 4:01 PM | $125,825 |
| 83 | *969 | IDTI | INTEGRATED DEVICE TECHNOLOGY | 2/2/15 | BW | 2/2/15 12:21 PM | 2/2/15 2:48 PM | 2/2/15 4:05 PM | $46,740 |
| 84 | *969 | AGCO | A G C O CORP | 2/3/15 | BW | 1/30/15 6:06 PM | 2/2/15 4:03 PM | 2/3/15 8:00 AM | $15,860 |
| 85 | *969 | GMCR | KEURIG GREEN MOUNTAIN INC | 2/4/15 | BW | 2/4/15 11:25 AM | 2/4/15 3:21 PM | 2/4/15 4:00 PM | $88,429 |
| 86 | *969 | GNRC | GENERAC HOLDINGS INC | 2/11/15 | BW | 2/10/15 2:26 PM | 2/10/15 4:03 PM | 2/11/15 6:00 AM | $32,634 |
| 87 | *969 | CAKE | CHEESECAKE FACTORY INC | 2/11/15 | BW | 2/11/15 11:25 AM | 2/11/15 3:24 PM | 2/11/15 4:15 PM | $31,223 |
| 88 | *969 | KN | KNOWLES CORP | 2/12/15 | BW | 2/12/15 10:33 AM | 2/12/15 1:58 PM | 2/12/15 4:01 PM | $148,078 |
| 89 | *969 | CGNX | COGNEX CORP | 2/12/15 | BW | 2/12/15 11:47 AM | 2/12/15 2:19 PM | 2/12/15 4:06 PM | $21,025 |
| 90 | *969 | AIZ | ASSURANT INC | 2/12/15 | BW | 2/11/15 6:49 PM | 2/12/15 2:23 PM | 2/12/15 4:05 PM | $49,133 |
| 91 | *969 | JACK | JACK IN THE BOX INC | 2/17/15 | BW | 2/16/15 6:02 PM | 2/17/15 3:22 PM | 2/17/15 4:01 PM | $61,405 |
| 92 | *969 | INTU | INTUIT INC | 2/19/15 | BW | 2/17/15 6:58 PM | 2/19/15 2:49 PM | 2/19/15 4:00 PM | $53,013 |
| 93 | *969 | PLL | PALL CORP | 2/24/15 | BW | 2/23/15 12:40 PM | 2/23/15 3:23 PM | 2/24/15 7:00 AM | $456 |
| 94 | *969 | TRAK | DEALERTRACK TECHNOLOGIES INC | 2/23/15 | BW | 2/23/15 1:57 PM | 2/23/15 3:58 PM | 2/23/15 4:05 PM | $16,641 |
| 95 | *969 | DYN | DYNEGY INC NEW DEL | 2/24/15 | BW | 2/24/15 11:59 AM | 2/24/15 4:02 PM | 2/24/15 4:36 PM | $29,033 |
| 96 | *969 | RGR | STURM RUGER & CO INC | 2/25/15 | BW | 2/25/15 8:39 AM | 2/25/15 3:20 PM | 2/25/15 5:05 PM | $49,518 |
| 97 | *969 | WSM | WILLIAMS SONOMA INC | 3/18/15 | BW | 3/17/15 12:28 PM | 3/18/15 3:58 PM | 3/18/15 4:10 PM | $11,900 |
| 98 | *969 | KBH | K B HOME | 3/20/15 | BW | 3/18/15 3:27 PM | 3/19/15 3:57 PM | 3/20/15 8:30 AM | $87,071 |
| 99 | *969 | GME | GAMESTOP CORP NEW | 3/26/15 | BW | 3/26/15 9:54 AM | 3/26/15 3:48 PM | 3/26/15 4:05 PM | $12,628 |
| 100 | *969 | RH | RESTORATION HARDWARE HLDGS INC | 3/26/15 | BW | 3/26/15 12:37 AM | 3/26/15 3:50 PM | 3/26/15 4:04 PM | $15,826 |
| 101 | *969 | AA | ALCOA INC | 4/8/15 | BW | 4/8/15 9:47 AM | 4/8/15 3:37 PM | 4/8/15 4:03 PM | $17,336 |
| 102 | *969 | MAT | MATTEL INC | 4/16/15 | BW | 4/16/15 1:04 PM | 4/16/15 3:12 PM | 4/16/15 4:05 PM | $36,811 |
| 103 | *969 | IBM | INTERNATIONAL BUSINESS MACHS CO | 4/20/15 | BW | 4/20/15 2:20 PM | 4/20/15 3:44 PM | 4/20/15 4:04 PM | $1,214 |
| 104 | *969 | ILMN | ILLUMINA INC | 4/21/15 | BW | 4/21/15 11:55 AM | 4/21/15 3:17 PM | 4/21/15 4:05 PM | $17,863 |
| 105 | *969 | SMCI | SUPER MICRO COMPUTER INC | 4/21/15 | BW | 4/20/15 9:47 PM | 4/21/15 3:46 PM | 4/21/15 4:05 PM | $47,410 |
| 106 | *969 | CAKE | CHEESECAKE FACTORY INC | 4/22/15 | BW | 4/22/15 11:15 AM | 4/22/15 3:29 PM | 4/22/15 4:15 PM | $28,794 |
| 107 | *969 | SKX | SKECHERS U S A INC | 4/22/15 | BW | 4/22/15 1:37 PM | 4/22/15 3:34 PM | 4/22/15 4:01 PM | $140,557 |
| 108 | *969 | CHRW | CH ROBINSON WORLDWIDE INC | 4/27/15 | BW | 4/27/15 1:50 PM | 4/27/15 3:27 PM | 4/27/15 4:15 PM | $18,651 |
| 109 | *969 | CXO | CONCHO RESOURCES INC | 5/4/15 | BW | 5/1/15 12:19 PM | 5/4/15 3:04 PM | 5/4/15 4:30 PM | $8,516 |
| 110 | *969 | ATVI | ACTIVISION BLIZZARD INC | 5/6/15 | BW | 5/5/15 12:42 PM | 5/6/15 3:58 PM | 5/6/15 4:05 PM | $22,584 |
| 111 | *969 | GMCR | KEURIG GREEN MOUNTAIN INC | 5/6/15 | BW | 5/6/15 10:23 AM | 5/6/15 3:59 PM | 5/6/15 4:00 PM | $179,782 |
| 112 | *969 | FLDM | FLUIDIGM CORP | 5/7/15 | BW | 5/7/15 11:00 AM | 5/7/15 3:51 PM | 5/7/15 4:00 PM | $149,776 |
| 113 | *969 | ADSK | AUTODESK INC | 5/19/15 | BW | 5/18/15 7:28 PM | 5/19/15 2:56 PM | 5/19/15 4:01 PM | $1,154 |
| 114 | *969 | KEYS | KEYSIGHT TECHNOLOGIES INC | 5/19/15 | BW | 5/19/15 1:45 PM | 5/19/15 3:51 PM | 5/19/15 4:05 PM | $32,805 |
| 115 | *969 | WSM | WILLIAMS SONOMA INC | 5/20/15 | BW | 5/19/15 1:42 PM | 5/20/15 3:29 PM | 5/20/15 4:10 PM | $19,204 |
| 116 | *969 | GME | GAMESTOP CORP NEW | 5/28/15 | BW | 5/28/15 11:08 AM | 5/28/15 3:05 PM | 5/28/15 4:05 PM | $65,952 |
| 117 | *969 | ULTA | ULTA SALON COSMETICS & FRAG INC | 5/28/15 | BW | 5/28/15 1:54 PM | 5/28/15 3:54 PM | 5/28/15 4:03 PM | $30,853 |

