# EXHIBIT 1



## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $8,071,135.00 |
| 06/01/2015-06/30/2015 | 3.00% | 0.25% | $19,901.43 | $8,091,036.43 |
| 07/01/2015-07/31/2015 | 3.00% | 0.25% | $20,615.52 | $8,111,651.95 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 06/01/2015-07/31/2015 | | | $40,516.95 | $8,111,651.95 |