# EXHIBIT 2



## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $3,074,024.00 |
| 06/01/2015-06/30/2015 | 3.00% | 0.25% | $7,579.79 | $3,081,603.79 |
| 07/01/2015-07/31/2015 | 3.00% | 0.25% | $7,851.76 | $3,089,455.55 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 06/01/2015-07/31/2015 | | | $15,431.55 | $3,089,455.55 |