# EXHIBIT 3



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,261,871.00 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $9,541.82 | $1,271,412.82 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $9,404.97 | $1,280,817.79 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $9,579.82 | $1,290,397.61 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $9,757.53 | $1,300,155.14 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $9,831.31 | $1,309,986.45 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $9,690.31 | $1,319,676.76 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $9,870.46 | $1,329,547.22 |
| 07/01/2015-07/31/2015 | 3.00% | 0.25% | $3,387.61 | $1,332,934.83 |
| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
| 10/01/2013-07/31/2015 | | | $71,063.83 | $1,332,934.83 |