# EXHIBIT 4



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $282,802.00 |
| 11/01/2013-12/31/2013 | 3.00% | 0.5% | $1,417.88 | $284,219.88 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $2,102.45 | $286,322.33 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $2,141.53 | $288,463.86 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $2,181.26 | $290,645.12 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $2,197.75 | $292,842.87 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $2,166.23 | $295,009.10 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $2,206.51 | $297,215.61 |
| 07/01/2015-07/31/2015 | 3.00% | 0.25% | $757.29 | $297,972.90 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 11/01/2013-07/31/2015 | | | $15,170.90 | $297,972.90 |