EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

v.

OLEKSANDR IEREMENKO, *et al.*

                Defendants.

Case No. 19-cv-00505-MCA-LDW

## DECLARATION OF LAURA D'ALLAIRD IN SUPPORT OF THE PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE

I, Laura D'Allaird, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.     I am employed as a staff attorney by the United States Securities and Exchange Commission ("SEC") in the Division of Enforcement, at the SEC's headquarters office in Washington, D.C.  I am assigned to the Commission's investigation relating to the conduct alleged in the Complaint.  I make this Declaration in support of the SEC's Motion for Alternative Service and based upon my personal knowledge.

2.     On January 15, 2019, the SEC filed its Complaint in this matter against several individuals and entities, including Defendants Oleksander Ieremenko

1

("Ieremenko"), Igor Sabodakha ("Sabodakha"), Victoria Vorochek ("Vorochek"), Ivan Olefir ("Olefir"), Capyield Systems, Ltd. ("Capyield"), Andrey Sarafanov ("Sarafanov"), and Relief Defendants Kyungja Cho, Lyudmila Kalinkina ("Kalinkina"), Andrey Meleynikov ("Meleynikov"), and Ivan Solovev ("Solovev"). The SEC alleged that the Defendants violated Sections 17(a) and 15(b) of the Securities Act of 1933 and Sections 10(b) and 20(e) of the Securities and Exchange Act of 1934 and Rule 10b-5 thereunder.

3.      As alleged in the Complaint, Defendant Ieremenko, directly or indirectly, transmitted hacked, material nonpublic information to traders, including Defendants Sabodakha, Vorochek, Olefir, Capyield, and Sarafanov who used it to profit by placing securities trades before the information was made public. *See* ECF No. 1 at ¶¶ 71-80, 85-116, 143-148.  These Defendants, often trading in accounts in the names of nominees, including the Relief Defendants, then monetized the information by purchasing or selling short the relevant securities and profiting from the market reaction once the information was disseminated to the public. *See, e.g., id.*

4.      The SEC does not possess a current, valid physical address for Defendant Ieremenko, although it is believed that he resides in Kiev, Ukraine. *See id.* at p. 1.  Attached as **Exhibit 1** is a true and correct (redacted) copy of domain registration information for a domain associated with Ieremenko, listing his address in Kiev, Ukraine.

5.      Defendant Sabodakha is a resident of Ukraine.  ECF No. 1 at p. 2.
Attached as **Exhibit 2** is a true and correct copy (redacted) of the Interactive Brokers
customer summary for Sabodakha's individual Interactive Brokers account used to
place trades at issue in this case (Acct. No. XXXX1066).  As of February 26, 2019,
this account remained open.  Exhibit 2 lists Sabodakha's address as being in Kyiv –
which is another spelling for Kiev – Ukraine.  Exhibit 2 also lists Sabodakha's email
address as sabodaha@gmail.com.

6.      Interactive Brokers has provided records to the SEC, which indicate that
Interactive Brokers has communicated with Sabodakha at this email address.
Attached as **Exhibit 3** is a true and correct copy of an email, dated October 9, 2016,
between Interactive Brokers and Sabodakha, showing Sabodakha's email address and
identifying Sabodakha by name.  Interactive Brokers more recently communicated
with this email address.  Attached as **Exhibit 4** is a true and correct copy of an email,
dated January 11, 2017, from Interactive Brokers to Sabodkha's email address at
sabodaha@gmail.com.

7.      Defendant Vorochek resides in Severodonetsk, Ukraine.  ECF No. 1 at
p. 2.  Attached as **Exhibit 5** is a true and correct copy (redacted) of the Interactive
Brokers customer summary for Vorochek's individual Interactive Brokers account
used to place trades at issue in this case (Acct. No. XXXX4767).  As of February 26,
2019, this account remained open.  Exhibit 5 lists Vorochek's address as being in

Severodonetsk, Ukraine.  Exhibit 5 also lists Vorochek's email address as

v.vorochek@gmail.com.

    8.      Interactive Brokers has provided records to the SEC, which indicate that

Interactive Brokers has used this email address to communicate with Vorocheck.

Attached as **Exhibit 6** is a true and correct copy of an email, dated January 9, 2017,

from Interactive Brokers to Vorochek, showing Vorochek's email address and

identifying Vorochek by name.

