EXHIBIT 6



# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached English language

documents are true and accurate translations of the original

Ukrainian language documents to the best of our knowledge

and belief. The documents are identified as below:

"Atlanta Invest End Development - Dubovoy address_ENG"
"Compromat Aug 28 2018 - Hacker Turchivov flees to Russia_ENG"
"Pavel Dubovoy registered businesses_ENG"
"Prosecutor General Notice - Babenko and Dubovoy 1_ENG"
"Prosecutor General Notice - Babenko and Dubovoy 2_ENG"
"Prosecutor General Notice - Babenko and Dubovoy 3_ENG"
"Slovo i Dilo Jan 15 2018 Bribery case involving Dubovoy case_ENG"
"Slovo i dilo June 18 2018 - Arrest of Pavel Dubovoy_ENG"
"Turchinov public record 1_ENG"
"TURCHYNOV PUBLIC RECORD 2_ENG"
"Ust Dunaiski Kvartal 2 - Dubovoy Address. PNG_ENG"
"Volna Jan 10 2019 - Dubovoy court date_ENG"

Executed this 14th day
of June, 2019

*Marla Ban*

Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com