# EXHIBIT 7

Case 2:15-cv-06076-MCA-MAH   Document 385-7   Filed 07/12/19   Page 2 of 5 PageID: 6653



# INFORMATIONAL WAVE

## The brother of Dubovoy will be brought to court for an attempt to bribe a detective of NABU in the case on "Krayan"

10.01.2019   admin   Not a part of any column

The court scheduled for February 27 at 3:00pm a preparatory session in the criminal proceedings related to the accusation of a deputy of Odessa Regional Council Oleg Babenko and brother of the former deputy Alexander Dubovoy Pavel in offering a bribe to a detective of the National Anti-Corruption Bureau.

The corresponding decision was adopted by the Pecherski District Court of the city of Kiev, according to "Slovo I Delo".

As it is known, Babenko and Dubovoy are accused of offering 500 thousand US dollars as a bribe through collusion to the Head of the Main Subdivision of detectives of NABU Andrey Kaluzhynski. The indicated funds, according to the version of the investigation, they offered in exchange for removal of arrest off the money of "Development Elite" LLC in the amount of 185 million UAH. These funds were received by the company from Odessa City

### The news feed

What happened at the meeting of pro-Russian political parties of Truhanov, Kernes, Novynskyi, Murayev in Kyiv
10.06.2019

Odessa politician called not to buy into the Stockholm syndrom: an opinion
09.06.2019

The meeting of Truhanov, Kernes, Ahmetov, Novynskyi, Homutynnik and Murayev was rescheduled again
09.06.2019

A hot session of Odessa mayor`s office; construction at the seaside, billion tranche and communal property on sale
09.06.2019

The meeting of the political party of Truhanov-Kernes with others pro-Putin political powers was transferred from Odessa to Kyiv
08.06.2019

Singers on tour in RF will entertain the audience

The brother of Dubovoy will be brought to court for an attempt to bribe a detective of NABU in the case on "Kray…" Page 2 of 4

Council for the sale of two administrative buildings of the bankrupt plant "Krayan" in order to situate in them a new local Mayor`s office at the artificially high price.
The funds were seized in the framework of criminal proceedings regarding the accusation of the City Mayor of Odessa Gennadiy Truhanov, his deputy Pavel Voogelman and other persons in illegal appropriation of 185 mln UAH of Odessa budget. Besides this, the defendants allegedly wanted to arrange the closing of the case in relation to Truhanov and other persons by means of a bribe.

Let us recall that on January 12 of 2018 the General Prosecutor`s Office exposed during offering of a bribe to the detective of NABU the deputy of Odessa Regional Council Babenko and his accomplice, who managed to flee. However, on June 15 of 2018 General Prosecutor`s Office succeeded in arresting the helper of the deputy, Pavel Dubovoy, the brother of the former people`s deputy.

Let us recall as well that in April of 2018 during the court session on the case of Odessa City Mayor Gennadiy Truhanov the prosecutor of Specialized Anti-Corruption Prosecutor`s Office publicized the correspondence in the messenger on the phone belonging to one of the subjects, whose last name was Dubovoy. From the phone correspondence it is clear how the former people`s deputy Aleksander Dubovoy together with the deputy of Odessa Regional Council, the former director of the plant "Krayan" Oleg Babenko, suspected of an attempt of bribing a detective of NABU, attorney of Babenko Igor Korotiuk, lawyer of "Development Elite" LLC Igor Kravchenko and judge Liudmila Kiziun are trying to influence the decision adopted by Solomenski Court, talking about the need to remove the arrest off 185 million UAH, located on the accounts of the company "Development Elite" LLC.

comments powered by HyperComments

at the meeting of Truhanov and Kernes in Odessa
08.06.2019

Leaders of political parties of Odessa region addressed Zelensky regarding the appointment of the Head of RSA: video
07.06.2019

Kernes and Truhanov are calling for a large popular assembly in Odessa: what is known
07.06.2019

Odessa residents demand that Zelensky organizes an open competition for the position of the head of RSA
06.06.2019

Odessa residents demand that Avakov, "the minister of murderers" is fired:  a telling photo report
05.06.2019



Hot Session

The brother of Dubovoy will be brought to court for an attempt to bribe a detective of NABU in the case on "Kray…" Page 3 of 4

« PREVIOUS
Germany sees in Mihaylik the new generation of Ukrainian politicians

NEXT »
Victor Kryvenko will represent the party "Narodny Ruh Ukrainy" at the presidential elections

Odessa mayor`s office: Construction at the seaside, a billion tranche and communal property on sale

At the very beginning of the week, 10th of June, in Odessa there will take place the regular session of Odessa City Council. At first it was planned for June 5th but for unknown reasons the date […]

_____

**Get in touch**

Your name (obligatory)

Your email (obligatory)

The brother of Dubovoy will be brought to court for an attempt to bribe a detective of NABU in the case on "Kray…" Page 4 of 4

Topic

Message

To send

bigmir)net

| Hits | 8 |
|---|---|
| Hosts | 8 |
| In total | 189351 |

volna.od.ua © 2019 / All rights are protected © Informational Wave