# EXHIBIT 8



ИНФОРМАЦИОННАЯ ВОЛНА

# Брата Дубового будут судить за попытку подкупа детектива НАБУ в деле по “Краяну”

10.01.2019 admin Без рубрики 0

Суд назначил на 27 февраля на 15:00 подготовительное заседание в уголовном производстве по обвинению депутата Одесского областного совета Олега Бабенко и брата бывшего народного депутата Александра Дубового Павла в предложении взятки детективу Национального антикоррупционного бюро.

Соответствующее решение принял Печерский районный суд города Киева, сообщает «Слово и Дело».

Как известно, Бабенко и Дубового обвиняют в предложении 500 тысяч долларов взятки по предварительному сговору руководителю Главного подразделения детективов НАБУ Андрею Калужинскому. Указанные средства, по версии следствия, они предложили за снятие ареста с денег ООО «Девелопмент Элит» в размере 185 миллионов гривен. Эти деньги были получены компанией от Одесского городского

## ЛЕНТА НОВОСТЕЙ

Що відбулося на з’їзді проросійських політичних партій Труханова, Кернеса, Новинського, Мураєва у Києві
10.06.2019

Одеський політик закликав не вестися на Стокгольмський синдром: точка зору
09.06.2019

З’їзд Труханова, Кернеса, Ахметова, Новинського, Хомутинніка і Мураєва знову перенесли
09.06.2019

Гаряча сесія одеської мерії: забудова узбережжя, мільярдний транш та комунальна власність на розпродаж
08.06.2019

З’їзд політичної партії Труханова-Кернеса з іншими

Брата Дубового будут судить за попытку подкупа детектива НАБУ в деле по "Края... Page 2 of 4

совета за продажу двух административных зданий обанкротившегося завода «Краян» для расположения в них нового здания местной мэрии по завышенной цене. На средства был наложен арест в рамках **уголовного производства по обвинению городского головы Одессы Геннадия Труханова**, его заместителя Павла Вугельмана и других лиц в завладении 185 млн грн одесского бюджета. Также за взятку обвиняемые якобы хотели договориться о закрытии дела в отношении Труханова и других лиц.

Напомним, 12 января 2018 года **Генеральная прокуратура разоблачила на предложении взятки детективу НАБУ депутата Одесского облсовета Бабенко** и его сообщника, которому удалось сбежать. Однако 15 июня 2018 года **Генпрокуратура таки задержала пособника депутата, брата бывшего нардепа Дубового Павла**.

Напомним также, что в апреле 2018 года на судебном заседании по делу Одесского городского головы Геннадия Труханова прокурор Специализированной антикоррупционной прокуратуры обнародовал переписку в мессенджере с телефона, принадлежащего одному из фигурантов, по фамилии Дубовой. Из переписки в телефоне видно как бывший нардеп Александр Дубовой вместе с депутатом Одесского облсовета, бывшим директором завода «Краян» Олегом Бабенко, подозреваемого в попытке подкупа детектива НАБУ , адвокатом Бабенко Михаилом Коротюком, юристом ООО «Девелопмент Элит» Игорем Кравченко и судьей Людмилой Кизюн пытаются повлиять на решение, принятое Соломенским судом, договариваясь о необходимости снятия ареста со 185 миллионов гривен, находящихся на счетах компании ООО «Девелопмент Элит».

comments powered by HyperComments

«ватними» політсилами перенесли з Одеси до Києва
08.06.2019

Співаки-гастролери в РФ розважатимуть присутніх на з'їзді Труханова і Кернеса в Одесі
07.06.2019

Лідери політичних партій Одещини звернулись до Зеленського щодо призначення Голови ОДА: відео
07.06.2019

Кернес і Труханов скликають велике віче в Одесі: що відомо
06.06.2019

Одесити вимагають від Зеленського провести відкритий конкурс на посаду голови ОДА
05.06.2019

Одесити вимагають звільнення «міністра вбивць» Авакова: промовистий фоторепортаж
05.06.2019

## Гаряча сесія

https://volna.od.ua/2019/01/brata-dubovogo-budut-sudit-za-popytku-podkupa-detektiva-na... 6/10/2019

« PREVIOUS
Германия видит в Михайлике новое поколение украинских политиков

NEXT »
На президентських виборах партію «Народний Рух України» представлятиме Віктор Кривенко

## одеської мерії: забудова узбережжя, мільярдний транш та комунальна власність на розпродаж

На самому початку тижня, 10 червня, в Одесі відбудеться чергова сесія Одеської міськради. Спочатку вона була запланована на 5 червня, але з невідомих причин дату [...]

## ОБРАТНАЯ СВЯЗЬ

Ваше имя (обязательно)

Ваш e-mail (обязательно)

Тема

Сообщение

ОТПРАВИТЬ

bigmir)net

| | |
|---|---|
| хиты | 8 |
| хосты | 8 |
| всего | 189351 |

volna.od.ua © 2019 | Все права защищены © Информационная Волна