# EXHIBIT 9

DUBOVY [TN: Ukrainian spelling of Russian name "Dubovoy"] PAVLO PAVLOVYCH – data on the owner

Page 1 of 2



| | A complete case file of every company in Ukraine | | To Enter |
|---|---|---|---|
| | | The search for the companies will be accessible after the registration | |

To attempt the search

Catalogue of the owners and directors of companies /D/

DUBOVY PAVLO PAVLOVYCH

Aggregated data of complete matches in last names, first names, patronymics, on the basis of data from YouControl
_____

| All of the records | 12 | Head | 2 | Signatory | 2 | Founder | 7 | Beneficiary | 1 |
|---|---|---|---|---|---|---|---|---|---|

Companies

| Name of the company | USREOU | City | Position in the company | Valid as of the date |
|---|---|---|---|---|
| "UST`-DUNAYSKYI KVARTAL" | 35256710 | Kyiv | The head | 03.13.2018 |
| | | | The signatory | 03.13.2018 |
| | | | The founder | 03.13.2018 |
| "UST`-DUNAYSKYI KVARTAL 2" | 35331860 | Kyiv | The head | 03.13.2018 |
| | | | The signatory | 03.13.2018 |
| | | | The founder | 03.13.2018 |
| "DAP INVEST COMPANY" | 33791527 | Kyiv | The founder | 03.13.2018 |
| | | | The beneficiary | 03.13.2018 |
| "Yevrobud KUA" | 35331918 | Other residential areas | The founder | 03.13.2018 |
| "ATLANTA RENT END DEVELOPMENT" | 35136121 | Kyiv | The founder | 10.03.2018 |
| "PIVNICHNO-SKHIDNA BOODIVELNA KOMPANIYA" | 34937250 | KYIV | The founder | 10.30.2018 |
| "ATLANTA INVEST END DEVELOPMENT" | 33603182 | Kyiv | The founder | 06.06.2017 |



A complete case file for each company in Ukraine

https://youcontrol.com.ua/catalog/executives/d/dubovyy-pavlo-pavlovych/            6/10/2019

DUBOVY PAVLO PAVLOVYCH – data on the owner                                              Page 2 of 2



Information about tender offers, which the company has won and which amounts it has won;

The court decisions, in which the company has taken part;

All of the licenses and permits of the companies;

7 international sanction lists, a part of which the company may be;

External economic activity of the company;

Relations of the company with other partners.

TO REGISTER FOR FREE

_____

### DUBOVY PAVLO PAVLOVYCH

THIS PAGE PROVIDES THE DATA ON THE HEAD DUBOVY PAVLO PAVLOVYCH, WHICH IS REGISTERED IN THE SYSTEM YOUCONTROL. THE DATA ON DUBOVY PAVLO PAVLOVYCH HAS BEEN COLLECTED BY MEANS OF FULLY MATCHING THE FIRST NAME, LAST NAME AND PATRONYMIC AND MAY BELONG TO SEVERAL PERSONS. THE PRESENTED DATA HAS BEEN COLLECTED AND COMPILED FROM THE STATE REGISTRIES. WE OFFER YOU A COMPREHENSIVE CASE FILE ON DUBOVY PAVLO PAVLOVYCH THAT IS THE HEAD OF THE ORGANISATION: "UST'-DUNAYSKY KVARTAL", "UST'-DUNAYSKY KVARTAL 2", "DAP INVEST COMPANY", "YEVROBOOD KUA", "ATLANTA RENT END DEVELOPMENT", "PIVNICHNO-SKHIDNA BOODIVELNA KOMPANIYA", "ATLANTA INVEST END DEVELOPMENT" AND OTHERS.

THE PRESENTED INFORMATION IS THE LATEST CURRENT INFORMATION BY THE TIME OF INQUIRY IN THE PERSONAL STUDY OF YOUCONTROL.

### DUBOVY PAVLO PAVLOVYCH – DATA IN THE CASE FILE ON THE HEAD

THE COMPONENTS OF THE OFFERED PAGE ARE:

1. FULL NAME OF THE HEAD.
2. THE LIST OF THE ENTERPRISES, WHICH WERE HEADED BY THE PHYSICAL ENTITY.
3. THE POSITIONS OCCUPIED BY THE PHYSICAL ENTITY.
4. THE CODE USREOU OF THE ENTERPRISES.

AT THAT, IN THE CASE FILE OF THE HEAD DUBOVY PAVLO PAVLOVYCH YOU MAY CHOOSE A SEPARATE INSERT WITH THE POSITION NEEDED BY YOU AND RECEIVE THE LIST OF THE FIRMS, IN WHICH THE PERSON OCCUPIED THIS POSITION. THIS GIVES A POSSIBILITY TO NARROW DOWN THE SEARCH AND SELECT ONLY THE DATA, WHICH YOU NEED, WITHOUT ANY EXTRANEOUS INFORMATION.

ALSO, HERE YOU MAY REVIEW THE DATA ON A SEPARATE ENTERPRISE, RECEIVE THE DATA REGARDING IT, AS WELL AS OTHER PERSONS, THAT WERE IN CHARGE OF THE COMPANY TOGETHER WITH DUBOVY PAVLO PAVLOVYCH.

**OTHER FOUNDERS AND HEADS:**
DMYTRIYEV ANDRIY MYHAYLOVYCH
DUBOVA NATALIA MYKOLAYIVNA

YOUCONTROL – A COMPLETE CASE FILE for each company in Ukraine            @YouControl. ALL RIGHTS RESERVED

https://youcontrol.com.ua/catalog/executives/d/dubovyy-pavlo-pavlovych/                6/10/2019

DUBOVY PAVLO PAVLOVYCH – data on the owner                                                                 Page 3 of 2