# EXHIBIT 10



Повне досьє на кожну компанію України

УВІЙТИ

Пошук по компаніям буде доступний після реєстрації   СПРОБУВАТИ ПОШУК

Каталог власників та директорів компаній / Д /
# ДУБОВИЙ ПАВЛО ПАВЛОВИЧ
Зведені дані збігів по ПІБ, на основі даних з YouControl

| Всі записи | 12 | Керівник | 2 | Підписант | 2 | Засновник | 7 | Бенефіціар | 1 |

## Компанії

| Назва компанії | ЄДРПОУ | Місто | Позиція в компанії | Акутально на дату |
|---|---|---|---|---|
| "УСТЬ-ДУНАЙСЬКИЙ КВАРТАЛ" | 35256710 | Київ | Керівник | 13.03.2018 |
| | | | Підписант | 13.03.2018 |
| | | | Засновник | 13.03.2018 |
| "УСТЬ-ДУНАЙСЬКИЙ КВАРТАЛ 2" | 35331860 | Київ | Керівник | 13.03.2018 |
| | | | Підписант | 13.03.2018 |
| | | | Засновник | 13.03.2018 |
| "ДАП ІНВЕСТ КОМПАНІ" | 33791527 | Київ | Засновник | 13.03.2018 |
| | | | Бенефіціар | 13.03.2018 |
| "ЄВРОБУД КУА" | 35331918 | Інші населені пункти | Засновник | 13.03.2018 |
| "АТЛАНТА РЕНТ ЕНД ДЕВЕЛОПМЕНТ" | 35136121 | Київ | Засновник | 03.10.2018 |
| "ПІВНІЧНО-СХІДНА БУДІВЕЛЬНА КОМПАНІЯ" | 34937250 | Київ | Засновник | 30.10.2018 |
| "АТЛАНТА ІНВЕСТ ЕНД ДЕВЕЛОПМЕНТ" | 33603182 | Київ | Засновник | 06.06.2017 |



Повне досьє на кожну компанію України



Інформація про тендери, які виграла компанія і на які суми;

Судові рішення, в яких компанія брала участь;

Всі ліцензії і дозволи компаній;

7 міжнародних санкційних списків, в які може входити компанія;

Зовнішньоекономічна діяльність компанії;

Зв'язки компанії з іншими контрагентами.

ЗАРЕЄСТРУВАТИСЬ БЕЗКОШТОВНО

## ДУБОВИЙ ПАВЛО ПАВЛОВИЧ

На цій сторінці вам надані дані про керівника ДУБОВИЙ ПАВЛО ПАВЛОВИЧ, які зареєстровані у системі YouControl. Відомості про ДУБОВИЙ ПАВЛО ПАВЛОВИЧ підібрані за повним збігом ПІБ та можуть належати кільком людям. Представлені відомості підібрані та сформовані з державних реєстрів. Ми пропонуємо вам повноцінне досьє про ДУБОВИЙ ПАВЛО ПАВЛОВИЧ, що керує організацією: "УСТЬ-ДУНАЙСЬКИЙ КВАРТАЛ", "УСТЬ-ДУНАЙСЬКИЙ КВАРТАЛ 2", "ДАП ІНВЕСТ КОМПАНІ", "ЄВРОБУД КУА", "АТЛАНТА РЕНТ ЕНД ДЕВЕЛОПМЕНТ", "ПІВНІЧНО-СХІДНА БУДІВЕЛЬНА КОМПАНІЯ", "АТЛАНТА ІНВЕСТ ЕНД ДЕВЕЛОПМЕНТ" та ін.

Представлена інформація є актуальною на час запиту в особистому кабінеті YouControl.

### ДУБОВИЙ ПАВЛО ПАВЛОВИЧ — відомості у досьє про керуючого

Складовими запропонованої сторінки є:

1. Повне ім'я керівника.
2. Перелік підприємств, які очолювала особа.
3. Посади, які займала особа.
4. Код ЄДРПОУ підприємств.

При цьому, в досьє голови ДУБОВИЙ ПАВЛО ПАВЛОВИЧ ви можете вибрати окрему вкладку з необхідною вам посадою та отримати перелік фірм, в яких особа цю посаду займала. Це дає можливість більш точно здійснити пошук та виділити лише ті дані, які вам необхідні, без сторонньої інформації.

Також звідси ви можете переглянути дані окремої підприємства, отримати дані стосовно неї, а також інших осіб, що керували компанією разом з ДУБОВИЙ ПАВЛО ПАВЛОВИЧ.

Інші засновники та керівники:
ДМИТРІЄВ АНДРІЙ МИХАЙЛОВИЧ
ДУБОВА НАТАЛЯ МИКОЛАЇВНА