# EXHIBIT 11

## 📁 Participants and beneficiaries <span style="color:red">Current as of 03.13.2018</span>

Data on the bodies of management of the legal entity

_____

Stake of the state in the enterprise in accordance with the
Register of Fund of State Property of Ukraine          0%

The list of the founders of the legal entity:   **DUBOVY PAVLO PAVLOVYCH**
The address of the founder: 03049, the city of Kyiv, Solomyanski district, TOPOLEVA STREET, building 4/8, apartment 116
Amount of the contribution to the statutory fund: 44,000.00 UAH
Stake (%): 100.0000%