# EXHIBIT 12

## 🛄 Учасники та бенефіціари

<span style="color:red">Актуально на 13.03.2018</span> ❓

| | |
|---|---|
| Відомості про органи управління юридичної особи | |
| Доля держави в підприємстві згідно з реєстром Фонду держмайна України | 0% |
| Перелік засновників юридичної особи | **ДУБОВИЙ ПАВЛО ПАВЛОВИЧ**<br>Адреса засновника: 03049, м.Київ, Солом'янський район, ВУЛИЦЯ ТОПОЛЕВА, будинок 4/8, квартира 116<br>Розмір внеску до статутного фонду: **44 000,00 грн**<br>Частка (%): **100,0000%** |