# EXHIBIT 13

| | |
|---|---|
| The list of the founders of the legal entity | LIMITED LIABILITY COMPANY "XXI CENTURY ORGANIZATION"<br>Address of the founder: 11807, 6495, SHILOH ROAD OFFICE 400, ALFARETTA, GEORGIA 3000 [the number is unclear]<br>UNITED STATES OF AMERICA<br>The amount of contribution to the statutory fund: 21,000.00 UAH<br>Stake (%): 50.0000% |

**DEMICH SERHIY MYKOLAYOVYCH**
Address of the founder: ████████████████████████

**DUBOVY PAVLO PAVLOVYCH**
Address of the founder: 04112, the city of Kyiv, Shevchenkivski district, OLENY TELIHY STREET, building 5A, apartment 13
The amount of contribution to the statutory fund: 10,920.00 UAH
Stake (%): 26.0000%