# EXHIBIT 14

Перелік засновників юридичної особи

КОМПАНІЯ З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ "XXI СЕНЧУРІ ОРГАНІЗЕЙШН"
Адреса засновника: 11807, 6495,ШІЛОХ РОАД ОФІС 400,АЛЬФАРЕТТА,ДЖОРДЖІЯ 30005
СПОЛУЧЕНІ ШТАТИ АМЕРИКИ
Розмір внеску до статутного фонду: 21 000,00 грн
Частка (%): 50,0000%

ДЕМІЧ СЕРГІЙ МИКОЛАЙОВИЧ
Адреса засновника: [redacted]

ДУБОВИЙ ПАВЛО ПАВЛОВИЧ
Адреса засновника: 04112, м.Київ, Шевченківський район, ВУЛИЦЯ ОЛЕНИ ТЕЛІГИ, будинок 5А, квартира 13
Розмір внеску до статутного фонду: 10 920,00 грн
Частка (%): 26,0000%