# EXHIBIT 16

# TURCHYNOV IVAN SERHIYOVYCH

Data on this page has been collected by matching first name, last name and patronymic.
We would like to point out that the records may be related to different persons with the fully matching first name, last name and patronymic.

**Wanted by MIA (1)** | Executive proceedings

| | |
|---|---|
| The wanted person: | THE PERSON HIDING FROM THE BODIES OF PRE-TRIAL INVESTIGATION, TURCHYNOV IVAN SERHIYOVYCH, date of birth 1987-▮▮▮▮ |
| Has been wanted since: | 2016-12-26 |
| Wanted by: | FISCAL SERVICE OF STA OF UKRAINE |
| Accusation: | ART.361 S.2 |
| Preventative measure: | RULING OF THE COURT ON PERMISSION FOR ARREST WITH THE GOAL OF DETENTION, 01.04.2017 |

# TURCHYNOV IVAN SERHIYOVYCH

Data on this page has been collected by matching first name, last name and patronymic.
We would like to point out that the records may be related to different persons with the fully matching first name, last name and patronymic.

| Wanted by MIA (1) | **Executive proceedings** |
|---|---|

**☑ Debtor** (1)

| | | | |
|---|---|---|---|
| No. 52001352 | 42512 – Prylutsky City District DSES [TN: Department of State Executive Service] of MTMJ [TN: Main Territorial Management of Justice] in Chernihiv Region | 08.19.2016 | Completed |
| Debtor: | TURCHYNOV IVAN SERHIYOVYCH | **Date of birth:** ▮.1987 | |
| The recoverer: | **State - State** | | |