EXHIBIT 17

# ТУРЧИНОВ ІВАН СЕРГІЙОВИЧ

Дані на цій сторінці зібрано по співпадінню імені, прізвища та по-батькові.
Зверніть увагу — записи можуть стосуватись **різних осіб** зі співпадаючими ПІБ.

| Розшук МВС (1) | Виконавчі провадження |
| --- | --- |

| | |
| --- | --- |
| Розшукується: | ЛИЦО, СКРЫВАЮЩЕЕСЯ ОТ ОРГАНОВ ДОСУДЕБНОГО РАССЛЕДОВАНИЯ, ТУРЧИНОВ ІВАН СЕРГІЙОВИЧ, дата народження 1987-███ |
| У розшуку з: | 2016-12-26 |
| Розшукує: | ФІСКАЛЬНА СЛУЖБА ДПА УКРАЇНИ |
| Звинувачення: | СТ.361 Ч.2 |
| Запобіжний захід: | УХВАЛА СУДУ ПРО ДОЗВІЛ НА ЗАТРИМАННЯ З МЕТОЮ ПРИВОДУ, 04.01.2017 |

