# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YOUNG CHUL KIM,  :  <br>                        : <br>           Plaintiff,  : <br>     v.                     : <br>                        : <br> SHARON HANNA PRESCHOOL & : <br> ACADEMY, HANNA JOO, and SHARON : <br> JUNG,                 : <br>                        : <br>           Defendants.  : | Civil Action No. 11-5797 (SDW) <br><br> **ORDER** <br><br> January 9, 2013 |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE MAGISTRATE JUDGE**

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed November 29, 2012, regarding monetary/reprimand sanctions to be imposed pursuant to Fed. R. Civ. P. 16(f) for Defendants Sharon Hanna Preschool & Academy, Hanna Joo, and Sharon Jung's ("Defendants") failure to appear at the August 13, 2012 Court Conference and the September 10, 2012 Order to Show Cause hearing, and the failure of individual Defendants Hanna Joo and Sharon Jung to comply with the Court's Orders. No objections to the R&R have been filed.

The Court has reviewed the R&R and related documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS**, on this 9th day of January, 2013,

**ORDERED** that the R&R of Magistrate Judge Arleo is **ADOPTED** by this Court; and it is further

**ORDERED** that Defendants' Answer with affirmative defenses be **STRICKEN**; and it is further

1

2

**ORDERED** that default be entered against Defendants; and it is further

**ORDERED** that Plaintiff Young Chul Kim be allowed to proceed to judgment by default as to all Defendants.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

cc: Clerk
      Magistrate Judge Madeline C. Arleo