# EXHIBIT 1



## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$725,762.00** |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $5,428.30 | $731,190.30 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $5,529.00 | $736,719.30 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $5,570.81 | $742,290.11 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $5,490.91 | $747,781.02 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $5,592.99 | $753,374.01 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $5,696.75 | $759,070.76 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $5,739.82 | $764,810.58 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $5,657.50 | $770,468.08 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $5,762.68 | $776,230.76 |
| 07/01/2015-07/31/2015 | 3.00% | 0.25% | $1,977.79 | $778,208.55 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| 04/01/2013-07/31/2015 | | | $52,446.55 | $778,208.55 |