# EXHIBIT 3

CLOSING

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** *Plaintiff,* v. **EVGENII ZAVODCHIKOV, et al.,** *Defendants*. | **Civil Action No. 16-845** **ORDER** |

**THIS MATTER** having come before the Court upon application by Plaintiff Securities and Exchange Commission ("the Commission") for entry of default judgment, ECF No. 44, against Defendants Evegenii Zavodchiko ("Zavodchiko"), Andrey Bokarev ("Bokarev"), Radion Panko ("Panko"), Natalia Andreevna Alepko ("Alepko"), Anton Maslov ("Maslov," or when referenced together with Zavodchiko, Bokarev, Panko, and Alepko, "Individual Defendants"), Extra Trading Company, Green Road Corporation, and Solar Line Inc. (together with Extra Trading Company and Green Road Corporation, "Entity Defendants," or when referenced together with all Entity Defendants and Individual Defendants, "Defendants"), for failure to answer pursuant to Federal Rule of Civil Procedure 55(b)(2);

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 31st day of July, 2019;

**ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered against Defendants in the following amounts:

a) Defendants Zavodchikov and Extra Trading Company are jointly and severally liable for $2,120,618 in disgorgement, $69,889.75 in prejudgment interest, and a monetary penalty of $6,361,854;

b) Defendants Bokarev, Panko, and Green Road Corp. are jointly and severally liable for a $3,161,160 in disgorgement and $145,369.75 in prejudgment interest and a monetary penalty of $9,483480;

c) Defendants Alepko and Solar Line Inc. are jointly and severally liable for $4,426,507 in disgorgement, $344,030.60 in prejudgment interest, and a monetary penalty of $13,279,521; and

d) Defendant Maslov is liable for disgorgement of $9,653,814 in disgorgement, $571,246.31 in prejudgment interest, and a monetary penalty of $28,961,442; and it is further

**ORDERED** that Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request, or by payment made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm, or by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Defendant's name as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment; and it is further

**ORDERED** that Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action, and that by making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant; and it is further

**ORDERED** that the Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment; and it is further

**ORDERED** that Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961; and it is further

**ORDERED** that each Defendant shall satisfy their obligation by paying the amounts owed to the Commission within 14 days after entry of this Final Judgment; and it is further

**ORDERED** that Plaintiff's request for injunctive relief is **GRANTED**, and that Defendants, their agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of Order by personal service or otherwise are enjoined from future violations of violations of Section 17(a) of the Securities Act, 15 U.S.C. §§ 77e(a), 77e(c), and 77q(a); Section 10(b) of the Exchange Act, 15 U.S.C.§ 78j(b); Rule 10b-5, 17 C.F.R. § 240.10b5; and Sections 20(b) and 20(e) of the Exchange Act, 15 U.S.C. §§ 78t(b) and (e); and it is further

**ORDERED** that Plaintiff's request that the Temporary Restraining Order issued on February 17, 2016 and in the Preliminary Injunction issued on February 29, 2017 be lifted for the limited purpose of the assets, up to the amount owed under this Order, be transferred to an account designated by the Plaintiff is **GRANTED**; and it is further

**ORDERED** that the matter is hereby **CLOSED**.

          */s/ Madeline Cox Arleo*
          **Hon. Madeline Cox Arleo**
          **UNITED STATES DISTRICT JUDGE**