IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ARKADIY DUBOVOY, et al.,**<br><br>Defendants. | CA No. 15-cv-06076 (MCA-MAH)<br><br>**DECLARATION OF JOHN DONNELLY REGARDING SERVICE OF PROCESS** |

I, John Donnelly, declare as follows:

1. I am counsel for plaintiff Securities and Exchange Commission (the "Commission" or "Plaintiff") in this action. I make this Declaration regarding service of process via email on defendants Oleksander Ieremenko ("Ieremenko"), Ivan Turchynov ("Turchynov"), and Pavel Dubovoy ("Dubovoy") pursuant to the Court's Order granting the Commission's Motion to serve these defendants through alternative means. (Docket No. 392).

2. On November 21, 2019, the Commission sent an email to Ieremenko's email address, attaching a copy of each of the following documents: (1) Amended Complaint; (2) Summons; and (3) the Court's Order granting the Commission's motion for alternative service. A true and correct copy of this email, excluding attachments, is attached hereto as Exhibit 1.

3. That same day, the Commission sent an email to Turchynov's email address, attaching a copy of each of the following documents: (1) Amended Complaint; (2) Summons; and (3) the Court's Order granting the Commission's motion for alternative service. A true and correct copy of this email, excluding attachments, is attached hereto as Exhibit 2.

4. On the same day, the Commission also sent an email to Dubovoy's email address, attaching a copy of each of the following documents: (1) Amended Complaint; (2) Summons; and (3) the Court's Order granting the Commission's motion for alternative service. A true and correct copy of this email, excluding attachments, is attached hereto as Exhibit 3.

5. None of these emails was returned as undeliverable.

6. None of these three defendants has responded.

7. Pursuant to the Court's Order, Plaintiff is also in the process of having the requisite Notice published in the *New York Times International Edition*. Plaintiff expects the Notice to run once per week between December 9, 2019 and December 30, 2019, and will file another declaration when that process is complete.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
John Donnelly

Dated: December 11, 2019