# EXHIBIT 1

| | |
|---|---|
| **From:** | Donnelly, John V. (PLRO) |
| **To:** | "Alex.Boesky@gmail.com" |
| **Subject:** | SEC v. Dubovoy, et al., No. 15-cv-06076 (DNJ) (MCA) (MAH) |
| **Date:** | Thursday, November 21, 2019 6:07:00 PM |
| **Attachments:** | 392_ORDER granting Motion for Alternate Service.pdf |
| | 28_Amended Complaint.pdf |
| | 2019-05-21 Oleksander Ieremenko Summons.pdf |

Dear Mr. Ieremenko:

I am an attorney with the United States Securities and Exchange Commission ("SEC"). I write to inform you that you have been named as a defendant in the above matter, a civil case pending in the United States District Court for the District of New Jersey. Today, the Court granted the SEC's motion authorizing alternative means of service of process on you and certain other defendants. A copy of the Court's Order is attached hereto. Pursuant to the Court's Order, a copy of the Amended Complaint and Summons are also attached. These documents contain important information and should be reviewed carefully.

If you are represented by an attorney, please have your attorney contact me to discuss this matter. My contact information is in the signature block below. If you are not represented by an attorney, you may contact me yourself to discuss this matter.

**John Donnelly**
**Senior Trial Attorney**
**United States Securities and Exchange Commission**
**Philadelphia Regional Office**
**One Penn Center**
**1617 JFK Blvd., Ste. 520**
**Philadelphia, PA 19103**
**215-861-9670**
**donnellyj@sec.gov**