## CERTIFICATE OF SERVICE

I hereby certify that, on the 11th day of December 2019, I caused to be served a true and correct copy of the foregoing Plaintiff's Declaration of John Donnelly Regarding Service of Process as follows:

Via Email:

**Oleksander Ieremenko**
Alex.Boesky@gmail.com

**Ivan Turchynov**
warninggp@gmail.com

**Pavel Dubovoy**
DubovoyP@gmail.com

Via US Mail, Postage Pre-paid:

**Vladislav Khalupsky**
Inmate number 81356-053
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

**Arkadiy Dubovoy, APD Developers, Inc., and
Southeastern Holding and Investment Company, LLC**
c/o Michael Critchley, Jr., Esq.
75 Livingston Avenue
Roseland, NJ 07068

**Leonid Momotok**
1610 Pepperbush Court
Suwanee, GA 30024

Via International Mail, Postage Pre-paid:

**Memelland Investments, Ltd.**
2, Christaki kai Elpinikis Kinni
Flat 8, Summer Gardens
Limassol 4046, Cyprus

Via ECF:

                        Mary Frances Palisano, Esq.
                                Gibbons P.C.
                             One Gateway Center
                               Newark, NJ 07102
                    **Attorney for Defendant Igor Dubovoy**

                     Jerome J. Froelich, Jr., Esq.
                         McKenney & Froelich
                  One Midtown Plaza, Suite 910
                     1360 Peachtree Street
                         Atlanta, GA 30309
        **Attorney for Defendant Alexander Garkusha**

                              Steven Brill, Esq.
                          Sullivan & Brill LLP
                   115 Broadway, 17th Floor
                        New York, NY 07106
**Attorney for Defendants Vitaly Korchevsky and NTS Capital Fund**

                          Nicholas Grippo, Esq.
                       Assistant U.S. Attorney
                          970 Broad Street
                          Newark, NJ 07102
           **Attorney for United States of America**


                                       <u>s/ John Donnelly</u>
                                       JOHN DONNELLY