IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DUBOVOY, et al.,<br><br>　　　　　　　Defendants. | CA No. 15-cv-06076 (MCA)<br><br>DECLARATION OF JOHN DONNELLY REGARDING SERVICE BY PUBLICATION |

I, John Donnelly, declare as follows:

1. I am counsel for plaintiff Securities and Exchange Commission (the "Commission") in this action. I make this Declaration regarding service on Defendants Oleksander Ieremenko, Ivan Turchynov, and Pavel Dubovoy via publication pursuant to the Court's Order Authorizing Alternative Means of Service and Statement of Reasons, dated November 20, 2019, docket number 392 ("Order").

2. The Order directed Plaintiff, within 75 days of entry of the Order, to publish notice of this case in the New York Times International Edition one day per week for four consecutive weeks. Plaintiff has served defendants in accordance with the Order.

3. A true and correct copy of the notice of this action that was published in the New York Times International Edition is attached hereto as Exhibit 1. This notice was published on the following dates: December 9, 2019; December 16, 2019; December 23, 2019; and December 30, 2019. True and correct copies of the pages on which the notice ran on those dates are attached hereto as Exhibits 2, 3, 4, and 5 respectively.

4. To date, none of these three Defendants has appeared in this action or contacted counsel for the Commission.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                                */s/ John Donnelly*
                                                                John Donnelly

Dated: February 10, 2020