EXHIBIT 1

# The New York Times

INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

JANUARY 9 _____ 20 20

I, *Alice Weber*, am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of The New York Times INTERNATIONAL EDITION, a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times INTERNATIONAL EDITION on the following date or dates, to wit on

December 30, 2019 PG7   December 09, 2019 PG11
December 23 2019 PG7   December 16, 2019 PG11

*Alice Weber*

Sworn before me the

9th day of Jan, 2020

*Michelle M Scibilia*

Notary Public

MICHELLE M. SCIBILIA
Notary Public, State of New York
Registration #01SC6281145
Qualified In Nassau County
Commission Expires May 13, 2021

**LEGAL NOTICE:**
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, CIVIL ACTION NO. 2:15-06076 (MCA)

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,
v.
ARKADIY DUBOVOY, et al.,
Defendants.

**LEGAL NOTICE TO:**
DEFENDANT OLEKSANDER IEREMENKO,
DEFENDANT IVAN TURCHYNOV, AND
DEFENDANT PAVEL DUBOVOY,

**NOTICE IS HEREBY GIVEN:**

You have been named as a defendant in a lawsuit filed by the U.S. Securities and Exchange Commission ("SEC") in the U.S. District Court for the District of New Jersey. The name of the case is *SEC v. Dubovoy, et al.*, No. 2:15-06076 (MCA) (D.N.J.). The SEC alleges that you violated the antifraud provisions of the federal securities laws by engaging in a fraudulent scheme by hacking into (or working in concert with hackers who hacked into) the computer servers of at least two news wire services and stole, through deception, confidential earnings information for numerous publicly-traded companies that had not yet been released to the public, and using that stolen, material, non-public information to trade securities. The SEC seeks disgorgement of ill-gotten gains (plus prejudgment interest), a civil penalty and a permanent injunction from further violations of the antifraud provisions of the federal securities laws.

You are directed to contact John Donnelly, Senior Trial Counsel, Securities and Exchange Commission, 1617 JFK Boulevard, Suite 520, Philadelphia, PA 19103, 215-861-9670 to arrange to receive the summons and amended complaint by mail, delivery service, or email. You are also hereby notified to file an answer to the amended complaint or other responsive pleading with the Clerk of Court at Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, within 21 days of this notice. If you fail to contact SEC counsel or file an answer or responsive pleading within the time stated above, SEC counsel will request that a judgment by default pursuant to U.S. Federal Rule of Civil Procedure 55(a) be entered against you.