# CERTIFICATE OF SERVICE

I hereby certify that, on the 11th day of February 2020, I caused to be served a true and correct copy of the foregoing Declaration of John Donnelly Regarding Service by Publication and accompanying documents:

Via International Mail, Postage Pre-paid and email:

**Memelland Investments, Ltd.**
2, Christaki kai Elpinikis Kinni
Apt. 8
Limassol 4046, Cyprus
Memelland@protonmail.com

Via US Mail, Postage Pre-paid:

**Vladislav Khalupsky**
Inmate number 81356-053
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

**Arkadiy Dubovoy, APD Developers, Inc., and
Southeastern Holding and Investment Company, LLC**
c/o Michael Critchley, Jr., Esq.
75 Livingston Avenue
Roseland, NJ 07068

**Leonid Momotok**
1610 Pepperbush Court
Suwanee, GA 30024

Via ECF:

Mary Frances Palisano, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102
**Attorney for Defendant Igor Dubovoy**

Jerome J. Froelich, Jr., Esq.
McKenney & Froelich
One Midtown Plaza, Suite 910

1

1360 Peachtree Street
Atlanta, GA 30309
**Attorney for Defendant Alexander Garkusha**

Steven Brill, Esq.
Sullivan & Brill LLP
115 Broadway, 17th Floor
New York, NY 07106
**Attorney for Defendants Vitaly Korchevsky and NTS Capital Fund**

Nicholas Grippo, Esq.
Assistant U.S. Attorney
970 Broad Street
Newark, NJ 07102
**Attorney for United States of America**

s/ John Donnelly
JOHN DONNELLY