

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

July 15, 2021

(*Via ECF*)

The Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 08101

Re:   *SEC v. Dubovoy, et al.* No 15-cv-06076 (DNJ)

Dear Judge Hammer:

Pursuant to the Court's Order (Dkt. 437), Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") writes to update the Court regarding the status of this matter.

There are three remaining defendants in this civil action: Ivan Turchynov ("Turchynov"), Vitaly Korchevsky ("Korchevsky"), and NTS Capital Fund L.P. ("NTS"), an entity owned and controlled by Korchevsky.

As previously reported to the Court, the Clerk of Court also entered the default of Turchynov on March 31, 2020. Subsequently, on August 19, 2020, counsel for Turchynov entered an appearance in this action. (Dkt. 426). Since that time, Plaintiff and counsel for Turchynov have discussed potentially resolving the SEC's claims against Turchynov, and those discussions remain ongoing.

With respect to defendants Korchevsky and NTS, the United States Court of Appeals for the Second Circuit has not yet ruled on Korchevsky's appeal of his criminal conviction in the parallel criminal case. *See United States v. Korchevsky*, 15-cr-381 (E.D.N.Y.); *United States v. Korchveksy*, 19-780 (2d Cir.). The Second Circuit heard oral argument on Korchevsky's appeal on February 11, 2020. The Second Circuit's decision may influence the parties' respective settlement positions.

Plaintiff respectfully requests to be permitted to further update the Court regarding the status of this matter on or before September 30, 2021.

Respectfully submitted,

s/ John Donnelly
John Donnelly
Senior Trial Attorney
215-861-9670
DonnellyJ@sec.gov

cc:   Igor Litvak, Esq. (counsel for Turchynov)
      Randy Singer, Esq. (counsel for Korchevsky and NTS Capital)