# CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of July 2021, I caused to be served a true and correct copy of the foregoing Status Update Letter to the Court upon the following parties in the manner set forth below:

Via ECF:

Steven Brill, Esq.
Sullivan & Brill LLP
115 Broadway, 17th Floor
New York, NY 07106
**Attorney for Defendants Vitaly Korchevsky and NTS Capital Fund**

Igor Litvak, Esq.
The Litvak Law Firm PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
**Attorney for Defendant Ivan Turchynov**

Nicholas Grippo, Esq.
Assistant U.S. Attorney
970 Broad Street
Newark, NJ 07102
**Attorney for United States of America**

Via email:

Randy Singer, Esq.
1209A Laskin Road
Virginia Beach, VA 23451
Randy.singer@singerdavis.law
**Attorney for Defendants Vitaly Korchevsky and NTS Capital Fund**

s/ John Donnelly
John Donnelly