

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
One Penn Center, 1617 John F. Kennedy Blvd., Suite 520
Philadelphia, PA 19103-1844

Philadelphia
Regional Office

January 14, 2022

(***Via ECF***)

The Honorable Michael Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    <u>*SEC v. Dubovoy, et al.* **No 15-cv-06076 (DNJ)**</u>

Dear Judge Hammer:

    Plaintiff Securities and Exchange Commission ("Commission") submits this letter to inform Your Honor of the status of the case concerning the remaining Defendant, Ivan Turchynov ("Turchynov"). As the Court has approved and entered the consent judgments against defendants Vitaly Korchevsky and NTS Capital Fund, LP (Dkt. Nos. 456-457), the Commission's Motion for Default Judgment against Turchynov, which was filed on December 23, 2021 (Dkt. Nos. 447-449), is the only remaining aspect of this case.

   A.  **<u>Procedural Background Relevant to this Update</u>**

    On October 4, 2021, Your Honor issued a text order granting the remaining parties' request for additional time to attempt to resolve the case via settlement, directing the parties to file any proposed settlements by January 14, 2022, and, in the event the parties could not resolve the case to submit a proposed schedule for completing the litigation.

    Subsequently, on December 6, 2021, the Court held a status conference with the remaining parties. During the status conference, the Commission requested a briefing schedule for filing a motion for default judgment against Turchynov as no settlement agreement with Turchynov had been reached and counsel for Turchynov represented that he had not heard from Turchynov for over a month despite counsel's repeated efforts to contact his client. Following the status conference, the Court issued a text Order, which, among other things, directed the Commission to file a motion for default judgment against Turchynov by December 23, 2021.

B. **The Commission's Motion for Default Judgment Against Turchynov**

Pursuant to the Court's Order, on December 23, 2021, the Commission filed a motion for default judgment against Turchynov, and declarations and exhibits in support thereof (Dkt. Nos. 447-449). Turchynov was a key player in the massive, international hacking and trading securities fraud scheme at issue in this case and the related case, *SEC v. Zavodchikov*, No. 16-cv-00845 (DNJ) (MCA). Turchynov, a computer hacker, and another computer hacker, Oleksander Ieremenko ("Ieremenko", together with Turchynov, the "Hackers"), stole unpublished press releases housed on the computer networks of certain newswire services. These unpublished press releases contained material nonpublic information, frequently relating to the quarterly earnings of the publicly traded company issuing the press release through the newswire service. The Hackers communicated this information to an international network of securities traders involved in the scheme, who profitably traded on the basis of the material nonpublic information. Collectively, those traders generated more than $100 million in illegal gross profits.

The Commission's motion for default judgment requests that the Court enjoin Turchynov from future violations of the federal securities laws and order Turchynov to pay a maximum civil monetary penalty of $318,987,117, which is three times the gross profits resulting from his misconduct and is the same relief sought and imposed against Ieremenko. (*See* Dkt. No. 438 (granting Commission's motion for default judgment against Ieremenko, enjoining Ieremenko from future violations of the federal securities laws, and imposing civil penalty of $318,987,117)).

Turchnyov has not filed an opposition to the Commission's motion, which, pursuant to the motion day schedule was due on January 4, 2022. Accordingly, the motion is ripe for decision.

C. **Completing the Litigation**

Pursuant to the parties' consent and Federal Rule of Civil Procedure 73, on January 13, 2022, jurisdiction over this case was transferred to Your Honor. (Dkt. No. 455). Plaintiff respectfully submits that given the current procedural posture, a scheduling order is unnecessary. If the Court grants the motion for default judgment against Turchynov, the case will be fully resolved as to all defendants.

                                                Respectfully submitted,

                                                s/ John Donnelly
                                                John Donnelly
                                                Senior Trial Attorney
                                                215-861-9670
                                                DonnellyJ@sec.gov