Total Gross Profits:   $8,071,135

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.

Notes:  MW refers to Marketwired, PR refers to PR Newswire and BW refers to Business Wire. Following the sale of Cantor's CFD business to Solo Capital in 2014, the accounts moved over to Solo without a change in the account numbers.

**Table 2B**

### Slepenkov and Escada (Accounts *2806, *6218)

Total Gross Profit:          $4,335,895

| ID | Account | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | *6218 | ALGN | ALIGN TECHNOLOGY INC | 10/17/12 | MW | 10/17/12 3:13 AM | 10/17/12 2:42 PM | 10/17/12 4:00 PM | $16,432 |
| 2 | *6218 | LRCX | LAM RESH CORP | 10/17/12 | MW | 10/17/12 12:22 PM | 10/17/12 2:43 PM | 10/17/12 4:15 PM | $1,092 |
| 3 | *6218 | AMD | ADVANCED MICRO DEVICES INC | 10/18/12 | MW | 10/18/12 10:13 AM | 10/18/12 12:23 PM | 10/18/12 4:15 PM | $5,570 |
| 4 | *6218 | WCN | WASTE CONNECTIONS INC | 10/22/12 | MW | 10/22/12 12:16 PM | 10/22/12 12:55 PM | 10/22/12 4:05 PM | $1,595 |
| 5 | *6218 | CDNS | CADENCE DESIGN SYSTEMS INC | 10/24/12 | MW | 10/23/12 2:24 PM | 10/23/12 3:43 PM | 10/24/12 4:05 PM | $660 |
| 6 | *6218 | ZUMZ | ZUMIEZ INC | 10/31/12 | MW | 10/31/12 1:29 PM | 10/31/12 1:55 PM | 10/31/12 4:00 PM | $32,735 |
| 7 | *6218 | SREV | SERVICESOURCE INTERNATIONAL INC | 11/5/12 | MW | 11/5/12 11:35 AM | 11/5/12 3:18 PM | 11/5/12 4:05 PM | $56,235 |
| 8 | *6218 | PKT | PROCERA NETWORKS INC | 11/6/12 | MW | 11/6/12 1:07 PM | 11/6/12 3:38 PM | 11/6/12 4:05 PM | $9,561 |
| 9 | *6218 | SRPT | SAREPTA THERAPEUTICS INC | 11/7/12 | MW | 11/7/12 2:31 PM | 11/7/12 3:15 PM | 11/7/12 4:05 PM | $568 |
| 10 | *6218 | HZNP | HORIZON PHARMA INC | 11/13/12 | MW | 11/12/12 8:14 AM | 11/12/12 1:46 PM | 11/13/12 7:00 AM | $8,059 |
| 11 | *6218 | CSCO | CISCO SYSTEMS INC | 11/13/12 | MW | 11/8/12 4:56 PM | 11/13/12 3:50 PM | 11/13/12 4:05 PM | $4,823 |
| 12 | *6218 | NTAP | NETAPP INC | 11/14/12 | MW | 11/13/12 9:29 PM | 11/14/12 1:06 PM | 11/14/12 4:01 PM | $44,645 |
| 13 | *6218 | SIGM | SIGMA DESIGNS INC | 12/5/12 | MW | 12/5/12 1:22 PM | 12/5/12 3:13 PM | 12/5/12 4:01 PM | $48 |
| 14 | *6218 | FNSR | FINISAR CORP | 12/5/12 | MW | 12/5/12 11:49 AM | 12/5/12 3:58 PM | 12/5/12 4:00 PM | $7,648 |
| 15 | *6218 | ESL | ESTERLINE TECHNOLOGIES CORP | 12/6/12 | MW | 12/6/12 1:50 PM | 12/6/12 3:18 PM | 12/6/12 4:00 PM | $24,420 |
| 16 | *6218 | SYMC | SYMANTEC CORP | 1/23/13 | MW | 1/23/13 1:51 PM | 1/23/13 1:59 PM | 1/23/13 4:00 PM | $5,444 |
| 17 | *6218 | JNPR | JUNIPER NETWORKS INC | 1/24/13 | MW | 1/24/13 1:08 PM | 1/24/13 2:32 PM | 1/24/13 4:05 PM | $8,276 |
| 18 | *6218 | LTD | LIMITED BRANDS INC | 2/4/13 | PR | 2/4/13 12:08 PM | 2/4/13 3:08 PM | 2/4/13 4:15 PM | $515 |
| 19 | *6218 | ZUMZ | ZUMIEZ INC | 2/6/13 | MW | 2/6/13 2:30 PM | 2/6/13 3:02 PM | 2/6/13 4:00 PM | $3,454 |
| 20 | *6218 | MTD | METTLER TOLEDO INTERNATIONAL INC | 2/6/13 | PR | 2/5/13 1:49 PM | 2/6/13 3:48 PM | 2/6/13 4:01 PM | $250 |