    9.      Defendant Olefir resides in the Kiev region of Ukraine.  ECF No. 1 at p.

2.  Attached as **Exhibit 7** is a true and correct copy (redacted) of the Interactive

Brokers customer summary for Olefir's individual Interactive Brokers account used to

place trades at issue in this case (Acct. No. XXXX0645).  As of February 26, 2019,

this account remained open.  Exhibit 7 lists Olefir's address as being in Kyivs'ka

Oblast, Ukraine, which is a reference to the Kiev region of Ukraine.  Exhibit 7 also

lists Olefir's email address as scalptrading@yahoo.com.

    10.     Interactive Brokers has provided records to the SEC, which indicate that

Interactive Brokers has used this email address to communicate with Olefir.  Attached

as **Exhibit 8** is a true and correct copy of an email, dated November 9, 2015, from

Interactive Brokers to Olefir, showing Olefir's email address and identifying Olefir by

name.  Interactive Brokers more recently communicated with this email address.

Attached as **Exhibit 9** is a true and correct copy of an email, dated January 4, 2017,

from Interactive Brokers to Olefir's email address at scalptrading@yahoo.com.

4

11.    As alleged in the Complaint, Capyield Systems, Ltd. ("Capyield") is a proprietary securities trading firm supposedly headquartered in Belize and beneficially owned by Olefir in Ukraine.  ECF No. 1 at ¶ 17.  Attached as **Exhibit 10** is a true and correct copy (redacted) of an itBit Pte. Ltd. account application in the name of Capyield, listing the company's address in Belize and identifying Olefir as the beneficial owner of the company.

12.    Electronic Transaction Clearing, Inc. ("ETC") has provided records to the SEC, which indicate that ETC has used the email address qtradedesk@gmail.com to communicate with Capyield.  Attached as **Exhibit 11** is a true and correct copy (redacted) of an email, dated February 22, 2013 from an individual identified as Gyeong Mee Lee of Capyield, identifying qtradedesk@gmail.com as Capyield's email address.  Attached as **Exhibit 12** is a true and correct copy (redacted) of an email, dated July 27, 2017, from ETC to Capyield at the qtradedesk@gmail.com email address and identifying Capyield in the subject line of the email.

13.    Defendant Sarafanov resides in Dedovsk, Russia.  ECF No. 1 at p. 2. Attached as **Exhibit 13** is a true and correct copy (redacted) of the Interactive Brokers customer summary for Sarafanov's individual Interactive Brokers account used to place trades at issue in this case (Acct. No. XXXX7439).  As of February 26, 2019, this account remained open.  Exhibit 13 lists Sarafanov's address as being in Dedovsk, Russia.  Exhibit 13 also lists Sarafanov's email address as a1xx@mail.ru.

14.     Interactive Brokers has provided records to the SEC, which indicate that Interactive Brokers has used this email address to communicate with Sarafanov. Attached as **Exhibit 14** is a true and correct copy (redacted) of an email, dated July 15, 2014, from Interactive Brokers to Sarafanov, showing Sarafanov's email address and identifying Sarafanov by name.  Interactive Brokers more recently communicated with this email address.  Attached as **Exhibit 15** is a true and correct copy of an email, dated January 14, 2017 from Interactive Brokers to Sarafanov's email address at a1xx@mail.ru.

15.     Relief Defendant Kalinkina resides in Moscow, Russia.  ECF No. 1 at p. 2.  Attached as **Exhibit 16** is a true and correct copy (redacted) of the Interactive Brokers customer summary for Kalinkina's individual Interactive Brokers account used to place trades at issue in this case (Acct. No. XXXX0912).  As of February 26, 2019, this account remained open.  Exhibit 16 lists Kalinkina's address as being in Moscow, Russia.  Exhibit 16 also lists Kalinkina's email address as boardcrosser@mail.ru.  Exhibit 16 also identifies Defendant Sarafanov as the "financial advisor" for Relief Defendant Kalinkina's Interactive Brokers account.

16.     Interactive Brokers has provided records to the SEC, which indicate that Interactive Brokers has used this email address to communicate with Kalinkina. Attached as **Exhibit 17** is a true and correct copy (redacted) of an email, dated March 29, 2016, from Interactive Brokers to Kalinkina, showing Kalinkina's email address and attaching a document in her name.

17.     Relief Defendant Meleynikov resides in Moscow, Russia.  ECF No. 1 at p. 2.  Attached as **Exhibit 18** is a true and correct copy (redacted) of the Interactive Brokers customer summary for Meleynikov's individual Interactive Brokers account used to place trades at issue in this case (Acct. No. XXXX3013).  As of February 26, 2019, this account remained open.  Exhibit 18 lists Meleynikov's address as being in Moskva – which is another spelling for Moscow – Russia.  Exhibit 18 also lists Meleynikov's email address as xbox_2016@rambler.ru.   Exhibit 18 also identifies Defendant Sarafanov as the "financial advisor" on for Relief Defendant Meleynikov's Interactive Brokers account.