| 21 | *6218 | CXW | CORRECTIONS CORP AMERICA NEW | 2/13/13 | MW | 2/13/13 2:20 PM | 2/13/13 3:30 PM | 2/13/13 4:30 PM | $4,742 |
| 22 | *6218 | AVA | AVISTA CORP | 2/20/13 | MW | 2/19/13 3:25 PM | 2/19/13 3:50 PM | 2/20/13 7:05 AM | $3,663 |
| 23 | *6218 | PEGA | PEGASYSTEMS INC | 2/20/13 | MW | 2/20/13 9:50 AM | 2/20/13 12:39 PM | 2/20/13 4:30 PM | $91,969 |
| 24 | *6218 | DORM | DORMAN PRODUCTS INC | 2/21/13 | MW | 2/20/13 2:25 PM | 2/20/13 2:46 PM | 2/21/13 7:00 AM | $6,855 |
| 25 | *6218 | WLT | WALTER ENERGY INC | 2/20/13 | MW | 2/20/13 2:31 PM | 2/20/13 3:11 PM | 2/20/13 4:00 PM | $10,612 |
| 26 | *6218 | HPQ | HEWLETT PACKARD CO | 2/21/13 | MW | 2/20/13 3:57 PM | 2/20/13 3:56 PM | 2/21/13 4:04 PM | $35,839 |
| 27 | *6218 | CUBE | CUBESMART | 2/21/13 | MW | 2/21/13 3:21 PM | 2/21/13 3:49 PM | 2/21/13 5:23 PM | $2,356 |
| 28 | *6218 | DGI | DIGITALGLOBE INC | 2/26/13 | MW | 2/26/13 1:09 PM | 2/26/13 1:41 PM | 2/26/13 4:01 PM | $23,503 |
| 29 | *6218 | NUVA | NUVASIVE INC | 2/26/13 | MW | 2/26/13 1:13 PM | 2/26/13 2:21 PM | 2/26/13 4:15 PM | $272 |
| 30 | *6218 | BSFT | BROADSOFT INC | 2/27/13 | MW | 2/26/13 7:16 PM | 2/27/13 10:16 AM | 2/27/13 4:05 PM | $167,796 |
| 31 | *6218 | SNHY | SUN HYDRAULICS CORP | 3/4/13 | MW | 3/4/13 1:37 PM | 3/4/13 3:30 PM | 3/4/13 5:00 PM | $6,250 |
| 32 | *6218 | ZUMZ | ZUMIEZ INC | 3/6/13 | MW | 3/6/13 1:26 PM | 3/6/13 3:30 PM | 3/6/13 4:00 PM | $3,610 |
| 33 | *6218 | ZUMZ | ZUMIEZ INC | 3/14/13 | MW | 3/14/13 2:13 PM | 3/14/13 3:15 PM | 3/14/13 4:00 PM | $321 |
| 34 | *6218 | TIBX | T I B C O SOFTWARE INC | 3/21/13 | MW | 3/21/13 3:38 PM | 3/21/13 3:58 PM | 3/21/13 4:21 PM | $8,960 |
| 35 | *6218 | LSCC | LATTICE SEMICONDUCTOR CORP | 4/18/13 | MW | 4/18/13 12:53 PM | 4/18/13 3:31 PM | 4/18/13 4:00 PM | $2,206 |
| 36 | *6218 | NXPI | N X P SEMICONDUCTORS N V | 4/22/13 | MW | 4/22/13 11:41 AM | 4/22/13 12:30 PM | 4/22/13 8:00 PM | $32,192 |
| 37 | *6218 | EW | EDWARDS LIFESCIENCES CORP | 4/23/13 | MW | 4/23/13 11:39 AM | 4/23/13 2:29 PM | 4/23/13 4:01 PM | $106,977 |
| 38 | *6218 | LAD | LITHIA MOTORS INC | 4/24/13 | MW | 4/23/13 3:00 PM | 4/23/13 3:39 PM | 4/24/13 7:30 AM | $7,654 |
| 39 | *6218 | ECHO | ECHO GLOBAL LOGISTICS INC | 4/25/13 | MW | 4/24/13 4:59 PM | 4/25/13 3:14 PM | 4/25/13 4:00 PM | $15,483 |
| 40 | *6218 | CLX | CLOROX CO | 5/1/13 | MW | 4/30/13 12:42 PM | 4/30/13 3:53 PM | 5/1/13 8:30 AM | $2,393 |
| 41 | *6218 | BRCD | BROCADE COMMUNICATIONS SYS INC | 5/1/13 | MW | 5/1/13 3:29 PM | 5/1/13 3:46 PM | 5/1/13 4:05 PM | $27,690 |
| 42 | *6218 | APC | ANADARKO PETROLEUM CORP | 5/6/13 | MW | 5/6/13 11:07 AM | 5/6/13 1:23 PM | 5/6/13 4:05 PM | $1,027 |
| 43 | *6218 | ONXX | ONYX PHARMACEUTICALS INC | 5/7/13 | MW | 5/7/13 10:58 AM | 5/7/13 3:25 PM | 5/7/13 4:00 PM | $13,818 |
| 44 | *6218 | BIO | BIO RAD LABORATORIES INC | 5/7/13 | MW | 5/7/13 3:15 PM | 5/7/13 3:53 PM | 5/7/13 4:15 PM | $10,981 |