18.     Interactive Brokers has provided records to the SEC, which indicate that Interactive Brokers has used this email address to communicate with Meleynikov.  Attached as **Exhibit 19** is a true and correct copy (redacted) of an email, dated March 24, 2016, from Interactive Brokers to Meleynikov, showing Meleynikov's email address and identifying Meleynikov by name.

19.     Relief Defendant Solovev resides in Tver', Russia.  ECF No. 1 at p. 2.  Attached as **Exhibit 20** is a true and correct copy (redacted) of the Interactive Brokers customer summary for Solovev's individual Interactive Brokers account used to place trades at issue in this case (Acct. No. XXXX3127).  As of February 26, 2019, this account remained open.  Exhibit 20 lists Solovev's address as being in Tver', Russia.  Exhibit 20 also lists Solovev's email address as ivan.solovev.75@mail.ru.  In

addition, Exhibit 20 identifies Defendant Sarafanov as the "financial advisor" on for

Relief Defendant Solovev's Interactive Brokers account.

20.   Interactive Brokers has provided records to the SEC, which indicate that

Interactive Brokers has used this email address to communicate with Solovev.

Attached as **Exhibit 21** is a true and correct copy of an email, dated December 28,

2016, from Interactive Brokers to Solovev, showing Solovev's email address.

21.   Relief Defendant Kyungja Cho resides in South Korea.  ECF No. 1 at p.

2.  Attached as **Exhibit 22** is a true and correct copy (redacted) of an email, dated

March 11, 2019, from TD Ameritrade to SEC staff regarding Kyungja Cho's

individual TD Ameritrade account used to place trades at issue in this case (Acct. No.

XXXXX7633).  As of February 26, 2019, this account remained open.  Exhibit 22

lists Kyungja Cho's address as being in the Republic of Korea, or South Korea.

Exhibit 22 also lists kyungjacho@yahoo.com as Kyungja Cho's email address

provided on her account opening documents.  Exhibit 22 also lists an additional email

address for this account as trendline71@gmail.com.

22.   The email address trendline71@gmail.com is linked to Defendant

Sungjin Cho.  Attached as **Exhibit 23** is a true and correct copy (redacted) of a

document produced by Google LLC, showing that the email address

trendline71@gmail.com is linked by cookies to the email address

sungcho80@gmail.com.

23.    Sungcho80@gmail.com is associated with Defendant Sungjin Cho. Attached as **Exhibit 24** is a true and correct (redacted) copy of the Scottrade customer contact information update, dated August 31, 2017, for Sungjin Cho's individual Scottrade account used to place trades at issue in this case (Acct. No. XXXX2468).  Exhibit 24 lists Sungjin Cho's email address as sungcho80@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2019.

Laura D'Allaird

Declaration of Laura D'Allaird

**Exhibit 1**



SEC-NAME-LW-E-0000069



10/31/18, 3:13 PM

SEC-NAME-LW-E-0000070



| Item | Cost | Original Price | Discount | Price | Description |
|------|------|----------------|----------|-------|-------------|
| Renewal | $0.00 | $10.99 | -$0.00 | $10.99 | history |
| Renewal | $0.00 | $10.99 | -$0.00 | $10.99 | history |
| Renewal | $0.00 | $10.99 | -$0.00 | $10.99 | history |
| Renewal | $0.00 | $10.99 | -$0.00 | $10.99 | history |
| Renewal | $0.00 | $10.99 | -$0.00 | $10.99 | history |
| Renewal | $0.00 | $9.99 | -$0.00 | $9.99 | history |

UN █████
OD: 06-13-2015 10:49 AM
TID: █████
AID: █████ (login)
ACD: 07-20-2014
1564 Days Old

UNVERIFIED

$0.00 / $10.99

Status: Failed

name.com
Domain Count 0
Orders On Page
29 attempted
11 successful

Pay Information:
Oleksandr Ieromenko
Kiev, Kiev 02093 UA

ACCT Information:

Payment Method: LitleDM (PP)
Pay ID:
521857******7555 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
Created By: Recurring Billing

IP: check
IP LOC:
TRUE IP: check
TRUE IP LOC: ,

POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Authorize Failed
pay history

AVS: N/A (30)
order history

ACTIONS: Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Process Items Only    Send Email    History    Item Detail

| Item | Cost | Original Price | Discount | Price | Description |
|------|------|----------------|----------|-------|-------------|
| Renewal | $0.00 | $10.99 | -$0.00 | $10.99 | history |