| 45 | *6218 | RIG | TRANSOCEAN LTD | 5/8/13 | MW | 5/8/13 2:15 PM | 5/8/13 3:00 PM | 5/8/13 4:30 PM | $1,832 |
| 46 | *6218 | CXW | CORRECTIONS CORP AMERICA NEW | 5/8/13 | MW | 5/8/13 3:00 PM | 5/8/13 3:18 PM | 5/8/13 4:15 PM | $4,062 |
| 47 | *6218 | NVDA | NVIDIA CORP | 5/9/13 | MW | 5/9/13 12:57 PM | 5/9/13 2:36 PM | 5/9/13 4:20 PM | $34,432 |
| 48 | *6218 | TIVO | TIVO INC | 5/20/13 | MW | 5/17/13 1:27 PM | 5/20/13 2:29 PM | 5/20/13 4:01 PM | $7,374 |
| 49 | *6218 | NTAP | NETAPP INC | 5/21/13 | MW | 5/15/13 10:20 PM | 5/21/13 2:37 PM | 5/21/13 4:01 PM | $15,646 |
| 50 | *6218 | ORIG | OCEAN RIG U D W INC | 5/22/13 | MW | 5/22/13 12:54 PM | 5/22/13 2:44 PM | 5/22/13 4:05 PM | $768 |
| 51 | *6218 | ZUMZ | ZUMIEZ INC | 5/23/13 | MW | 5/23/13 1:39 PM | 5/23/13 3:01 PM | 5/23/13 4:01 PM | $18,751 |
| 52 | *6218 | ESL | ESTERLINE TECHNOLOGIES CORP | 5/30/13 | MW | 5/30/13 1:54 PM | 5/30/13 3:49 PM | 5/30/13 4:00 PM | $33,328 |
| 53 | *6218 | HRB | BLOCK H & R INC | 6/12/13 | MW | 6/12/13 12:04 PM | 6/12/13 3:56 PM | 6/12/13 4:05 PM | $8,401 |
| 54 | *6218 | ALGN | ALIGN TECHNOLOGY INC | 7/18/13 | MW | 7/18/13 10:39 AM | 7/18/13 2:06 PM | 7/18/13 4:00 PM | $41,499 |
| 55 | *6218 | VMW | VMWARE INC | 7/23/13 | MW | 7/23/13 12:09 PM | 7/23/13 1:37 PM | 7/23/13 4:01 PM | $64,712 |
| 56 | *6218 | MTH | MERITAGE HOMES CORP | 7/24/13 | MW | 7/23/13 1:02 PM | 7/23/13 3:11 PM | 7/24/13 7:00 AM | $11,748 |
| 57 | *6218 | BBSI | BARRETT BUSINESS SERVICES INC | 7/23/13 | MW | 7/23/13 1:27 PM | 7/23/13 3:43 PM | 7/23/13 4:05 PM | $1,214 |
| 58 | *6218 | PNRA | PANERA BREAD CO | 7/23/13 | MW | 7/23/13 10:00 AM | 7/23/13 3:47 PM | 7/23/13 4:05 PM | $26,984 |
| 59 | *6218 | LVS | LAS VEGAS SANDS CORP | 7/24/13 | MW | 7/23/13 11:52 PM | 7/24/13 3:08 PM | 7/24/13 4:01 PM | $7,539 |
| 60 | *6218 | CDNS | CADENCE DESIGN SYSTEMS INC | 7/24/13 | MW | 7/23/13 12:38 PM | 7/24/13 3:12 PM | 7/24/13 4:05 PM | $11,329 |
| 61 | *6218 | HRB | BLOCK H & R INC | 9/3/13 | MW | 9/3/13 1:02 PM | 9/3/13 3:11 PM | 9/3/13 4:05 PM | $13,882 |
| 62 | *6218 | FNSR | FINISAR CORP | 9/5/13 | MW | 9/5/13 11:47 AM | 9/5/13 3:44 PM | 9/5/13 4:00 PM | $41,920 |
| 63 | *6218 | ORCL | ORACLE CORP | 9/18/13 | MW | 9/17/13 10:28 AM | 9/18/13 3:55 PM | 9/18/13 4:01 PM | $5,256 |
| 64 | *6218 | TIBX | T I B C O SOFTWARE INC | 9/19/13 | MW | 9/19/13 1:47 PM | 9/19/13 3:17 PM | 9/19/13 4:05 PM | $92,401 |
| 65 | *2806 | ALGN | ALIGN TECHNOLOGY INC | 10/17/13 | MW | 10/17/13 1:28 AM | 10/17/13 2:25 PM | 10/17/13 4:00 PM | $243,869 |
| 66 | *2806 | LVS | LAS VEGAS SANDS CORP | 10/17/13 | MW | 10/16/13 11:49 PM | 10/17/13 3:38 PM | 10/17/13 4:11 PM | $3,210 |
| 67 | *2806 | GNTX | GENTEX CORP | 10/22/13 | MW | 10/21/13 11:00 AM | 10/21/13 3:14 PM | 10/22/13 6:18 AM | $114,861 |
| 68 | *2806 | FNSR | FINISAR CORP | 12/5/13 | MW | 12/5/13 11:49 AM | 12/5/13 1:59 PM | 12/5/13 4:00 PM | $103,344 |