UN █████
OD: 06-09-2015 10:36 AM
TID: █████
AID: █████ (login)
ACD: 07-20-2014
1564 Days Old

UNVERIFIED

$0.00 / $10.99

Status: Failed

name.com
Domain Count 0
Orders On Page
29 attempted
11 successful

Pay Information:
Oleksandr Ieromenko
Kiev, Kiev 02093 UA

ACCT Information:

Payment Method: LitleDM (PP)
Pay ID:
521857******7555 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
Created By: Recurring Billing

IP: check
IP LOC:
TRUE IP: check
TRUE IP LOC: ,

POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Authorize Failed
pay history

AVS: N/A (30)
order history

ACTIONS: Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Process Items Only    Send Email    History    Item Detail

| Item | Cost | Original Price | Discount | Price | Description |
|------|------|----------------|----------|-------|-------------|
| Renewal | $0.00 | $10.99 | -$0.00 | $10.99 | history |

UN █████
OD: 05-26-2015 11:36 AM
TID: █████
AID: █████ (login)
ACD: 07-20-2014
1564 Days Old

UNVERIFIED

$0.00 / $18.99

Status: Failed

name.com
Domain Count 0
Orders On Page
29 attempted
11 successful

Pay Information:
Oleksandr Ieromenko
Kiev, Kiev 02093 UA

ACCT Information:

Payment Method: LitleDM (PP)
Pay ID:
521857******7555 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
Created By: Recurring Billing

IP: check
IP LOC:
TRUE IP: check
TRUE IP LOC: ,

POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Authorize Failed
pay history

AVS: N/A (30)
order history

ACTIONS: Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Process Items Only    Send Email    History    Item Detail

| Item | Cost | Original Price | Discount | Price | Description |
|------|------|----------------|----------|-------|-------------|
| Renewal | $0.00 | $18.99 | -$0.00 | $18.99 | history |

UN █████
OD: 02-17-2015 12:40 PM
TID: █████
AID: █████ (login)
ACD: 07-20-2014
1564 Days Old

UNVERIFIED

$10.99 / $10.99

Status: Success

name.com
Domain Count 0
Orders On Page
29 attempted
11 successful

Pay Information:
Oleksandr Ieromenko
Kiev, Kiev 02093 UA

ACCT Information:

Payment Method: LitleDM (PP)
Pay ID:
521857******7555 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
Created By: Checkout

IP: █████ check
IP LOC:
TRUE IP: check
TRUE IP LOC: ,

POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Captured
pay history

AVS: N/A (30)
order history

Refund Tax

ACTIONS: Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Process Items Only    Send Email    History    Item Detail

| Item | Cost | Original Price | Discount | Price | Description |
|------|------|----------------|----------|-------|-------------|
| Registration | $8.03 | $10.99 | -$0.00 | $10.99 | history |

UN █████
OD: 02-17-2015 5:04 AM
TID: █████
AID: █████ (login)
ACD: 07-20-2014
1564 Days Old

UNVERIFIED

$21.98 / $21.98

name.com
Domain Count 0
Orders On Page
29 attempted
11 successful

Pay Information:
Oleksandr Ieromenko
Kiev, Kiev 02093 UA

ACCT Information:

Payment Method: LitleDM (PP)
Pay ID:
521857******7555 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
Created By: Checkout

IP: █████ check
IP LOC:
TRUE IP: check
TRUE IP LOC: ,

POLICY SCORE: view

Payment Status: Captured
pay history

AVS: N/A (30)
order history

Refund Tax

SEC-NAME-LW-E-0000071



SEC-NAME-LW-E-0000072



10/31/18, 3:13 PM

SEC-NAME-LW-E-0000073

Case 2:19-cv-08076-MCA-MAH Document 285-2 Filed 07/12/19 Page 18 of 19 PageID: 6629
Case 2:19-cv-08069-MCA-LDW Document 19-3 Filed 03/18/19 Page 7 of 8 PageID: 191
Name.com v. Ieremenko et al. - Trans/v1



SEC-NAME-LW-E-0000074

Name.com, Inc.                    name.com registrations/trans/v1

Case 2:15-cv-08076-MCA-MAH   Document 285-2   Filed 07/12/19   Page 19 of 19 PageID: 6630
Case 2:19-cv-06969-MCA-LDW   Document 19-3   Filed 06/18/19   Page 8 of 8 PageID: 182



SEC-NAME-LW-E-0000075