**Table 2B** (Continued)

## Slepenkov and Escada (Accounts *2806, *6218)

Total Gross Profit:          $4,335,895

| ID | Account | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|----|---------|--------|--------------|-----------------|----------|-------------------------------|---------------------|---------------------------------|--------------|
| 69 | *2806 | HRB | BLOCK H & R INC | 12/10/13 | MW | 12/10/13 10:36 AM | 12/10/13 2:48 PM | 12/10/13 4:05 PM | $6,523 |
| 70 | *2806 | JNPR | JUNIPER NETWORKS INC | 1/23/14 | MW | 1/23/14 12:36 PM | 1/23/14 2:27 PM | 1/23/14 4:05 PM | $93,586 |
| 71 | *2806 | LRCX | LAM RESH CORP | 1/29/14 | MW | 1/28/14 8:41 PM | 1/29/14 3:36 PM | 1/29/14 4:05 PM | $553 |
| 72 | *2806 | LSCC | LATTICE SEMICONDUCTOR CORP | 2/6/14 | MW | 2/6/14 9:55 AM | 2/6/14 1:18 PM | 2/6/14 4:01 PM | $87,509 |
| 73 | *2806 | NTAP | NETAPP INC | 2/12/14 | MW | 2/11/14 7:56 PM | 2/12/14 12:49 PM | 2/12/14 4:01 PM | $50,163 |
| 74 | *2806 | STMP | STAMPS COM INC | 2/13/14 | MW | 2/13/14 1:27 PM | 2/13/14 2:19 PM | 2/13/14 4:30 PM | $27,811 |
| 75 | *2806 | SWY | SAFEWAY INC | 2/19/14 | MW | 2/19/14 12:22 PM | 2/19/14 2:21 PM | 2/19/14 4:05 PM | $108,411 |
| 76 | *2806 | EHTH | EHEALTH INC | 2/20/14 | MW | 2/20/14 1:31 PM | 2/20/14 3:35 PM | 2/20/14 4:05 PM | $9,409 |
| 77 | *2806 | CREE | CREE INC | 1/20/15 | BW | 1/20/15 11:52 AM | 1/20/15 3:01 PM | 1/20/15 4:01 PM | $7,036 |
| 78 | *2806 | SMCI | SUPER MICRO COMPUTER INC | 1/20/15 | BW | 1/19/15 10:17 PM | 1/20/15 3:31 PM | 1/20/15 4:05 PM | $559 |
| 79 | *2806 | SNDK | SANDISK CORP | 1/21/15 | BW | 1/21/15 11:57 AM | 1/21/15 2:54 PM | 1/21/15 4:05 PM | $3,056 |
| 80 | *2806 | SWKS | SKYWORKS SOLUTIONS INC | 1/22/15 | BW | 1/22/15 12:14 PM | 1/22/15 3:32 PM | 1/22/15 4:15 PM | $9,082 |
| 81 | *2806 | EA | ELECTRONIC ARTS INC | 1/27/15 | BW | 1/27/15 2:17 PM | 1/27/15 3:45 PM | 1/27/15 4:01 PM | $29,020 |
| 82 | *2806 | NOW | SERVICENOW INC | 1/28/15 | BW | 1/28/15 12:09 AM | 1/28/15 12:40 PM | 1/28/15 4:05 PM | $97,221 |
| 83 | *2806 | V | VISA INC | 1/29/15 | BW | 1/27/15 6:56 PM | 1/29/15 3:32 PM | 1/29/15 4:05 PM | $46,881 |
| 84 | *2806 | HBI | HANESBRANDS INC | 1/29/15 | BW | 1/29/15 11:33 AM | 1/29/15 3:56 PM | 1/29/15 4:05 PM | $7,182 |
| 85 | *2806 | GMCR | KEURIG GREEN MOUNTAIN INC | 2/4/15 | BW | 2/4/15 11:25 AM | 2/4/15 2:42 PM | 2/4/15 4:00 PM | $152,874 |
| 86 | *2806 | GLUU | GLU MOBILE INC | 2/4/15 | BW | 2/4/15 2:50 AM | 2/4/15 3:12 PM | 2/4/15 4:05 PM | $60,126 |
| 87 | *2806 | TYL | TYLER TECHNOLOGIES INC | 2/4/15 | BW | 2/4/15 1:35 PM | 2/4/15 3:58 PM | 2/4/15 4:07 PM | $8,507 |
| 88 | *2806 | GNRC | GENERAC HOLDINGS INC | 2/11/15 | BW | 2/10/15 2:26 PM | 2/10/15 3:50 PM | 2/11/15 6:00 AM | $13,174 |
| 89 | *2806 | CRL | CHARLES RIVER LABS INTL INC | 2/10/15 | BW | 2/10/15 2:16 PM | 2/10/15 3:56 PM | 2/10/15 4:30 PM | $21,765 |
| 90 | *2806 | PXD | PIONEER NATURAL RESOURCES CO | 2/10/15 | BW | 2/9/15 11:34 AM | 2/10/15 3:59 PM | 2/10/15 4:05 PM | $16,271 |
| 91 | *2806 | IFF | INTERNATIONAL FLAVORS & FRAG INC | 2/12/15 | BW | 2/11/15 8:38 AM | 2/11/15 2:39 PM | 2/12/15 7:00 AM | $36,606 |
| 92 | *2806 | SCSS | SELECT COMFORT CORP | 2/11/15 | BW | 2/11/15 12:11 PM | 2/11/15 3:03 PM | 2/11/15 4:01 PM | $12,492 |
| 93 | *2806 | CAKE | CHEESECAKE FACTORY INC | 2/11/15 | BW | 2/11/15 11:25 AM | 2/11/15 3:30 PM | 2/11/15 4:15 PM | $73,214 |
| 94 | *2806 | SKX | SKECHERS U S A INC | 2/11/15 | BW | 2/11/15 1:33 PM | 2/11/15 3:47 PM | 2/11/15 4:00 PM | $66,089 |
| 95 | *2806 | CGNX | COGNEX CORP | 2/12/15 | BW | 2/12/15 11:47 AM | 2/12/15 1:29 PM | 2/12/15 4:06 PM | $29,250 |
| 96 | *2806 | KN | KNOWLES CORP | 2/12/15 | BW | 2/12/15 10:33 AM | 2/12/15 2:02 PM | 2/12/15 4:01 PM | $101,827 |
| 97 | *2806 | ELLI | ELLIE MAE INC | 2/12/15 | BW | 2/11/15 11:00 PM | 2/12/15 2:13 PM | 2/12/15 4:05 PM | $59,926 |
| 98 | *2806 | COLM | COLUMBIA SPORTSWEAR COMPANY | 2/12/15 | BW | 2/12/15 12:16 PM | 2/12/15 2:34 PM | 2/12/15 4:00 PM | $91,510 |
| 99 | *2806 | VFC | V F CORP | 2/13/15 | BW | 2/12/15 2:34 PM | 2/13/15 3:56 PM | 2/13/15 7:00 AM | $20,390 |
| 100 | *2806 | ADI | ANALOG DEVICES INC | 2/17/15 | BW | 2/17/15 9:14 AM | 2/17/15 2:06 PM | 2/17/15 4:00 PM | $9,409 |
| 101 | *2806 | JACK | JACK IN THE BOX INC | 2/17/15 | BW | 2/16/15 6:02 PM | 2/17/15 2:34 PM | 2/17/15 4:01 PM | $142,292 |
| 102 | *2806 | INTU | INTUIT INC | 2/19/15 | BW | 2/17/15 6:58 PM | 2/19/15 2:33 PM | 2/19/15 4:00 PM | $51,693 |
| 103 | *2806 | TXRH | TEXAS ROADHOUSE INC | 2/23/15 | BW | 2/23/15 2:07 PM | 2/23/15 3:31 PM | 2/23/15 4:02 PM | $13,666 |
| 104 | *2806 | PLL | PALL CORP | 2/24/15 | BW | 2/23/15 12:40 PM | 2/23/15 3:53 PM | 2/24/15 7:00 AM | $2,245 |
| 105 | *2806 | DYN | DYNEGY INC NEW DEL | 2/24/15 | BW | 2/24/15 11:59 AM | 2/24/15 3:32 PM | 2/24/15 4:36 PM | $22,462 |
| 106 | *2806 | RGR | STURM RUGER & CO INC | 2/25/15 | BW | 2/25/15 8:39 AM | 2/25/15 3:37 PM | 2/25/15 5:05 PM | $53,846 |
| 107 | *2806 | ADSK | AUTODESK INC | 2/26/15 | BW | 2/25/15 9:29 PM | 2/26/15 3:38 PM | 2/26/15 4:01 PM | $32,899 |
| 108 | *2806 | GME | GAMESTOP CORP NEW | 3/26/15 | BW | 3/26/15 9:54 AM | 3/26/15 3:27 PM | 3/26/15 4:05 PM | $5,506 |
| 109 | *2806 | GS | GOLDMAN SACHS GROUP INC | 4/16/15 | BW | 4/15/15 6:57 AM | 4/15/15 2:02 PM | 4/16/15 7:35 AM | $14,389 |
| 110 | *2806 | CREE | CREE INC | 4/21/15 | BW | 4/21/15 12:24 PM | 4/21/15 3:14 PM | 4/21/15 4:01 PM | $50,514 |
| 111 | *2806 | SMCI | SUPER MICRO COMPUTER INC | 4/21/15 | BW | 4/20/15 9:47 PM | 4/21/15 3:37 PM | 4/21/15 4:05 PM | $37,730 |
| 112 | *2806 | CAKE | CHEESECAKE FACTORY INC | 4/22/15 | BW | 4/22/15 11:15 AM | 4/22/15 2:03 PM | 4/22/15 4:15 PM | $59,489 |
| 113 | *2806 | SKX | SKECHERS U S A INC | 4/22/15 | BW | 4/22/15 1:37 PM | 4/22/15 3:25 PM | 4/22/15 4:01 PM | $116,070 |
| 114 | *2806 | OSK | OSHKOSH CORP | 4/27/15 | BW | 4/27/15 10:17 AM | 4/28/15 7:00 AM | 4/28/15 7:00 AM | $6,560 |
| 115 | *2806 | CHRW | CH ROBINSON WORLDWIDE INC | 4/27/15 | BW | 4/27/15 1:50 PM | 4/27/15 3:45 PM | 4/27/15 4:15 PM | $22,299 |
| 116 | *2806 | CRUS | CIRRUS LOGIC INC | 4/28/15 | BW | 4/27/15 9:40 PM | 4/28/15 1:46 PM | 4/28/15 4:05 PM | $7,600 |
| 117 | *2806 | FBHS | FORTUNE BRANDS HOME & SECUR INC | 4/30/15 | BW | 4/28/15 5:59 PM | 4/30/15 3:14 PM | 4/30/15 4:01 PM | $1,518 |
| 118 | *2806 | CGNX | COGNEX CORP | 5/4/15 | BW | 5/4/15 11:01 AM | 5/4/15 3:12 PM | 5/4/15 4:06 PM | $114 |
| 119 | *2806 | GRPN | GROUPON INC | 5/5/15 | BW | 5/5/15 12:49 PM | 5/5/15 3:17 PM | 5/5/15 4:05 PM | $29,962 |
| 120 | *2806 | EA | ELECTRONIC ARTS INC | 5/5/15 | BW | 5/5/15 2:35 PM | 5/5/15 3:48 PM | 5/5/15 4:01 PM | $26,683 |
| 121 | *2806 | DYN | DYNEGY INC NEW DEL | 5/6/15 | BW | 5/6/15 9:24 AM | 5/6/15 2:24 PM | 5/6/15 4:07 PM | $2,780 |
| 122 | *2806 | KIM | KIMCO REALTY CORP | 5/6/15 | BW | 5/6/15 11:21 AM | 5/6/15 2:31 PM | 5/6/15 4:01 PM | $6,104 |
| 123 | *2806 | PAYC | PAYCOM SOFTWARE INC | 5/6/15 | BW | 5/6/15 11:08 AM | 5/6/15 2:42 PM | 5/6/15 4:05 PM | $22,900 |
| 124 | *2806 | GMCR | KEURIG GREEN MOUNTAIN INC | 5/6/15 | BW | 5/6/15 10:23 AM | 5/6/15 3:48 PM | 5/6/15 4:00 PM | $165,336 |
| 125 | *2806 | ATVI | ACTIVISION BLIZZARD INC | 5/6/15 | BW | 5/6/15 3:50 PM | 5/6/15 4:05 PM | 5/6/15 4:05 PM | $22,629 |
| 126 | *2806 | FLDM | FLUIDIGM CORP | 5/7/15 | BW | 5/7/15 11:00 AM | 5/7/15 3:17 PM | 5/7/15 4:00 PM | $162,572 |
| 127 | *2806 | NUAN | NUANCE COMMUNICATIONS INC | 5/7/15 | BW | 5/7/15 11:04 AM | 5/7/15 3:34 PM | 5/7/15 4:01 PM | $28,244 |
| 128 | *2806 | ADSK | AUTODESK INC | 5/19/15 | BW | 5/18/15 7:28 PM | 5/19/15 2:33 PM | 5/19/15 4:01 PM | $893 |
| 129 | *2806 | CSC | COMPUTER SCIENCES CORP | 5/19/15 | BW | 5/19/15 12:40 PM | 5/19/15 3:32 PM | 5/19/15 4:15 PM | $22,094 |
| 130 | *2806 | KEYS | KEYSIGHT TECHNOLOGIES INC | 5/19/15 | BW | 5/19/15 1:45 PM | 5/19/15 3:35 PM | 5/19/15 4:05 PM | $33,427 |
| 131 | *2806 | GME | GAMESTOP CORP NEW | 5/28/15 | BW | 5/28/15 11:08 AM | 5/28/15 2:33 PM | 5/28/15 4:05 PM | $70,942 |
| 132 | *2806 | ULTA | ULTA SALON COSMETICS & FRAG INC | 5/28/15 | BW | 5/28/15 1:54 PM | 5/28/15 3:38 PM | 5/28/15 4:03 PM | $15,848 |

Total Net Profits:          $4,335,895

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.
Note:  MW refers to Marketwired, PR refers to PR Newswire and BW refers to Buisness Wire.

**Table 3**

**Beratto (Account \*5038)**

Total Net Profit:          $282,802

| ID | Account | Ticker | Company Name | News Event Date | Newswire | Press Release Submission Time | Earliest Trade Time | Press Release Distribution Time | Gross Profit |
|----|---------|--------|--------------|-----------------|----------|-------------------------------|---------------------|---------------------------------|--------------|
| 1 | *5038 | MTH | MERITAGE HOMES CORP | 7/24/13 | MW | 7/23/13 1:02 PM | 7/23/13 2:48 PM | 7/24/13 7:00 AM | $4,151 |
| 2 | *5038 | JNPR | JUNIPER NETWORKS INC | 7/23/13 | MW | 7/23/13 12:48 PM | 7/23/13 2:55 PM | 7/23/13 4:05 PM | $92 |
| 3 | *5038 | PNRA | PANERA BREAD CO | 7/23/13 | MW | 7/23/13 10:00 AM | 7/23/13 3:40 PM | 7/23/13 4:00 PM | $23,231 |
| 4 | *5038 | FNSR | FINISAR CORP | 9/5/13 | MW | 9/5/13 11:47 AM | 9/5/13 3:48 PM | 9/5/13 4:00 PM | $11,032 |
| 5 | *5038 | TIBX | T I B C O SOFTWARE INC | 9/19/13 | MW | 9/19/13 1:47 PM | 9/19/13 3:35 PM | 9/19/13 4:05 PM | $33,358 |
| 6 | *5038 | ALGN | ALIGN TECHNOLOGY INC | 10/17/13 | MW | 10/17/13 1:28 AM | 10/17/13 1:34 PM | 10/17/13 4:00 PM | $114,393 |
| 7 | *5038 | LVS | LAS VEGAS SANDS CORP | 10/17/13 | MW | 10/16/13 11:49 PM | 10/17/13 1:55 PM | 10/17/13 4:11 PM | $10,257 |
| 8 | *5038 | GNTX | GENTEX CORP | 10/22/13 | MW | 10/21/13 11:00 AM | 10/21/13 3:16 PM | 10/22/13 6:18 AM | $52,757 |
| 9 | *5038 | PNRA | PANERA BREAD CO | 10/22/13 | MW | 10/22/13 9:04 AM | 10/22/13 3:04 PM | 10/22/13 4:05 PM | $33,532 |

Total Net Profits:     $282,802

Pursuant to Federal Rule of Evidence 1006, this Exhibit summarizes the content of voluminous records produced by the Newswire Services and trading records for the relevant accounts.
Note:  MW refers to Marketwired, PR refers to PR Newswire and BW refers to Buisness Wire.